# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP; LEAGUE OF WOMEN VOTERS OF ALABAMA; LEAGUE OF WOMEN VOTERS OF ALABAMA EDUCATION FUND; GREATER BIRMINGHAM MINISTRIES; and ALABAMA DISABILITIES ADVOCACY PROGRAM,<br><br>*Plaintiffs*,<br><br>vs.<br><br>STEVE MARSHALL in his official capacity as Alabama Attorney General; WILLIAM R. ADAIR in his official capacity as District Attorney for Walker County, T. KIRKE ADAMS in his official capacity as District Attorney for Dale and Geneva Counties, R. SCOTT ANDERSON in his official capacity as District Attorney for Morgan County, DARYL D. BAILEY in his official capacity as District Attorney for Montgomery County, JEFFREY WADE BARKSDALE in his official capacity | Civil Action No. 2:24-cv-00420-RDP<br><br>**Motion for Admission Pro Hac Vice** |

as District Attorney for Franklin County, STEPHEN M. BILLY in his official capacity as District Attorney for Escambia County, KEITH BLACKWOOD in his official capacity as District Attorney for Mobile County, JENNIFER BRAY in her official capacity as District Attorney for Marshall County, ROBERT L. BROUSSARD in his official capacity as District Attorney for Madison County, DANNY CARR in his official capacity as District Attorney for Jefferson County, Birmingham Division, MATTHEW CASEY in his official capacity as District Attorney for Shelby County, PAMELA L. CASEY in her official capacity as District Attorney for Blount County, RICK CHANCEY in his official capacity as District Attorney for Russell County, CHRISTOPHER E. CONNOLLY in his official capacity as District Attorney for Lauderdale County, ROBERT CHAMP CROCKER in his official capacity as District Attorney for Cullman County, JOSEPH D. FICQUETTE in his official capacity as District Attorney for Clay and Coosa Counties, STEVEN D. GIDDENS in his official capacity as District Attorney for Talladega County, RUSS GOODMAN in his official capacity as District Attorney for Henry and Houston Counties, GREGORY S. GRIGGERS in his official capacity as District Attorney for Greene, Marengo,

and Sumter Counties, ANDREW C. HAMLIN in his official capacity as District Attorney for Fayette, Lamar, and Pickens Counties, LYLE HARMON in his official capacity as District Attorney for St. Clair County, HAL HUGHSTON in his official capacity as District Attorney for Colbert County, ERREK P. JETT in his official capacity as District Attorney for Lawrence County, BRIAN C.T. JONES in his official capacity as District Attorney for Limestone County, CAROL LYNN HAMMOND in her official capacity as District Attorney for Calhoun and Cleburne Counties, WALTER M. MERRELL, III in his official capacity as District Attorney for Covington County, JASON R. PIERCE in his official capacity as District Attorney for Jackson County, BEN C. REEVES, JR. in his official capacity as District Attorney for Barbour and Bullock Counties, C.J. ROBINSON in his official capacity as District Attorney for Autauga, Chilton, and Elmore Counties,  MIKE SEGREST in his official capacity as District Attorney for Chambers, Macon, Randolph, and Tallapoosa Counties, SUMMER MCWHORTER SUMMERFORD in her official capacity as District Attorney for Cherokee and Dekalb Counties, SCOTT A. SLATTON in his official capacity as District Attorney for Marion and Winston Counties,

JAMES H. TARBOX in his official capacity as District Attorney for Coffee and Pike Counties, CHARLOTTE M. TESMER in her official capacity as District Attorney for Butler, Crenshaw, and Lowndes Counties, ROBERT TURNER, JR. in his official capacity as District Attorney for Bibb, Dallas, Hale, Perry, and Wilcox Counties, JESSICA VENTIERE in her official capacity as District Attorney for Lee County, LYNNEICE OLIVE WASHINGTON in her official capacity as District Attorney for Jefferson County, Bessemer Division, TODD WATSON in his official capacity as District Attorney for Conecuh and Monroe Counties, ROBERT HAYS WEBB in his official capacity as District Attorney for Tuscaloosa County, JOSEPH WILLOUGHBY in his official capacity as District Attorney for Etowah County, ROBERT E. WILTERS in his official capacity as District Attorney for Baldwin County, STEPHEN K. WINTERS in his official capacity as District Attorney for Choctaw, Clarke, and Washington Counties; and WES ALLEN in his official capacity as Alabama Secretary of State,

    *Defendants*.

Pursuant to Local Rule 83.1(b), Ellen Boettcher hereby moves for permission to appear *pro hac vice* on behalf of Plaintiffs Alabama State Conference of the NAACP, League of Women Voters of Alabama, League of Women Voters of Alabama Education Fund, Greater Birmingham Ministries, and Alabama Disabilities Advocacy Program in the above-captioned action. In support of this motion, movant has attached a copy of a Certificate of Good Standing.

Ms. Boettcher's office and residential address and contact information are as follows:

>Ellen Boettcher, D.C. Bar No. 90005525
>    REDACTED           , Washington DC 20009
>Campaign Legal Center, 1101 14th St. NW, Suite 400, Washington D.C. 20005
>Tel.: (202) 868-4759
>Fax: (202) 736-2222
>eboettcher@campaignlegalcenter.org

The following is a list of the jurisdictions in which Ms. Boettcher has been admitted to practice law and is currently in good standing, including dates of admission and attorney registration numbers, if applicable:

   a. U.S. Court of Appeals for the Sixth Circuit, 05/01/2023
   b. U.S. Court of Appeals for the Eleventh Circuit, 09/11/2023
   c. U.S. Court of Appeals for the District of Columbia Circuit, 03/08/2023
   d. U.S. District Court for the District of Columbia, 04/03/2023
   e. District of Columbia Bar, 11/13/2022, Bar No. 90005525

Pursuant to Local Rule 83.1(b)(2), undersigned counsel is associated in this proceeding with Laurel Hattix, an attorney licensed to practice in Alabama, in good standing, who resides in and maintains an office in Alabama. Ms. Hattix agrees to review and sign all pleadings and other papers filed in this case.

Movant has paid all fees required by this Rule in connection with this motion for admission *pro hac vice*.

| | |
|---|---|
| Dated: April 12, 2024 | /s/ Ellen Boettcher<br>Ellen Boettcher<br>Campaign Legal Center<br>1101 14th St. NW, Ste. 400<br>Washington, D.C. 20005<br>Tel.: (202) 736-2200<br>Fax: (202) 736-2222<br>eboettcher@campaignlegalcenter.org<br><br>/s/ Laurel Hattix<br>LAUREL HATTIX (ASB-4592-E20I)<br>ACLU OF ALABAMA<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>(334) 420-1756<br>lhattix@aclualabama.org<br><br>***Attorney for Plaintiffs*** |