FILED

2024 May-03  AM 09:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP; LEAGUE OF WOMEN VOTERS OF ALABAMA; LEAGUE OF WOMEN VOTERS OF ALABAMA EDUCATION FUND; GREATER BIRMINGHAM MINISTRIES; and ALABAMA DISABILITIES ADVOCACY PROGRAM, <br><br> Plaintiff, <br><br> v. <br><br> STEVE MARSHALL in his official capacity as Alabama Attorney General, WES ALLEN in his official capacity as Alabama Secretary of State, <br><br> Defendants. | Case No. 2:24-cv-00420-RDP |

## DECLARATION OF LAUREN BISHOP

Pursuant to 28 U.S.C. § 1746, I, LAUREN BISHOP, declare as follows:

1.      I am a transcriber employed by Planet Depos. I am over the age of 18 and competent to testify as to the matters set forth in this affidavit based upon my own personal knowledge. This declaration is submitted to verify the contents of the attached transcripts.

2.      On March 4, 2024, I accessed the video footage of the February 28, 2024 meeting of the Alabama House Constitution, Campaigns and Elections Committee from The Alabama Channel website, at https://alabamachannel.ompnetwork.org/embed/sessions/285921/alabama-house-constitution-campaigns-and-elections-committee. A true and correct transcript of this meeting is attached as Exhibit A to this declaration.

3.      On April 25, 2024, I accessed the video footage of the February 7, 2024 meeting of the Alabama Senate State Government Affairs Committee from The Alabama Channel website, at https://alabamachannel.ompnetwork.org/embed/sessions/284244/alabama-senate-state-government-affairs-committee. A true and correct transcript of this meeting is attached as Exhibit B to this declaration.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of April, 2024, in Wexford, Pennsylvania.

_____
LAUREN BISHOP

# EXHIBIT A



# Transcript of Alabama House Constitution - Campaigns and Elections Committee Meeting

**Date:** February 28, 2024
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888-433-3767
**Fax:** 888-503-3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

1

2

3

4

5

6

7                           In re:

8              ALABAMA HOUSE CONSTITUTION

9        CAMPAIGNS AND ELECTIONS COMMITTEE MEETING

10

11                     RECORDED HEARING

12              Wednesday, February 28, 2024

13

14

15

16

17

18

19

20    Job No.:  528713

21    Pages:  1 - 46

22    Transcribed by: Lauren Bishop

1    SENATOR GUDGER: So voting is secure,

2    honest and it knocks down what I call the last leg of

3    a wave that the bad actors out there are trying to

4    steal our elections on the local, state and federal

5    elections. This bill should not be read as a

6    Republican bill. This bill should not be read as a

7    Democrat bill. This bill should not be read as an

8    independent bill. This should be a bill for every

9    Alabamian to have fair and honest elections. After

10   doing some research I found a quote that kind of

11   represented I feel like the encompassed of this bill

12   and that is the Democratic Republic cannot survive if

13   election laws allow voters to commit fraud easily.

14   Right now, you're able to commit fraud easily through

15   ballot harvesting. We're trying to stop that through

16   SB1. To be clear, we did not change anything having

17   to do with disabilities, right?  People that are deaf

18   or blind or veterans. You can get help from anybody

19   to help fill in your application that you want to and

20   that was a big deal with everyone that I talked to

21   her across the state. If someone needed help filling

22   in their application, they can have help and they can

1  pick and choose whoever they want to, as long as you

2  sign the application and whoever helped you signed

3  the application and turn it back in yourself. That's

4  kind of an overview. I'll stop there. It is a pretty

5  simple bill, but then I'll be more than happy to come

6  up later and give final remarks if you want me to.

7          CHAIRMAN BOB FINCHER: Okay. We do and

8  thank you Senator Gudger. Appreciate that. All right.

9  We're going into the public hearing. I want to remind

10  everyone we -- we will have a maximum of six speakers

11  and y'all have already taken care of that it looks

12  like. Down here you will have three minutes each.

13  Cliff, will you keep the time for us and at when two

14  minutes have passed, Cliff will say one minute and

15  then when the three minutes is over, he will say time

16  and your time is up. He will quit addressing the

17  committee at that point and we will start -- we will

18  start with -- please turn your phones off. If you

19  have any electrical devices, please cut them off. We

20  don't want to interrupt this. Okay? So that would be

21  appreciated very much. Our first speaker that is

22  signed up to speak today is Tori Williams. Is it

1    Terri or Tori? Tori. I got it right to start with.

2    Okay. Ms. Williams, would you please begin your

3    remarks?

4         TORI WILLIAMS: Yes. Good morning. My name

5    is Tori Williams. I'm an employee with Greater

6    Birmingham Ministries. We are a faith based,

7    nonpartisan Social Services advocacy -- and advocacy

8    organization. We provide voter education and lessons

9    and Civic engagement among other things to various

10   communities and populations. One such population is

11   the incarcerated population. Assisting them with

12   absentee ballot applications and absentee ballot is a

13   critical step in maintaining their connection to

14   society, aiding and smoother re-entry process and

15   reducing the likelihood of recidivism. Our role in

16   facilitating their right is not just assistance. Its

17   restoration of their dignity and a reaffirmation of

18   their voice in our democracy. To criminalize the act

19   of aiding these individuals as SB1 proposes is to

20   misunderstand the essence of democracy itself. The

21   threat of felony charges for those committed to

22   democratic engagement is not just disproportionate,

1    it's fundamentally unjust. This bill does not address

2    voter fraud. It silences the already muted voices of

3    society's most vulnerable. Thank you for your

4    opportunity to share my concern.

5            CHAIRMAN BOB FINCHER: Thank you very much.

6    We will hold any committee comments or questions

7    until after all the speakers have appeared and so if

8    you have a question just remember and we'll -- we'll

9    -- we'll come from there. All right. Is it Armani

10   Benson? Okay. Would you please come forward and

11   present your comments on the bill?

12           ARMANI BENSON: Greetings. My name is

13   Armani Benson. I'm a senior who attends Alabama State

14   University. I currently hold positions as the

15   president Pi Sigma Alpha and a member of the NAACP.

16   College and Civic organizations help young adults

17   become active within their community and politics.

18   This is why the SB1 bill cannot be passed. For

19   obtaining the absentee ballot bill application for

20   someone else, SB1 will charge the individual with a

21   misdemeanor, provided absentee ballot assistance for

22   money who are also constant -- will also constitute a

1    felony. The meaning staff members who facilitate

2    absentee voting as a part of their job could be

3    charged with a felony under SB1. If SB1 passed, it

4    could penalize student organizations, faculty and

5    staff that facilitate voting and stifle civic

6    participation on campuses. This bill will have a

7    negative impact for college students which will

8    resolve in the decline of young adults voting,

9    overcrowding in prisons that Alabama and also the

10   records and lives of many young adults will be

11   tarnished as if they're criminals. SB1 will also

12   dismantle the relationship between college students

13   and our local representatives. All 14 of the

14   University's partners of the higher education and

15   partnership have Civic and colleague organizations.

16   Meaning funding will be cut for those national

17   organizations of those schools and students, our

18   lives to be criminalized. Example, if a person is

19   disabled therefore, he gives the college student gas

20   money for absentee ballot assistance. He will be

21   charged with the crime. There are more current issues

22   now that will have a ripple effect of SB1 is passed.

1    Colleges in Alabama already faced a shortage of

2    professor so how would we hired new professor for

3    simply doing their job could result in becoming a

4    felony. Also, the rate of Alabama state colleges will

5    continuously decrease. Finally as a result students

6    and faculty being arrested for helping with absentee

7    ballots, there's a possibly that alumni and corporate

8    funding could decline from these college

9    universities. How are you were getting the trust of

10   the students and faculties from your Alma Maters?

11   Passing SB1 will dismantle the trust and freedoms of

12   our constitutional rights as voters and also will

13   cause more problems financially and legally and cause

14   a decline in college and college voter registration.

15   So I ask that you consider -- consider all of these

16   causes and effects that will happen if SB1 is passed.

17   Thank you for your time.

18          CHAIRMAN BOB FINCHER: Thank you. All

19   right. Ashley Griffin. Okay, Ashley.

20          ASHLEY GRIFFIN: Good morning and

21   greetings, everybody. My name is Ashley Griffin. I'm

22   a 21-year-old political science major from East

1    Lansing, Michigan. I currently serve as the chief

2    justice for the Student Government Association. I'm

3    also the president of the National Association of

4    Blacks and Criminal Justice and also the vice

5    president of Pi Sigma Alpha with Armani. I'm here to

6    speak today on SB1. This is the third consecutive

7    year this bill has been brought up to the legislature

8    and SB1 would charge people with a felony for simply

9    receiving someone else's absentee ballot whether you

10    are a member of a Civic organization, a church or

11    just to be a volunteer. And this one mainly affect

12    senior citizens, college students and people with

13    disabilities and also not only that but voters in

14    Alabama jails and prisons. My question to everybody

15    here today is, say you have a disabled college

16    student that lives on campus, how do you expect them

17    to be able to go vote if they can't even pay their

18    friend to take them to go vote or to fill out that

19    absentee ballot. How -- also not only that, but if

20    you have a senior citizen who can no longer drive

21    themselves, how do you expect them to get to their

22    absentee ballot if they can't even for example, go to

1    their local church and register to vote that way

2    without it being considered a felony? Do you think

3    that is valid for someone to have a class C felony

4    just for helping out their senior citizen at their

5    local church or for someone to help their friend out

6    who it can't even assist themselves to go vote? And

7    how also -- how can we expect these people to still

8    exercise their right to vote under these limitations

9    or deliver absentee ballots or currently to those

10   currently incarcerated in jail or prison who depend

11   on Civic organizations to deliver their ballots to

12   the jails and vote? Not to mention, the state of

13   Alabama already has a backed-up court system and also

14   overcrowding jails and prisons. Why would we put

15   people away for felony -- why would we put people

16   away for felonies when we already have limited

17   resources that cannot be used and are -- that should

18   not be used for people who are just simply trying to

19   exercise their right to vote. I hope you guys think

20   about all these things when it comes to SB1 and thank

21   you for your time.

22         CHAIRMAN BOB FINCHER: Thank you, Ashley.

1    Mr. John Wall.

2         JOHN WALL: Gentlemen, I want to start by

3    thanking  -- gentlemen and ladies, I want to start by

4    thanking you for your service. This is a complicated

5    issue and I share the concerns of many people about

6    the potential for affecting voters. Our priority as a

7    state and as a body should be making sure that every

8    person's vote is counted, that everyone has the

9    ability to vote and that -- and no one's vote is

10   tampered with. And I think that's the priority of

11   this bill. I appreciate the substitute. I think the

12   substitute is a stronger version. I think it makes

13   sure we safeguard people's right to vote but also to

14   help others vote without -- in a respectful manner.

15   This is not a hypothetical situation. This is not

16   something that we don't know is happening. There are

17   people who are having their votes stolen or usurped

18   through the ballot harvesting process. There's a

19   lawsuit right now in Conecuh County where a candidate

20   was, in my opinion, deprived the right to hold the

21   office. He was duly elected to because of this

22   situation. And I expect that to be litigated --

1    litigated soon in court and for the courts to rule

2    within that decision. So this is not a hypothetical

3    situation. We know that it happens. The only question

4    is to what extent? And I think for me, the priority

5    is making sure that every single person has your vote

6    counted the way -- they want it to be counted and

7    that it's not tampered with. The situations we're

8    seeing are people who are having someone help them

9    with their ballot and then that person helping with

10   their ballot actually votes for them. And that's a

11   tragedy and it's a tragedy that we do need to realize

12   is happening and we do need to realize that needs a

13   solution. So I think that's what we're looking at.

14   That's what this bill is about. It's about making

15   sure that every single vote is safeguarded and every

16   single vote has the ability to be counted as the

17   person wanted it to be wanted -- wanted it to be

18   cast. So I rise in support of this bill. I think it

19   is a common-sense solution to a problem that is

20   happening. I think it is a safeguard that puts in

21   place a measure that allows people to know that their

22   boats are secure, and I think that's an important

1  thing for the state of Alabama to do and I appreciate

2  all of your work in this process. Thank you.

3          CHAIRMAN BOB FINCHER: Thank you, sir. Mrs.

4  Norma Sanders.

5          NORMA SANDERS: Good morning. On behalf of

6  the NAACP, I, Norma J. Sanders, would like to make

7  the following statement. I come before you today

8  saying the Senate Bill One, would change our Civic

9  organization employees, volunteers or individuals

10 with a crime simply for assisting their neighbors and

11 exercising their right to vote by absentee ballot.

12 State Senator Gudger proposed Senate Bill One to

13 create barriers to voting in Alabama. We firmly

14 believe Senate Bill One could pose significant

15 challenges for seniors, college students, people with

16 disabilities and people living inside Alabama prisons

17 and jails. The NAACP has for many years assisted

18 people with their absentee voting because we want to

19 ensure everyone's vote counts. Here we stand today

20 saying this is another attack on our Constitutional

21 rights to vote. I am reminded of March 7th, 1965 when

22 from Selma to Montgomery March. We as human beings

1    being must not forget this protest. It was due to the

2    violation of individuals constitutional rights to

3    vote. Remember Senate Bill One will have a negative

4    impact on NAACP Civic engagement work. We urge the

5    Alabama legislature to kill the Senate Bill One

6    before it causing irreparable harm to our state.

7    Thank you so very much.

8             CHAIRMAN BOB FINCHER: Thank you, ma'am.

9    Next, Mr. Travis Jackson. Is he here?

10            TRAVIS JACKSON: Thank you, Chairman and

11   members of the committee. My name is Travis Jackson.

12   I am a Alabama District 31 and 88 citizen. I am also

13   a black lives/voters matter activists who volunteers

14   with a Civic org by the name of Roland to the polls,

15   which is a voting rights Advocate group of like-

16   minded people transporting voters to their accurate

17   voting polls. And I'm also an Iraq veteran and I

18   harshly stand against Senate Bill One. Senate Bill

19   One is the total opposite of aiding voters who want

20   to exercise their freedom of speech or freedom to

21   vote via absentee ballot. Last time I checked it, the

22   year was 2024, not 1924. Racial barriers such as

1    literacy test, extensive legal documents and a

2    notorious how many marbles are in a jar quiz were put

3    in place during the calm -- during the Reconstruction

4    Era to discourage African-Americans from voting. This

5    bill is just a modern-day reflection. If you want to

6    call it like it is, Senate Bill One is the fabric of

7    the white supremacist cloth. Also Senate Bill One

8    criminalizes anyone receiving funds or delivering

9    payments for Absentee assistance. For example, if a

10   pregnant person, especially someone who is in with

11   who is within their second and third trimester

12   provides gas money to their non-relative neighbor for

13   issuing and absentee ballot, they both can be charged

14   with a felony. It's quite interesting -- it is quite

15   interesting how after the Millie -- Allen v. Milligan

16   decision over the summer, how many lawmakers are

17   still envious of the power of the vote. Or black

18   voters. It's even more interesting when ever since

19   President Obama became our president, the attack on

20   black voters have been harshly risen. It's even more

21   interesting when 10 white male Senators have been in

22   support of this modern-day racial terror of a bill.

1    Taking away someone's civil rights or request for

2    voter assistance expresses the highest form of human

3    indecency. Therefore, I strongly, harshly oppose

4    Senate Bill One. Thank you for your time.

5             CHAIRMAN BOB FINCHER: Thank you, sir. All

6    right. Carol Mosley. Mosley? Okay. I'm sorry. All

7    right. Ms. Mosley.

8             CAROL MOSELY: Good morning. I am Carol

9    Moseley. I am vice president of the League of Women

10   Voters of Alabama. I am reading this statement on

11   behalf of our president. Across the state nonprofit

12   organizations like the league as well as caregivers,

13   nurses, church members, and school administrators,

14   teachers and students, fill a critical gap and

15   provide a needed service to all people to navigate a

16   fundamentally confusing and error-prone absentee

17   voting process. We fill a gap in the community that

18   election officials are not positioned to fill and we

19   have knowledge about the voting present -- process

20   that most citizens don't have. The SB1 before you

21   today is still an extremely harmful bill that will

22   entrap and criminalize samaritans who may be in a

1  situation where they receive reimbursement for their

2  services or perhaps receive a token gift for helping

3  a friend or even a stranger download or fill out the

4  application. If any money, even gas money for

5  transportation is offered or accepted, both persons

6  would be guilty of a harsh felony. This new bill also

7  has a new problem by requiring a registered voter to

8  affirm that he or she is not barred from voting

9  because of a disqualifying felony conviction or if

10  the applicant was convicted of a disqualifying felony

11  that the applicants right to vote has been restored.

12  The registrar is the election official charged with

13  affirming, confirming voter eligibility when a person

14  is register -- registering to vote. The citizen

15  voting in person is not asked this question. Adding

16  it here is a violation of process and will intimidate

17  and confuse voters. Finally, the 2022 primary

18  election data that you -- that has been touted as the

19  reason our proof that we need this bill and if any of

20  you have not looked at this, I strongly urge you to

21  look at this. This is what is handed out when you ask

22  for proof of why we need this bill. The proportion of

1    absentee ballot voting is simplistic and meaningless.

2    For a rural county, there are many reasons a person

3    would vote absentee, including poor transportation,

4    out of county jobs, aging or sick population. SB1 is

5    a harmful bill for the people of Alabama and will

6    only serve to suppress the voting rights of people

7    who have a right to vote absentee. It will also allow

8    innocent people to be criminalized for doing good.

9    The League of Women Voters ask you to give this bill

10    and unfavorable recommendation. Thank you.

11        CHAIRMAN BOB FINCHER: Thank you, Ms.

12    Mosley. All right. At this point, I will ask the

13    committee members if any of them have a question for

14    the sponsor or any of those who have testified before

15    the committee. Anything? I think Ms. Givan was first

16    one -- hand I saw.

17        JUANDALYNN GIVAN: Thank you, Mr. Chairman

18    for the opportunity to speak. The first thing is if

19    I'm allowed is I just want to commend the students of

20    Alabama State, Tori and Armani. It's a big, big deal

21    when you come before all of us big people who sit in

22    these chairs and for you to come and so eloquently do

1  that, I think that you have represented your family

2  as well as your -- it's your college or your

3  institution in a very, very honorable manner. With

4  that being said I do have a question for Senator

5  Gudger.

6        SENATOR GUDGER: Yes, Ms. Representative.

7        JUANDALYNN GIVAN: Just a couple. I'm a

8  facts type of person. I pride myself in being that

9  way and I research a lot. When you come before me and

10  you begin to either cite -- that wasn't you so I

11  can't ask you that. It was I think it was the

12  representative from the Republican party, but I would

13  like to ask you this, because every time I see these

14  bills and we hear about so much voter fraud in the

15  state of Alabama, then when I ask the question of the

16  Secretary of State's office, the answer comes back to

17  very, very, very, very, very, very, very, very, very,

18  very, very minimal responses as to -- as it relates

19  to voter fraud in the state. From the previous

20  Secretary of State's office to this office and I see

21  that you feel -- you all feel that there's such an

22  urgency of now with regards to this. So do you -- can

1    you give me the stats of the number of voter frauds,

2    especially in the area of absentee voting that we

3    have here in the state because you intimated that you

4    had spoken with several groups and so if you could

5    answer that question? Would you give me the true

6    definition also of ballot harvesting? If you can and

7    also you mentioned groups that you have met with on

8    both sides of the aisle on this issue. And if you

9    could answer those for me, I would appreciate it.

10            JUANDALYNN GIVAN: Thank I'm gonna probably

11   forget those three so I'm going to take them one at a

12   time. Tell me what I need to answer. Okay? But let's

13   start up with cases and I was looking for it when you

14   started saying that. These are things that I found

15   online that are as recent -- every one of these that

16   are in these boxes are voter fraud, call it ballot

17   harvesting. Obviously, I don't want to list the names

18   that are there. I don't think we should hurt

19   somebody's character. But this is everything in the

20   last few years.

21            JUANDALYNN GIVAN: So are those -- so

22   you're counting  on five sheets of paper. So are --

1    is every name on there on the sheet of paper voter

2    fraud or is it person's name at the top of the list?

3           SENATOR GUDGER: These are people's name

4    and then they have been caught voter fraud through

5    this. Part of that would be about harvesting. Just

6    for example on mine, that's in my district, biggest

7    voter fraud case in Alabama is in Winston County

8    which is my district. Okay? It tells about who did it

9    and he was there and how they did it and I talked to

10    the Circuit Clerk who gave me this information, but

11    they were convicted and after they were convicted

12    they didn't go to jail. Nothing happened. But let me

13    just tell you at that time in my district, for

14    example, the sheriff, the circuit clerk, the district

15    judge, candidates for the school board and candidates

16    for County Commission all were in a scheme so that

17    they can make sure they stayed elected on top of it

18    and didn't count other people's votes that were

19    coming out. And I haven't said that the biggest case

20    in the history of Alabama, I'll give you the sheet if

21    you'd like it, that is in my district. And so is that

22    happening? Yes, it is. Can I give you an overview or

1    details of how many? I can't do that but I have this

2    just on my research that I pulled.

3             JUANDALYNN GIVAN: And I just remember --

4    I'm about to -- I'm wrapping up, Mr. Chairman. And so

5    the question is that that's identifies the case so

6    that's about five sheets of paper. So that's roughly

7    about five people, individuals. Again, the number has

8    always been very minimal of regardless of who it is,

9    it's wrong. I don't care who does it. But I just want

10   to close Mr. -- Mr. Chairman with this. I wanted to

11   speak or spoke about jelly beans and no -- marbles.

12   Marbles in a jar, but I'm going to take you just a

13   step further. Jellybeans in a jar, poll taxes,

14   reciting the Constitution of the United States of

15   America, the 1964 Civil Rights Act, the 1965 Voting

16   Rights Act, the cross -- the journey from the Edmund

17   Pettus bridge to the capital of the state of Alabama.

18   And I simply say this. This is an opportunity to

19   further infringe upon the power and strength of the

20   black vote at the end of the day. And all I can say

21   to you all out there, is that this is not what

22   democracy looks like. What you all are what democracy

1    looks like. Mount up. Mount up. Mount up.

2            CHAIRMAN BOB FINCHER: Are there any other

3    comments or questions for committee members? Let's go

4    around. Ms. Adline?

5            ADLINE CLARKE: Good morning, Mr. Chairman.

6    Good morning Senator Gudger.

7            SENATOR GUDGER: Good morning, Ms.

8    Representative.

9            ADLINE CLARKE: So talk to me a little

10   more about this -- this. Thank you -- about this

11   proof that that you have. I'd love to see it. I think

12   this committee ought to see it.

13           SENATOR GUDGER: Okay. I'll be more than

14   happy to give you the sheets. These are only ones

15   I've got that I've printed off myself, but I did my

16   research and just pulled in -- this is just the ones

17   that have the last few years that I've had. Am I an

18   attorney? No. Did I pull this off? Do I know what's

19   happening? Yes.

20           ADLINE CLARKE: In the case that you

21   mentioned, Senator.

22           SENATOR GUDGER: Yes.

1          ADLINE CLARKE: That --

2          SENATOR GUDGER: In Winston County?

3          ADLINE CLARKE: Yes. So how was -- has that

4    case been disposed of?

5          SENATOR GUDGER: It has been. They get

6    convicted and was arrested but then they were after

7    that charges were dismissed because --

8          ADLINE CLARKE: So the justice system

9    worked. Is that correct?

10          SENATOR GUDGER: It was -- they were

11    dismissed and they still kept their jobs and they

12    still had places -- but it wasn't because it's not

13    legal and now there's loopholes you can get around it

14    and that is exactly what they did. They're arresting

15    and they found the loopholes to get out of it. So

16    it's happening and nothing's being done. This

17    particular bill -- and the definition real quick Mis

18    -- representative and also -- so you ask me I think

19    is Mohan good for both of us and say is if you're

20    getting paid or getting, receiving monetary value for

21    your application, that would be ballot harvesting as

22    you're pulling harvesting part all of that together.

1      JUANDALYNN GIVAN: But these students
2  aren't being paid. They're not -- they're not being
3  paid. They represent legitimate student campus
4  organizations.
5      SENATOR GUDGER: Then they can do what they
6  want to. That's fine. I'm not sure what their
7  arguments were because they said you can't help
8  somebody fill that in. You can. You can have help. If
9  you look on the bill line 50 to 55, it says anybody
10 who can help anybody fill in their application as
11 long as you sign that. If you can't read or write you
12 have to put a mark, that's going --
13      ADLINE CLARKE: What -- what line is that?
14 It says anybody can help anybody?
15      SENATOR GUDGER: 50. Look in the bill. Line
16 50 to 55. Page Two. So you have anyone that you want
17 can help you fill in your application. I'd like to go
18 one step further or talking about restitution of
19 rights also. We worked with the Democratic party
20 upstairs to make sure that if someone went through
21 the process got convicted on felonies and then they
22 went through the judicial process and paid the

1    restitution, they don't have to list the felonies on

2    their application because they shouldn't do that

3    anymore. They have restored their voting rights and

4    they don't have that. I think that's fair and we

5    added that Amendment upstairs. If you went through

6    the judicial system and restored your voting rights,

7    you don't have to list any of those felonies.

8           ADLINE CLARKE: So Mr. -- again, I'd like

9    to see the data. I'd like to -- if it is proper, Mr.

10   Chairman, make a motion or ask that you as Chair send

11   this bill to a subcommittee to review this data so

12   that this committee would be convinced that -- that -

13   -

14           CHAIRMAN BOB FINCHER: Right.

15           ADLINE CLARKE: -- ballot harvesting

16   exists.

17           CHAIRMAN BOB FINCHER: There's a motion to

18   send the bill to a subcommittee which has a do

19   second. I would love to tell you -- yes. There's a

20   move to table the motion. All those in favor of the

21   tabling motion, say aye. All those opposed nay. The

22   aye's have it. The aye's. All right. Representative

1    Clarke, was that your ending remark?

2            ADLINE CLARKE: I know and I said through

3    the Senate hearing and the reason -- and you know

4    that I have a bill that addresses this the same

5    issue.

6            SENATOR GUDGER: That is correct.

7            ADLINE CLARKE: And so I was very

8    interested in tracking this bill closely so that that

9    I could see how we might work together. We've done

10   that before Senator Gudger.

11           SENATOR GUDGER: That's correct.

12           ADLINE CLARKE: I think Senator Singleton

13   pointed out that as lawmakers, we often are involved

14   in this process. Are we third parties? Would we be

15   guilty of ballot harvesting if we were to go out

16   there and try to -- I mean, we do it. And let me use

17   an example. In one of our more recent mayoral

18   elections in Mobile, one of our candidates mailed

19   about 1500 absentee ballot applications to a targeted

20   group. Is that ballot harvesting?

21           SENATOR GUDGER: Sending applications? If

22   they're requested there's not -- you can --

1    ADLINE CLARKE: No. No. They weren't

2  requested.

3    SENATOR GUDGER: Okay.

4    ADLINE CLARKE: They weren't requested.

5    SENATOR GUDGER: You have a couple options.

6  You can send applications and help somebody fill that

7  in. You can take yourself, 1,500 in your car and take

8  it to 1,500 people if you want to do that wasn't

9  requested. That's still legal. Okay?

10    ADLINE CLARKE: That's still --

11    SENATOR GUDGER: That's still legal. You're

12  able to be. That's legal what you just said. Now,

13  paying someone to application and tell them how to

14  fill that in, that's legal. I mean, excuse me. That's

15  illegal and you can't do that part. Right? So you've

16  got a blank form that you give to them and you can

17  pass out as many as you want to. You can get

18  assistance from anyone in this room or anyone in the

19  world that you want to, to help fill that in as long

20  as if you need assistance -- if they're disabled,

21  then you sign your name as the applicant and then the

22  person that helped you, fill that in and you put both

1  your names at the bottom and send that application in

2  yourself. So I'm -- I'm still -- and we're under in -

3  - to answer your question. We are under the same law.

4  This right here. So, where it is, it's if you getting

5  paid or receiving money. The intent of this bill,

6  right? And it says willing on here. Willing, knowing

7  intent. Okay? Is not to worry about grandfather given

8  the grandson $5 for gas money. I don't think

9  anybody's going after that. But if somebody's

10  bringing in 1,500 ballots at one time, there's an

11  issue there. There's certain counties that we have

12  data that they are one out of five ballots cast is an

13  absentee ballot. That's over 20 percent. Whether it's

14  transportation or whether that's rural or whether

15  they have to work outside of the county, that's so

16  far out of the norm of Alabama, which is three and a

17  half percent. 20 -- over 20 percent, that means

18  something's going on in those particular counties and

19  we're just trying to stop that. And again, I'm under

20  that same thing in my county.

21          ADLINE CLARKE: And what might be going on

22  is that state representatives and state senators are

1  campaigning and out there beating the bushes trying

2  to get votes. I think that that is often where we see

3  the increase is every four years when our names are

4  on the ballot.

5       SENATOR GUDGER: There's a large increase.

6  Three percent of 20 over 20.

7       ADLINE CLARKE: And if you look -- if you

8  look at those numbers of absentee votes cast, I mean

9  any one of us might be suspicious because you're

10 going to see where the number is largely Democrat or

11 is largely Republican and that typically reflects,

12 you know, the demographics of those various counties.

13 I also think Mr. Senator Gudger and Chairman and

14 committee that we really need to define the words

15 gift, prefilling and third party in this bill.

16      SENATOR GUDGER: Okay.

17      ADLINE CLARKE: Can I get an Amen out

18 there? Thank you.

19      CHAIRMAN BOB FINCHER: Does that conclude

20 your remarks Representative Clarke?

21      ADLINE CLARKE: At the moment. Thank you,

22 Mr. Chairman.

1    CHAIRMAN BOB FINCHER: Okay. Representative

2  Rafferty, you -- okay. Representative Paschal?

3    KENNETH PASCHAL: Thank you, Chair. I guess

4  the question -- the word that I have an issue with

5  intent, right? Because if you got a Civic

6  organization that they employed by this organization,

7  they get paid and they job is to hit with absentee

8  ballot. Would that person be prosecuted with a class

9  C felony?

10    SENATOR GUDGER: No. If that's just helping

11  somebody as far as assisting and filling out their

12  application, they would not be.

13    KENNETH PASCHAL: Okay. Because --

14    SENATOR GUDGER: If they're getting paid --

15  paid to do that over and over and over all day. Yes,

16  they would be under this, technically.

17    KENNETH PASCHAL: And I guess -- I think

18  Mr. John wall made a comment about a particular case

19  because what I noticed we get a lot of candidates,

20  right? They run a race and they lose. The first thing

21  they look at is the absentee ballot and they

22  automatically put in a lawsuit because they feel like

1    if something was done in the absentee ballot process

2    -- because sometimes we don't -- we shouldn't do

3    things about -- about how we think but what we know,

4    right?

5            SENATOR GUDGER: Right.

6            KENNETH PASCHAL: Because of the -- if you

7    don't know, these people don't know but is it they

8    just going by what they think. I think we doing this

9    legislation about what we think but not what we know.

10   It is not even enough evidence to do legislation

11   because I'm so afraid -- and we have done this

12   throughout history. We can go back to the criminal

13   justice bill back in the 90s when we did the three-

14   strike rule. Nobody didn't think about judges putting

15   people locked in jail for 25 years over small

16   charges. You see the intent. That's the intent. The

17   intent was to stop -- help stop violence. Ans so what

18   I'm afraid with this legislation, the intent would

19   cause a lot of issues, especially with candidates,

20   right? Because when they lose, it's an audit because

21   I -- when I count votes in my elections and I ran

22   campaigns for my experiences, right? And they said,

1    well I voted absentee. And I know in my area, you

2    know because I said the absentee ballot process works

3    because when I counted a hundred absentee ballots and

4    I only see 25 got counted, like what happened? You

5    know? And that's the issue that I get and I think the

6    process work. Now, even the scheme that you said to

7    happen in Winston County now, that's -- that's -- I'm

8    not saying it didn't happen. But when you get so many

9    people to agree to be re-elected and then they didn't

10   get prosecuted, that's -- that's voter fraud. It is a

11   desk -- that's a problem. They should be in -- they

12   shouldn't be -- should not be in office. And we do

13   have laws that should they be held accountable for

14   that, you know? But what I'm afraid is and I'm

15   finished. It's just the intent. Intent has always

16   hurt certain people in this country. The intent. And

17   that's what I'm afraid of with this legislation.

18   Thank you.

19           CHAIRMAN BOB FINCHER: Are there any other

20   questions or comments from the committee? All right.

21   We got one more over here. Representative Rafferty.

22   Yes. You got one --

1    REPRESENTATIVE RAFFERTY: Thank you, Mr.

2  Chair. Okay. So I wanted to kind of walk through page

3  four here where you're breaking down these two

4  different. That's class C felony and a class B

5  felony. Can you explain the difference between these

6  two?

7    SENATOR GUDGER: Yes. If only -- let's

8  start at the top of the page on line 80 -- might has

9  well say 85. Just at the very top of the page. Okay?

10  Page four. And that is knowing -- if you look at page

11  line item 86, that is if you receive a payment or

12  gift for distribution in distributing --

13    REPRESENTATIVE RAFFERTY: What constitutes

14  a gift?

15    SENATOR GUDGER: I guess monetary value?

16    REPRESENTATIVE RAFFERTY: So a stamp?

17    SENATOR GUDGER: What we said upstairs is

18  the same thing. Stamp, sticker, everything else, but

19  we're not going after people that are trying to

20  stamp. This bill -- the intent against representative

21  hassle was the fact of going after the bad actors

22  that are trying to steal these elections. You want me

1  to finish that up? For that 85 through-line 90 would

2  go to a class C felony. If you receive a gift or

3  monetary value 91 through 96 is a class B felony. If

4  you're the one that's paying that. If you look at the

5  word on line 92, knowingly pay or provide a gift as a

6  term I found out through this process calls Men's

7  Raya. This is a law term that says that criminal

8  intent and that's what that means is the same way

9  knowingly intents on line 86, knowingly receive a

10 payment. Same way. That is knowingly criminal intent

11 is what that states in the law.

12         REPRESENTATIVE RAFFERTY: And is there any

13 clarification as far as whether or not these ballot

14 applications -- I mean, completed ballot applications

15 versus just a stack or packet of them?

16         SENATOR GUDGER: As me the question again.

17         REPRESENTATIVE RAFFERTY: Well, I'm trying

18 to see if you deliver a stack of applicants valid

19 application somewhere to a nonprofit that might be

20 having a voter, you know, --

21         SENATOR GUDGER: You can deliver those to

22 anybody you want to. 1,500 of them. That's fine.

1    That's not against the law. Cannot. Representative

2    Rafferty, you brought up something early I'd like to

3    just put there real quick, which is disabilities.

4              REPRESENTATIVE RAFFERTY: Yes.

5              SENATOR GUDGER: There's federal law guys

6    that go with this -- and ladies -- that go and we're

7    not changing and can't change federal law. Anything

8    that has disability -- my father was disability,

9    couldn't see at the end. Had one leg from diabetes.

10   Same thing. We helped him fill that in. He returned

11   to his application back in. You're still able to

12   again get assistance if you need it. We're not

13   affecting anything with disabilities because Federal

14   code and we can't change that. So I'm not changing

15   that in this bill and veterans that are overseas,

16   that is federal law and we can't change anything in

17   this bill. The only thing we're doing is making it a

18   crime to receive or get or pay people for ballot

19   harvesting.

20             REPRESENTATIVE RAFFERTY: All right. One

21   more question. Just one more follow-up with that. I

22   wanted to see about this getting paid out of that

1  definition here. So if we have nonprofit

2  organizations and Civic organizations that their job

3  is to provide this assistance. Are you saying that

4  they would be subject to this this law here? Would

5  you in essence undermining their mission of trying to

6  get more voters voices heard?

7       SENATOR GUDGER:  We want as many people to

8  be able to vote and have access to the polls and make

9  sure that it's secure voting and honest and integrity

10  election. Are we doing that? No. You can have

11  education. You can bring people in. You can talk to

12  them. You can help them fill it in and then send

13  those ballots back. I don't -- I don't see that we're

14  doing any of that that some of the people that were

15  here talking about would disagree with that.

16       REPRESENTATIVE RAFFERTY: I understand that

17  but I would just kind of piggyback off the impact

18  statement, the application and you know application

19  of the law and how that'll be interpreted and read

20  for everyone else across the state, also comes into

21  play here. So I have grave concerns about that. I

22  have grave concerns that you're going to be ripping

1  into the ability for voters voices to be heard

2  through the absentee ballot process. And with that I

3  will --

4  CHAIRMAN BOB FINCHER: Thank you

5  Representative Rafferty. Representative Pringle, you

6  had some comments you would like to make.

7  CHRIS PRINGLE: Thank you, Senator. You

8  know, I've heard this that ballot harvesting doesn't

9  exist. And what I have right here is a lawsuit that

10  was filed in Mobile County where an organization sued

11  a candidate. and I'll just read the fee stated you

12  were to pay seven hundred dollars a week for us to

13  generate your absentee ballots and they sued because

14  the candidate didn't pay them and they went out and

15  they generated these absentee ballots and they wanted

16  to be an invoice. Of course, you know, you can't sue

17  for committing a crime. So, the lawsuit was

18  dismissed. But this right here in Mobile County

19  proves that there are ballot harvesting operations

20  that are going on. Candidates are contacting the

21  people to harvest ballots for their election. But I

22  just thought you'd see it government document proves

1  this happens all over. When I was a consultant back,

2  I can't tell you how many times people came into my

3  office and offered to sell me absentee ballot votes.

4  The ballot queens would come in and say I've got -- I

5  got 300 or Kings whatever. I got 300 absentee ballot.

6  So I control County and your candidate is running

7  statewide, so for $5 a vote, I'll get you 300 votes

8  and that go to the County Commission say, I've only

9  got 75 in your District so five out -- they would

10  sell every single slot on every single battle for

11  five dollars. They're making a lot of money doing it.

12        SENATOR GUDGER: And it happens on both

13  sides of the aisle. Both parties, independents as

14  well.

15        CHRIS PRINGLE: But it is the people.

16  People do it. There are people out there that that

17  harvest ballots and they make money selling those

18  votes the candidate. So I've witnessed it. Thank you.

19        CHAIRMAN BOB FINCHER: Thank you. We have

20  one more comment. I know from Representative Givan.

21        JUANDALYNN GIVAN: I just wanted to just to

22  get the clarity. You mentioned the changes that you

1    made upstairs working with the black caucus upstairs

2    --

3            SENATOR GUDGER: Yes, ma'am.

4            JUANDALYNN GIVAN: -- if you would just for

5    what you -- if you would just give me the clarity on

6    what those changes were within this as well as two

7    other things. As just to piggyback to what

8    Representative Rafferty was asking, he mentioned if

9    someone worked for a -- an organization, but my

10   question to you, if that person works for the

11   organization, this is going back to the gift and that

12   person is paid gas who delivered those -- those

13   ballots or if they're paid some type of stiffing in

14   refund for their gas or what have you to get the

15   balance there, is that a legitimate -- I guess I

16   don't want to say legitimate choice or option for

17   them to be able to accept that or it would they be

18   penalized for the crime just -- just for

19   reimbursement of gas as an expense? And lastly, I

20   don't know who made the comment but since they're

21   here, Mr. Chairman, I would like for them to answer

22   one question because I keep hearing this word and I'm

1  just trying to get some clarity on when someone says

2  woke vote. I just want someone to define for me what

3  a woke vote is because I'm having problems with a lot

4  of the commercials I'm seeing from my colleagues on

5  the opposite side of the aisle with the word woke

6  vote, and I want to know what that is because that

7  seems to be something that you all are trying to

8  penalize and I'm just trying to get it for my own

9  clarity.

10            SENATOR GUDGER: I don't think I'm the

11  person to be able to --

12            CHAIRMAN BOB FINCHER: I don't know that we

13  heard the word woke vote today. I didn't -- did

14  somebody say it? Yes?

15            JUANDALYNN GIVAN: He said it. I heard it.

16            CHAIRMAN BOB FINCHER: Okay. I don't know.

17            JUANDALYNN GIVAN: That gentlemen there.

18            CHAIRMAN BOB FINCHER: The bill is on the

19  floor. The bill is on the floor before us and I'm

20  going to call on Representative Lomax.

21            JAMES LOMAX: Yeah. I'd like to offer small

22  amendment if appropriate this time. Sentator, this

1    amendment would simply take -- replace line 59

2    through 60 on page 3 with the following required on

3    the application form. So, to remove the rest of the

4    sentence there. Other than marking the specific

5    election to which application applies the thought

6    here, not letting them fill out any of that

7    application just to make it more streamlined and not

8    leave any open -- open interpretation and put us at

9    risk.

10          CHAIRMAN BOB FINCHER: All right. Is there

11    a second to that motion that was made? Representative

12    Butler seconds. Okay. Is there any discussion on the

13    amendment? Okay. Sir?

14          JAMES LOMAX: Sure. Yeah. So it's so if you

15    look at page 3, clearly it outlines it it'll be

16    unlawful for a person to distribute an absentee

17    ballot application that's been pre-filed with the

18    voters name and it gives an exception though other

19    than marking the specific collection to which

20    application applies. I think we're open for -- for

21    legal issues are potentially, interpretation issues

22    and should just be no marking whatsoever if that's

1    the case.

2          JUANDALYNN GIVAN: Glad you brought that up

3    because I actually had a question about that

4    particular part of the bill. It seems to be in

5    conflict with an earlier part of the of the bill. It

6    says any applicant may receive assistance in filling

7    out the application as he or she desires and then it

8    goes on to say that the bottom of page to you it

9    shall be unlawful for any person to knowingly

10   distribute an absentee ballot application to a voter

11   that is prefilled with the voter's name. Let me give

12   you an example. Over the weekend. I have a brother

13   for whom I'm caregiver, I print -- he doesn't have a

14   printer. He's much smarter than I am. He can sit up

15   and work algebraic equations all day long. He can't

16   do some simple kind of stuff. Doesn't have a printer.

17   So I printed out the absentee ballot application, but

18   I typed in his information and printed it. His

19   handwriting is horrible. The absentee election

20   manager would have been calling him back three and

21   four times they ask him to decipher what he would

22   have written on that application. Would I be guilty -

1  -

2          SENATOR GUDGER: No.

3          JUANDALYNN GIVAN: -- of a violation --

4          SENATOR GUDGER: No.

5          JUANDALYNN GIVAN: -- if I put in his -- I

6  put everything if --

7          SENATOR GUDGER: You're able to help him --

8  you are able to help --

9          JUANDALYNN GIVAN: I put everything but his

10  ID number and he had to sign it when I got there.

11          SENATOR GUDGER: You are able to fill in

12  and help him.

13          JUANDALYNN GIVAN: That's not what this

14  states.

15          SENATOR GUDGER: I mean can I explain that?

16  I didn't know this was coming, but that wasn't a

17  floor amendment that was brought to us and was voted

18  on and I would -- I'm fine with this amendment coming

19  back off, but that was a floor Amendment because it

20  wasn't in the bill that I had submitted in committee,

21  which was the sub that I put end. I think corrected a

22  lot of the issues were talking about today. So this

1  particular one was added onto it.

2        JUANDALYNN GIVAN: Well with all due

3  respect, I think we not only need to replace lines 59

4  through 60. We need to replace lines 56 through 60.

5        CHAIRMAN BOB FINCHER: We have a motion on

6  the floor. Is there any other comment? We're going to

7  call for the vote on the motion. All right. The

8  amendment is -- is before you. All those in favor of

9  the amendment say aye.

10        SPEAKERS: Aye.

11        CHAIRMAN BOB FINCHER: All those opposed,

12  nay.

13        SPEAKERS: Nay.

14        CHAIRMAN BOB FINCHER: The ayes have it.

15  All right. So the amendment is added. All right.

16  There's a move for a favorable report. There is a

17  second for the -- so the motion is on the floor for a

18  favorable report on Senate Bill One.

19        FEMALE SPEAKER 1: Roll call vote.

20        CHAIRMAN BOB FINCHER: All right. We ask

21  for a roll call vote. That is proper. If the clerk

22  will read the roll. Go ahead and vote.

1          ARMANI BENSON: No.

2          JOHN WALL: Nay.

3          ADLINE CLARKE: No.

4          CHAIRMAN BOB FINCHER: He has left.

5          KENNETH PASCHAL: Yes.

6          REPRESENTATIVE RAFFERTY: Yes.

7          JAMES LOMAX: Yes.

8          CHAIRMAN BOB FINCHER: He left. Yeah. The

9    bill passes and Senate Bill One as amended is given a

10   favorable report. Thank you.

11          (The recording was concluded.)

12

13

14

15

16

17

18

19

20

21

22

```
1              CERTIFICATE OF TRANSCRIBER

2         I, LAUREN BISHOP, do hereby certify

3    that this transcript was prepared from the digital

4    recording of the foregoing proceedings; that the

5    recording of said proceedings was obtained from

6    https://alabamachannel.ompnetwork.org/embed/

7    sessions/285921/alabama-house-constitution-

8    campaigns-and-elections-committee; that said

9    proceedings were reduced to typewriting under

10   my supervision; that said transcript is a true and

11   accurate record of the proceedings to the best of

12   my knowledge, skills, and ability; and that I am

13   neither counsel for, related to, nor employed by any

14   of the parties to the case and have no interest,

15   financial or otherwise, in its outcome.

16

17   _Lauren Bishop_____

18   LAUREN BISHOP, TRANSCRIPTIONIST

19   PLANET DEPOS, LLC

20   MARCH 7, 2024

21

22
```

## A

**ability**
10:9, 11:16,
37:1, 46:12
**able**
2:14, 8:17,
27:12, 35:11,
36:8, 39:17,
40:11, 43:7,
43:8, 43:11
**about**
9:20, 10:5,
11:14, 15:19,
18:14, 20:5,
20:8, 21:4,
21:6, 21:7,
21:11, 22:10,
24:18, 26:19,
28:7, 30:18,
31:3, 31:9,
31:14, 35:22,
36:15, 36:21,
42:3, 43:22
**absentee**
4:12, 5:19,
5:21, 6:2, 6:20,
7:6, 8:9, 8:19,
8:22, 9:9,
12:11, 12:18,
13:21, 14:9,
14:13, 15:16,
17:1, 17:3,
17:7, 19:2,
26:19, 28:13,
29:8, 30:7,
30:21, 31:1,
32:1, 32:2,
32:3, 37:2,
37:13, 37:15,
38:3, 38:5,
41:16, 42:10,
42:17, 42:19
**accept**
39:17
**accepted**
16:5
**access**
36:8

**accountable**
32:13
**accurate**
13:16, 46:11
**across**
2:21, 15:11,
36:20
**act**
4:18, 21:15,
21:16
**active**
5:17
**activists**
13:13
**actors**
2:3, 33:21
**actually**
11:10, 42:3
**added**
25:5, 44:1,
44:15
**adding**
16:15
**address**
5:1
**addresses**
26:4
**addressing**
3:16
**adline**
22:4, 22:5,
22:9, 22:20,
23:1, 23:3,
23:8, 24:13,
25:8, 25:15,
26:2, 26:7,
26:12, 27:1,
27:4, 27:10,
28:21, 29:7,
29:17, 29:21,
45:3
**administrators**
15:13
**adults**
5:16, 6:8, 6:10
**advocacy**
4:7
**advocate**
13:15

**affect**
8:11
**affecting**
10:6, 35:13
**affirm**
16:8
**affirming**
16:13
**afraid**
31:11, 31:18,
32:14, 32:17
**african-americans**
14:4
**after**
2:9, 5:7,
14:15, 20:11,
23:6, 28:9,
33:19, 33:21
**again**
21:7, 25:8,
28:19, 34:16,
35:12
**against**
13:18, 33:20,
35:1
**aging**
17:4
**agree**
32:9
**ahead**
44:22
**aiding**
4:14, 4:19,
13:19
**aisle**
19:8, 38:13,
40:5
**alabama**
1:8, 5:13, 6:9,
7:1, 7:4, 8:14,
9:13, 12:1,
12:13, 12:16,
13:5, 13:12,
15:10, 17:5,
17:20, 18:15,
20:7, 20:20,
21:17, 28:16
**alabama-house-co-
nstitution**
46:7

**alabamachannel**
46:6
**alabamian**
2:9
**algebraic**
42:15
**all**
3:8, 5:7, 5:9,
6:13, 7:15,
7:18, 9:20,
12:2, 15:5,
15:6, 15:15,
17:12, 17:21,
18:21, 20:16,
21:20, 21:21,
21:22, 23:22,
25:20, 25:21,
25:22, 30:15,
32:20, 35:20,
38:1, 40:7,
41:10, 42:15,
44:2, 44:7,
44:8, 44:11,
44:15, 44:20
**allen**
14:15
**allow**
2:13, 17:7
**allowed**
17:19
**allows**
11:21
**alma**
7:10
**alpha**
5:15, 8:5
**already**
3:11, 5:2, 7:1,
9:13, 9:16
**also**
5:22, 6:9,
6:11, 7:4, 7:12,
8:3, 8:4, 8:13,
8:19, 9:7, 9:13,
10:13, 13:12,
13:17, 14:7,
16:6, 17:7,
19:6, 19:7,

23:18, 24:19,
29:13, 36:20
**alumni**
7:7
**always**
21:8, 32:15
**amen**
29:17
**amended**
45:9
**amendment**
25:5, 40:22,
41:1, 41:13,
43:17, 43:18,
43:19, 44:8,
44:9, 44:15
**america**
21:15
**among**
4:9
**another**
12:20
**ans**
31:17
**answer**
18:16, 19:5,
19:9, 19:12,
28:3, 39:21
**any**
3:19, 5:6,
16:4, 16:19,
17:13, 17:14,
22:2, 25:7,
29:9, 32:19,
34:12, 36:14,
41:6, 41:8,
41:12, 42:6,
42:9, 44:6,
46:13
**anybody**
2:18, 24:9,
24:10, 24:14,
34:22
**anybody's**
28:9
**anymore**
25:3
**anyone**
14:8, 24:16,

**27:18**
**anything**
2:16, 17:15,
35:7, 35:13,
35:16
**appeared**
5:7
**applicant**
16:10, 27:21,
42:6
**applicants**
16:11, 34:18
**application**
2:19, 2:22,
3:2, 3:3, 5:19,
16:4, 23:21,
24:10, 24:17,
25:2, 27:13,
28:1, 30:12,
34:19, 35:11,
36:18, 41:3,
41:5, 41:7,
41:17, 41:20,
42:7, 42:10,
42:17, 42:22
**applications**
4:12, 26:19,
26:21, 27:6,
34:14
**applies**
41:5, 41:20
**appreciate**
3:8, 10:11,
12:1, 19:9
**appreciated**
3:21
**appropriate**
40:22
**area**
19:2, 32:1
**aren't**
24:2
**arguments**
24:7
**armani**
5:9, 5:12,
5:13, 8:5,
17:20, 45:1

**around**
22:4, 23:13
**arrested**
7:6, 23:6
**arresting**
23:14
**ashley**
7:19, 7:20,
7:21, 9:22
**asked**
16:15
**asking**
39:8
**assist**
9:6
**assistance**
4:16, 5:21,
6:20, 14:9,
15:2, 27:18,
27:20, 35:12,
36:3, 42:6
**assisted**
12:17
**assisting**
4:11, 12:10,
30:11
**association**
8:2, 8:3
**attack**
12:20, 14:19
**attends**
5:13
**attorney**
22:18
**audit**
31:20
**automatically**
30:22
**away**
9:15, 9:16,
15:1
**aye**
25:21, 44:9,
44:10
**aye's**
25:22
**ayes**
44:14

| B |
| --- |

**back**
3:3, 18:16,
31:12, 31:13,
35:11, 36:13,
38:1, 39:11,
42:20, 43:19
**backed-up**
9:13
**bad**
2:3, 33:21
**balance**
39:15
**ballot**
2:15, 4:12,
5:19, 5:21,
6:20, 8:9, 8:19,
8:22, 10:18,
11:9, 11:10,
12:11, 13:21,
14:13, 17:1,
19:6, 19:16,
23:21, 25:15,
26:15, 26:19,
26:20, 28:13,
29:4, 30:8,
30:21, 31:1,
32:2, 34:13,
34:14, 35:18,
37:2, 37:8,
37:19, 38:3,
38:4, 38:5,
41:17, 42:10,
42:17
**ballots**
7:7, 9:9, 9:11,
28:10, 28:12,
32:3, 36:13,
37:13, 37:15,
37:21, 38:17,
39:13
**barred**
16:8
**barriers**
12:13, 13:22
**based**
4:6

**battle**
38:10
**beans**
21:11
**beating**
29:1
**became**
14:19
**because**
10:21, 12:18,
16:9, 18:13,
19:3, 23:7,
23:12, 24:7,
25:2, 29:9,
30:5, 30:13,
30:19, 30:22,
31:2, 31:6,
31:11, 31:20,
32:2, 32:3,
35:13, 37:13,
39:22, 40:3,
40:6, 42:3,
43:19
**become**
5:17
**becoming**
7:3
**been**
8:7, 14:20,
14:21, 16:11,
16:18, 20:4,
21:8, 23:4,
23:5, 41:17,
42:20
**before**
12:7, 13:6,
15:20, 17:14,
17:21, 18:9,
26:10, 40:19,
44:8
**begin**
4:2, 18:10
**behalf**
12:5, 15:11
**being**
7:6, 9:2, 13:1,
18:4, 18:8,
23:16, 24:2

**beings**
12:22
**believe**
12:14
**benson**
5:10, 5:12,
5:13, 45:1
**best**
46:11
**between**
6:12, 33:5
**big**
2:20, 17:20,
17:21
**biggest**
20:6, 20:19
**bill**
2:5, 2:6, 2:7,
2:8, 2:11, 3:5,
5:1, 5:11, 5:18,
5:19, 6:6, 8:7,
10:11, 11:14,
11:18, 12:8,
12:12, 12:14,
13:3, 13:5,
13:18, 14:5,
14:6, 14:7,
14:22, 15:4,
15:21, 16:6,
16:19, 16:22,
17:5, 17:9,
23:17, 24:9,
24:15, 25:11,
25:18, 26:4,
26:8, 28:5,
29:15, 31:13,
33:20, 35:15,
35:17, 40:18,
40:19, 42:4,
42:5, 43:20,
44:18, 45:9
**bills**
18:14
**birmingham**
4:6
**bishop**
1:22, 46:2,
46:18

**black**
13:13, 14:17,
14:20, 21:20,
39:1
**blacks**
8:4
**blank**
27:16
**blind**
2:18
**board**
20:15
**boats**
11:22
**bob**
3:7, 5:5, 7:18,
9:22, 12:3,
13:8, 15:5,
17:11, 22:2,
25:14, 25:17,
29:19, 30:1,
32:19, 37:4,
38:19, 40:12,
40:16, 40:18,
41:10, 44:5,
44:11, 44:14,
44:20, 45:4,
45:8
**body**
10:7
**both**
14:13, 16:5,
19:8, 23:19,
27:22, 38:12,
38:13
**bottom**
28:1, 42:8
**boxes**
19:16
**breaking**
33:3
**bridge**
21:17
**bring**
36:11
**bringing**
28:10
**brother**
42:12

**brought**
8:7, 35:2,
42:2, 43:17
**bushes**
29:1
**butler**
41:12

---
**C**
---
**call**
2:2, 14:6,
19:16, 40:20,
44:7, 44:19,
44:21
**calling**
42:20
**calls**
34:6
**calm**
14:3
**came**
38:2
**campaigning**
29:1
**campaigns**
1:9, 31:22
**campaigns-and-el-**
**ections-committee**
46:8
**campus**
8:16, 24:3
**campuses**
6:6
**can't**
8:17, 8:22,
9:6, 18:11,
21:1, 24:7,
24:11, 27:15,
35:7, 35:14,
35:16, 37:16,
38:2, 42:15
**candidate**
10:19, 37:11,
37:14, 38:6,
38:18
**candidates**
20:15, 26:18,
30:19, 31:19,

37:20
**cannot**
2:12, 5:18,
9:17, 35:1
**capital**
21:17
**car**
27:7
**care**
3:11, 21:9
**caregiver**
42:13
**caregivers**
15:12
**carol**
15:6, 15:8
**case**
20:7, 20:19,
21:5, 22:20,
23:4, 30:18,
42:1, 46:14
**cases**
19:13
**cast**
11:18, 28:12,
29:8
**caucus**
39:1
**caught**
20:4
**cause**
7:13, 31:19
**causes**
7:16
**causing**
13:6
**certain**
28:11, 32:16
**certificate**
46:1
**certify**
46:2
**chair**
25:10, 30:3,
33:2
**chairman**
3:7, 5:5, 7:18,
9:22, 12:3,

13:8, 13:10,
15:5, 17:11,
17:17, 21:4,
21:10, 22:2,
22:5, 25:10,
25:14, 25:17,
29:13, 29:19,
29:22, 30:1,
32:19, 37:4,
38:19, 39:21,
40:12, 40:16,
40:18, 41:10,
44:5, 44:11,
44:14, 44:20,
45:4, 45:8
**chairs**
17:22
**challenges**
12:15
**change**
2:16, 12:8,
35:7, 35:14,
35:16
**changes**
38:22, 39:6
**changing**
35:7, 35:14
**character**
19:19
**charge**
5:20, 8:8
**charged**
6:3, 6:21,
14:13, 16:12
**charges**
4:21, 23:7,
31:16
**checked**
13:21
**chief**
8:1
**choice**
39:16
**choose**
3:1
**chris**
37:7, 38:15
**church**
8:10, 9:1, 9:5,

15:13
**circuit**
20:10, 20:14
**cite**
18:10
**citizen**
8:20, 9:4,
13:12, 16:14
**citizens**
8:12, 15:20
**civic**
4:9, 5:16, 6:5,
6:15, 8:10,
9:11, 12:8,
13:4, 13:14,
30:5, 36:2
**civil**
15:1, 21:15
**clarification**
34:13
**clarity**
38:22, 39:5,
40:1, 40:9
**clarke**
22:5, 22:9,
22:20, 23:1,
23:3, 23:8,
24:13, 25:8,
25:15, 26:1,
26:2, 26:7,
26:12, 27:1,
27:4, 27:10,
28:21, 29:7,
29:17, 29:20,
29:21, 45:3
**class**
9:3, 30:8,
33:4, 34:2, 34:3
**clear**
2:16
**clearly**
41:15
**clerk**
20:10, 20:14,
44:21
**cliff**
3:13, 3:14
**close**
21:10

**closely**
26:8
**cloth**
14:7
**code**
35:14
**colleague**
6:15
**colleagues**
40:4
**collection**
41:19
**college**
5:16, 6:7,
6:12, 6:19, 7:8,
7:14, 8:12,
8:15, 12:15,
18:2
**colleges**
7:1, 7:4
**come**
3:5, 5:9, 5:10,
12:7, 17:21,
17:22, 18:9,
38:4
**comes**
9:20, 18:16,
36:20
**coming**
20:19, 43:16,
43:18
**commend**
17:19
**comment**
30:18, 38:20,
39:20, 44:6
**comments**
5:6, 5:11,
22:3, 32:20,
37:6
**commercials**
40:4
**commission**
20:16, 38:8
**commit**
2:13, 2:14
**committed**
4:21

committee
1:9, 3:17, 5:6,
13:11, 17:13,
17:15, 22:3,
22:12, 25:12,
29:14, 32:20,
43:20
committing
37:17
common-sense
11:19
communities
4:10
community
5:17, 15:17
completed
34:14
complicated
10:4
concern
5:4
concerns
10:5, 36:21,
36:22
conclude
29:19
concluded
45:11
conecuh
10:19
confirming
16:13
conflict
42:5
confuse
16:17
confusing
15:16
connection
4:13
consecutive
8:6
consider
7:15
considered
9:2
constant
5:22

constitute
5:22
constitutes
33:13
constitution
1:8, 21:14
constitutional
7:12, 12:20,
13:2
consultant
38:1
contacting
37:20
continuously
7:5
control
38:6
convicted
16:10, 20:11,
23:6, 24:21
conviction
16:9
convinced
25:12
corporate
7:7
correct
23:9, 26:6,
26:11
corrected
43:21
could
6:2, 6:4, 7:3,
7:8, 12:14,
19:4, 19:9, 26:9
couldn't
35:9
counsel
46:13
count
20:18, 31:21
counted
10:8, 11:6,
11:16, 32:3,
32:4
counties
28:11, 28:18,
29:12

counting
19:22
country
32:16
counts
12:19
county
10:19, 17:2,
17:4, 20:7,
20:16, 23:2,
28:15, 28:20,
32:7, 37:10,
37:18, 38:6,
38:8
couple
18:7, 27:5
course
37:16
court
9:13, 11:1
courts
11:1
create
12:13
crime
6:21, 12:10,
35:18, 37:17,
39:18
criminal
8:4, 31:12,
34:7, 34:10
criminalize
4:18, 15:22
criminalized
6:18, 17:8
criminalizes
14:8
criminals
6:11
critical
4:13, 15:14
cross
21:16
current
6:21
currently
5:14, 8:1, 9:9,
9:10

cut
3:19, 6:16

**D**

data
16:18, 25:9,
25:11, 28:12
day
21:20, 30:15,
42:15
deaf
2:17
deal
2:20, 17:20
decipher
42:21
decision
11:2, 14:16
decline
6:8, 7:8, 7:14
decrease
7:5
define
29:14, 40:2
definition
19:6, 23:17,
36:1
deliver
9:9, 9:11,
34:18, 34:21
delivered
39:12
delivering
14:8
democracy
4:18, 4:20,
21:22
democrat
2:7, 29:10
democratic
2:12, 4:22,
24:19
demographics
29:12
depend
9:10
depos
46:19

deprived
10:20
desires
42:7
desk
32:11
details
21:1
devices
3:19
diabetes
35:9
didn't
40:13
difference
33:5
different
33:4
digital
46:3
dignity
4:17
disabilities
2:17, 8:13,
12:16, 35:3,
35:13
disability
35:8
disabled
6:19, 8:15,
27:20
disagree
36:15
discourage
14:4
discussion
41:12
dismantle
6:12, 7:11
dismissed
23:7, 23:11,
37:18
disposed
23:4
disproportionate
4:22
disqualifying
16:9, 16:10

distribute
41:16, 42:10
distributing
33:12
distribution
33:12
district
13:12, 20:6,
20:8, 20:13,
20:14, 20:21,
38:9
document
37:22
documents
14:1
doing
2:10, 7:3,
17:8, 31:8,
35:17, 36:10,
36:14, 38:11
dollars
37:12, 38:11
done
23:16, 26:9,
31:1, 31:11
don't
19:18, 40:16
down
2:2, 3:12, 33:3
download
16:3
drive
8:20
due
13:1, 44:2
duly
10:21
during
14:3

**E**

each
3:12
earlier
42:5
early
35:2
easily
2:13, 2:14

east
7:22
edmund
21:16
education
4:8, 6:14,
36:11
effect
6:22
effects
7:16
either
18:10
elected
10:21, 20:17
election
2:13, 15:18,
16:12, 16:18,
36:10, 37:21,
41:5, 42:19
elections
1:9, 2:4, 2:5,
2:9, 26:18,
31:21, 33:22
electrical
3:19
eligibility
16:13
eloquently
17:22
else
5:20, 33:18,
36:20
else's
8:9
embed
46:6
employed
30:6, 46:13
employee
4:5
employees
12:9
encompassed
2:11
end
21:20, 35:9,
43:21

ending
26:1
engagement
4:9, 4:22, 13:4
enough
31:10
ensure
12:19
entrap
15:22
envious
14:17
equations
42:15
era
14:4
error-prone
15:16
especially
14:10, 19:2,
31:19
essence
4:20, 36:5
even
8:17, 8:22,
9:6, 14:18,
14:20, 16:3,
16:4, 31:10,
32:6
ever
14:18
every
2:8, 10:7,
11:5, 11:15,
18:13, 19:15,
20:1, 29:3,
38:10
everybody
7:21, 8:14
everyone
2:20, 3:10,
10:8, 36:20
everyone's
12:19
everything
19:19, 33:18,
43:6, 43:9
evidence
31:10

**exactly**
23:14
**example**
6:18, 8:22,
14:9, 20:6,
20:14, 26:17,
42:12
**exception**
41:18
**excuse**
27:14
**exercise**
9:8, 9:19,
13:20
**exercising**
12:11
**exist**
37:9
**exists**
25:16
**expect**
8:16, 8:21,
9:7, 10:22
**expense**
39:19
**experiences**
31:22
**explain**
33:5, 43:15
**expresses**
15:2
**extensive**
14:1
**extent**
11:4
**extremely**
15:21

**F**

**fabric**
14:6
**faced**
7:1
**facilitate**
6:1, 6:5
**facilitating**
4:16
**fact**
33:21

**facts**
18:8
**faculties**
7:10
**faculty**
6:4, 7:6
**fair**
2:9, 25:4
**faith**
4:6
**family**
18:1
**far**
28:16, 30:11,
34:13
**father**
35:8
**favor**
25:20, 44:8
**favorable**
44:16, 44:18,
45:10
**february**
1:12
**federal**
2:4, 35:5,
35:7, 35:13,
35:16
**fee**
37:11
**feel**
2:11, 18:21,
30:22
**felonies**
9:16, 24:21,
25:1, 25:7
**felony**
4:21, 6:1, 6:3,
7:4, 8:8, 9:2,
9:3, 9:15,
14:14, 16:6,
16:9, 16:10,
30:9, 33:4,
33:5, 34:2, 34:3
**female**
44:19
**few**
19:20, 22:17

**filed**
37:10
**fill**
2:19, 8:18,
15:14, 15:17,
15:18, 16:3,
24:8, 24:10,
24:17, 27:6,
27:14, 27:19,
27:22, 35:10,
36:12, 41:6,
43:11
**filling**
2:21, 30:11,
42:6
**final**
3:6
**finally**
7:5, 16:17
**financial**
46:15
**financially**
7:13
**fincher**
3:7, 5:5, 7:18,
9:22, 12:3,
13:8, 15:5,
17:11, 22:2,
25:14, 25:17,
29:19, 30:1,
32:19, 37:4,
38:19, 40:12,
40:16, 40:18,
41:10, 44:5,
44:11, 44:14,
44:20, 45:4,
45:8
**fine**
24:6, 34:22,
43:18
**finish**
34:1
**finished**
32:15
**firmly**
12:13
**first**
3:21, 17:15,

17:18, 30:20
**five**
19:22, 21:6,
21:7, 28:12,
38:9, 38:11
**floor**
40:19, 43:17,
43:19, 44:6,
44:17
**follow-up**
35:21
**following**
12:7, 41:2
**foregoing**
46:4
**forget**
13:1, 19:11
**form**
15:2, 27:16,
41:3
**forward**
5:10
**found**
2:10, 19:14,
23:15, 34:6
**four**
29:3, 33:3,
33:10, 42:21
**fraud**
2:13, 2:14,
5:2, 18:14,
18:19, 19:16,
20:2, 20:4,
20:7, 32:10
**frauds**
19:1
**freedom**
13:20
**freedoms**
7:11
**friend**
8:18, 9:5, 16:3
**fundamentally**
5:1, 15:16
**funding**
6:16, 7:8
**funds**
14:8

| | | | |
|---|---|---|---|
| **further**<br>21:13, 21:19,<br>24:18 | **gives**<br>6:19, 41:18<br>**glad**<br>42:2 | **groups**<br>19:4, 19:7<br>**gudger**<br>2:1, 3:8, | **happening**<br>10:16, 11:12,<br>11:20, 20:22,<br>22:19, 23:16 |

**G**

**gap**
15:14, 15:17
**gas**
6:19, 14:12,
16:4, 28:8,
39:12, 39:14,
39:19
**gave**
20:10
**generate**
37:13
**generated**
37:15
**gentlemen**
10:2, 10:3,
40:17
**getting**
7:9, 23:20,
28:4, 30:14,
35:22
**gift**
16:2, 29:15,
33:12, 33:14,
34:2, 34:5,
39:11
**givan**
17:15, 17:17,
18:7, 19:10,
19:21, 21:3,
24:1, 38:20,
38:21, 39:4,
40:15, 40:17,
42:2, 43:3,
43:5, 43:9,
43:13, 44:2
**give**
3:6, 17:9,
19:1, 19:5,
20:20, 20:22,
22:14, 27:16,
39:5, 42:11
**given**
28:7, 45:9

**go**
8:17, 8:18,
8:22, 9:6,
20:12, 22:3,
24:17, 26:15,
31:12, 34:2,
35:6, 38:8,
44:22
**goes**
42:8
**going**
3:9, 19:11,
21:12, 24:12,
28:9, 28:18,
28:21, 29:10,
31:8, 33:19,
33:21, 36:22,
37:20, 39:11,
40:20, 44:6
**gonna**
19:10
**good**
4:4, 7:20,
12:5, 15:8,
17:8, 22:5,
22:6, 22:7,
23:19
**government**
8:2, 37:22
**grandfather**
28:7
**grandson**
28:8
**grave**
36:21, 36:22
**greater**
4:5
**greetings**
5:12, 7:21
**griffin**
7:19, 7:20,
7:21
**group**
13:15, 26:20

12:12, 18:5,
18:6, 20:3,
22:6, 22:7,
22:13, 22:22,
23:2, 23:5,
23:10, 24:5,
24:15, 26:6,
26:10, 26:11,
26:21, 27:3,
27:5, 27:11,
29:5, 29:13,
29:16, 30:10,
30:14, 31:5,
33:7, 33:15,
33:17, 34:16,
34:21, 35:5,
36:7, 38:12,
39:3, 40:10,
43:2, 43:4,
43:7, 43:11,
43:15
**guess**
30:3, 30:17,
33:15, 39:15
**guilty**
16:6, 26:15,
42:22
**guys**
9:19, 35:5

**H**

**half**
28:17
**hand**
17:16
**handed**
16:21
**handwriting**
42:19
**happen**
7:16, 32:7,
32:8
**happened**
20:12, 32:4

**happens**
11:3, 38:1,
38:12
**happy**
3:5, 22:14
**harm**
13:6
**harmful**
15:21, 17:5
**harsh**
16:6
**harshly**
13:18, 14:20,
15:3
**harvest**
37:21, 38:17
**harvesting**
2:15, 10:18,
19:6, 19:17,
20:5, 23:21,
23:22, 25:15,
26:15, 26:20,
35:19, 37:8,
37:19
**hassle**
33:21
**hear**
18:14
**heard**
36:6, 37:1,
37:8, 40:13,
40:15
**hearing**
1:11, 3:9,
26:3, 39:22
**held**
32:13
**help**
2:18, 2:19,
2:21, 2:22,
5:16, 9:5,
10:14, 11:8,
24:7, 24:8,
24:10, 24:14,

24:17, 27:6,
27:19, 31:17,
36:12, 43:7,
43:8, 43:12
**helped**
3:2, 27:22,
35:10
**helping**
7:6, 9:4, 11:9,
16:2, 30:10
**here**
3:12, 8:5,
8:15, 12:19,
13:9, 16:16,
19:3, 28:4,
28:6, 32:21,
33:3, 36:1,
36:4, 36:15,
36:21, 37:9,
37:18, 39:21,
41:6
**hereby**
46:2
**higher**
6:14
**highest**
15:2
**hired**
7:2
**history**
20:20, 31:12
**hit**
30:7
**hold**
5:6, 5:14,
10:20
**honest**
2:2, 2:9, 36:9
**honorable**
18:3
**hope**
9:19
**horrible**
42:19
**house**
1:8
**https**
46:6

**human**
12:22, 15:2
**hundred**
32:3, 37:12
**hurt**
19:18, 32:16
**hypothetical**
10:15, 11:2

**I**

**id**
43:10
**identifies**
21:5
**illegal**
27:15
**impact**
6:7, 13:4,
36:17
**important**
11:22
**incarcerated**
4:11, 9:10
**including**
17:3
**increase**
29:3, 29:5
**indecency**
15:3
**independent**
2:8
**independents**
38:13
**individual**
5:20
**individuals**
4:19, 12:9,
13:2, 21:7
**information**
20:10, 42:18
**infringe**
21:19
**innocent**
17:8
**inside**
12:16
**institution**
18:3

**integrity**
36:9
**intent**
28:5, 28:7,
30:5, 31:16,
31:17, 31:18,
32:15, 32:16,
33:20, 34:8,
34:10
**intents**
34:9
**interest**
46:14
**interested**
26:8
**interesting**
14:14, 14:15,
14:18, 14:21
**interpretation**
41:8, 41:21
**interpreted**
36:19
**interrupt**
3:20
**intimated**
19:3
**intimidate**
16:16
**invoice**
37:16
**involved**
26:13
**iraq**
13:17
**irreparable**
13:6
**issue**
10:5, 19:8,
26:5, 28:11,
30:4, 32:5
**issues**
6:21, 31:19,
41:21, 43:22
**issuing**
14:13
**it'll**
41:15
**item**
33:11

**itself**
4:20

**J**

**jackson**
13:9, 13:10,
13:11
**jail**
9:10, 20:12,
31:15
**jails**
8:14, 9:12,
9:14, 12:17
**james**
40:21, 41:14,
45:7
**jar**
14:2, 21:12,
21:13
**jelly**
21:11
**jellybeans**
21:13
**job**
1:20, 6:2, 7:3,
30:7, 36:2
**jobs**
17:4, 23:11
**john**
10:1, 10:2,
30:18, 45:2
**journey**
21:16
**juandalynn**
17:17, 18:7,
19:10, 19:21,
21:3, 24:1,
38:21, 39:4,
40:15, 40:17,
42:2, 43:3,
43:5, 43:9,
43:13, 44:2
**judge**
20:15
**judges**
31:14
**judicial**
24:22, 25:6

justice
8:2, 8:4, 23:8,
31:13

**K**

keep
3:13, 39:22
kenneth
30:3, 30:13,
30:17, 31:6,
45:5
kept
23:11
kill
13:5
kind
2:10, 3:4,
33:2, 36:17,
42:16
kings
38:5
knocks
2:2
know
10:16, 11:3,
11:21, 22:18,
26:2, 26:3,
29:12, 31:3,
31:7, 31:9,
32:1, 32:2,
32:5, 32:14,
34:20, 36:18,
37:8, 37:16,
38:20, 39:20,
40:6, 40:12,
40:16, 43:16
knowing
28:6, 33:10
knowingly
34:5, 34:9,
34:10, 42:9
knowledge
15:19, 46:12

**L**

ladies
10:3, 35:6
lansing
8:1

large
29:5
largely
29:10, 29:11
last
2:2, 13:21,
19:20, 22:17
lastly
39:19
later
3:6
lauren
1:22, 46:2,
46:18
law
28:3, 34:7,
34:11, 35:1,
35:5, 35:7,
35:16, 36:4,
36:19
lawmakers
14:16, 26:13
laws
2:13, 32:13
lawsuit
10:19, 30:22,
37:9, 37:17
league
15:9, 15:12,
17:9
leave
41:8
left
45:4, 45:8
leg
2:2, 35:9
legal
14:1, 23:13,
27:9, 27:11,
27:12, 27:14,
41:21
legally
7:13
legislation
31:9, 31:10,
31:18, 32:17
legislature
8:7, 13:5

legitimate
24:3, 39:15,
39:16
lessons
4:8
let's
19:12, 22:3,
33:7
letting
41:6
likelihood
4:15
limitations
9:8
limited
9:16
line
24:9, 24:13,
24:15, 33:8,
33:11, 34:5,
34:9, 41:1
lines
44:3, 44:4
list
19:17, 20:2,
25:1, 25:7
literacy
14:1
litigated
10:22, 11:1
little
22:9
lives
6:10, 6:18,
8:16, 13:13
living
12:16
llc
46:19
local
2:4, 6:13, 9:1,
9:5
locked
31:15
lomax
40:20, 40:21,
41:14, 45:7
long
3:1, 24:11,

27:19, 42:15
longer
8:20
look
16:21, 24:9,
24:15, 29:7,
29:8, 30:21,
33:10, 34:4,
41:15
looked
16:20
looking
11:13, 19:13
looks
3:11, 21:22,
22:1
loopholes
23:13, 23:15
lose
30:20, 31:20
lot
18:9, 30:19,
31:19, 38:11,
40:3, 43:22
love
22:11, 25:19

**M**

ma'am
13:8, 39:3
made
30:18, 39:1,
39:20, 41:11
mailed
26:18
mainly
8:11
maintaining
4:13
major
7:22
make
12:6, 20:17,
24:20, 25:10,
36:8, 37:6,
38:17, 41:7
makes
10:12

making
10:7, 11:5,
11:14, 35:17,
38:11
male
14:21
manager
42:20
manner
10:14, 18:3
many
6:10, 10:5,
12:17, 14:2,
14:16, 17:2,
21:1, 27:17,
32:8, 36:7, 38:2
marbles
14:2, 21:11,
21:12
march
12:21, 12:22,
46:20
mark
24:12
marking
41:4, 41:19,
41:22
maters
7:10
matter
13:13
maximum
3:10
mayoral
26:17
mean
26:16, 27:14,
29:8, 34:14,
43:15
meaning
6:1, 6:16
meaningless
17:1
means
28:17, 34:8
measure
11:21
meeting
1:9

member
5:15, 8:10
members
6:1, 13:11,
15:13, 17:13,
22:3
men's
34:6
mention
9:12
mentioned
19:7, 22:21,
38:22, 39:8
met
19:7
michigan
8:1
might
26:9, 28:21,
29:9, 33:8,
34:19
millie
14:15
milligan
14:15
minded
13:16
mine
20:6
minimal
18:18, 21:8
ministries
4:6
minute
3:14
minutes
3:12, 3:14,
3:15
mis
23:17
misdemeanor
5:21
mission
36:5
misunderstand
4:20
mobile
26:18, 37:10,

37:18
modern-day
14:5, 14:22
mohan
23:19
moment
29:21
monetary
23:20, 33:15,
34:3
money
5:22, 6:20,
14:12, 16:4,
28:5, 28:8,
38:11, 38:17
montgomery
12:22
more
3:5, 6:21,
7:13, 14:18,
14:20, 22:10,
22:13, 26:17,
32:21, 35:21,
36:6, 38:20,
41:7
morning
4:4, 7:20,
12:5, 15:8,
22:5, 22:6, 22:7
moseley
15:9
mosely
15:8
mosley
15:6, 15:7,
17:12
most
5:3, 15:20
motion
25:10, 25:17,
25:20, 25:21,
41:11, 44:5,
44:7, 44:17
mount
22:1
move
25:20, 44:16
much
3:21, 5:5,

13:7, 18:14,
42:14
must
13:1
muted
5:2
myself
18:8, 22:15

### N

naacp
5:15, 12:6,
12:17, 13:4
name
4:4, 5:12,
7:21, 13:11,
13:14, 20:1,
20:2, 20:3,
27:21, 41:18,
42:11
names
19:17, 28:1,
29:3
national
6:16, 8:3
navigate
15:15
nay
25:21, 44:12,
44:13, 45:2
need
11:11, 11:12,
16:19, 16:22,
19:12, 27:20,
29:14, 35:12,
44:3, 44:4
needed
2:21, 15:15
needs
11:12
negative
6:7, 13:3
neighbor
14:12
neighbors
12:10
neither
46:13

new
7:2, 16:6, 16:7
next
13:9
nobody
31:14
non-relative
14:12
nonpartisan
4:7
nonprofit
15:11, 34:19,
36:1
norm
28:16
norma
12:4, 12:5,
12:6
nothing
20:12
nothing's
23:16
noticed
30:19
notorious
14:2
number
19:1, 21:7,
29:10, 43:10
numbers
29:8
nurses
15:13

**O**

obama
14:19
obtained
46:5
obtaining
5:19
obviously
19:17
offer
40:21
offered
16:5, 38:3
office
10:21, 18:16,

18:20, 32:12,
38:3
official
16:12
officials
15:18
often
26:13, 29:2
okay
3:7, 3:20, 4:2,
5:10, 7:19,
15:6, 19:12,
20:8, 22:13,
27:3, 27:9,
28:7, 29:16,
30:1, 30:2,
30:13, 33:2,
33:9, 40:16,
41:12, 41:13
ompnetwork
46:6
one
3:14, 4:10,
8:11, 12:8,
12:12, 12:14,
13:3, 13:5,
13:18, 13:19,
14:6, 14:7,
15:4, 17:16,
19:11, 19:15,
24:18, 26:17,
26:18, 28:10,
28:12, 29:9,
32:21, 32:22,
34:4, 35:9,
35:20, 35:21,
38:20, 39:22,
44:1, 44:18,
45:9
one's
10:9
ones
22:14, 22:16
online
19:15
only
8:13, 8:19,
11:3, 17:6,

22:14, 32:4,
33:7, 35:17,
38:8, 44:3
open
41:8, 41:20
operations
37:19
opinion
10:20
opportunity
5:4, 17:18,
21:18
oppose
15:3
opposed
25:21, 44:11
opposite
13:19, 40:5
option
39:16
options
27:5
org
13:14, 46:6
organization
4:8, 8:10,
12:9, 30:6,
37:10, 39:9,
39:11
organizations
5:16, 6:4,
6:15, 6:17,
9:11, 15:12,
24:4, 36:2
other
4:9, 20:18,
22:2, 32:19,
39:7, 41:4,
41:18, 44:6
others
10:14
otherwise
46:15
ought
22:12
out
2:3, 8:18, 9:4,
9:5, 16:3,

16:21, 17:4,
20:19, 21:21,
23:15, 26:13,
26:15, 27:17,
28:12, 28:16,
29:1, 29:17,
30:11, 34:6,
35:22, 37:14,
38:9, 38:16,
41:6, 42:7,
42:17
outcome
46:15
outlines
41:15
outside
28:15
over
3:15, 14:16,
28:13, 28:17,
29:6, 30:15,
31:15, 32:21,
38:1, 42:12
overcrowding
6:9, 9:14
overseas
35:15
overview
3:4, 20:22
own
40:8

**P**

packet
34:15
page
24:16, 33:2,
33:8, 33:9,
33:10, 41:2,
41:15, 42:8
pages
1:21
paid
23:20, 24:2,
24:3, 24:22,
28:5, 30:7,
30:14, 30:15,
35:22, 39:12,

39:13
**paper**
19:22, 20:1,
21:6
**part**
6:2, 20:5,
23:22, 27:15,
42:4, 42:5
**participation**
6:6
**particular**
23:17, 28:18,
30:18, 42:4,
44:1
**parties**
26:14, 38:13,
46:14
**partners**
6:14
**partnership**
6:15
**party**
18:12, 24:19,
29:15
**paschal**
30:2, 30:3,
30:13, 30:17,
31:6, 45:5
**pass**
27:17
**passed**
3:14, 5:18,
6:3, 6:22, 7:16
**passes**
45:9
**passing**
7:11
**pay**
8:17, 34:5,
35:18, 37:12,
37:14
**paying**
27:13, 34:4
**payment**
33:11, 34:10
**payments**
14:9
**penalize**
6:4, 40:8

**penalized**
39:18
**people**
2:17, 8:8,
8:12, 9:7, 9:15,
9:18, 10:5,
10:17, 11:8,
11:21, 12:15,
12:16, 12:18,
13:16, 15:15,
17:5, 17:6,
17:8, 17:21,
21:7, 27:8,
31:7, 31:15,
32:9, 32:16,
33:19, 35:18,
36:7, 36:11,
36:14, 37:21,
38:2, 38:15,
38:16
**people's**
10:13, 20:3,
20:18
**percent**
28:13, 28:17,
29:6
**perhaps**
16:2
**person**
6:18, 11:5,
11:9, 11:17,
14:10, 16:13,
16:15, 17:2,
18:8, 27:22,
30:8, 39:10,
39:12, 40:11,
41:16, 42:9
**person's**
10:8, 20:2
**persons**
16:5
**pettus**
21:17
**phones**
3:18
**pi**
5:15, 8:5
**pick**
3:1

**piggyback**
36:17, 39:7
**place**
11:21, 14:3
**places**
23:12
**planet**
46:19
**play**
36:21
**please**
3:18, 3:19,
4:2, 5:10
**point**
3:17, 17:12
**pointed**
26:13
**political**
7:22
**politics**
5:17
**poll**
21:13
**polls**
13:14, 13:17,
36:8
**poor**
17:3
**population**
4:10, 4:11,
17:4
**populations**
4:10
**pose**
12:14
**positioned**
15:18
**positions**
5:14
**possibly**
7:7
**potential**
10:6
**potentially**
41:21
**power**
14:17, 21:19
**pre-filed**
41:17

**prefilled**
42:11
**prefilling**
29:15
**pregnant**
14:10
**prepared**
46:3
**present**
5:11, 15:19
**president**
5:15, 8:3, 8:5,
14:19, 15:9,
15:11
**pretty**
3:4
**previous**
18:19
**pride**
18:8
**primary**
16:17
**pringle**
37:5, 37:7,
38:15
**print**
42:13
**printed**
22:15, 42:17,
42:18
**printer**
42:14, 42:16
**priority**
10:6, 10:10,
11:4
**prison**
9:10
**prisons**
6:9, 8:14,
9:14, 12:16
**probably**
19:10
**problem**
11:19, 16:7,
32:11
**problems**
7:13, 40:3
**proceedings**
46:4, 46:5,

46:9, 46:11
**process**
4:14, 10:18,
12:2, 15:17,
15:19, 16:16,
24:21, 24:22,
26:14, 31:1,
32:2, 32:6,
34:6, 37:2
**professor**
7:2
**proof**
16:19, 16:22,
22:11
**proper**
25:9, 44:21
**proportion**
16:22
**proposed**
12:12
**proposes**
4:19
**prosecuted**
30:8, 32:10
**protest**
13:1
**proves**
37:19, 37:22
**provide**
4:8, 15:15,
34:5, 36:3
**provided**
5:21
**provides**
14:12
**public**
3:9
**pull**
22:18
**pulled**
21:2, 22:16
**pulling**
23:22
**put**
9:14, 9:15,
14:2, 24:12,
27:22, 30:22,
35:3, 41:8,

43:5, 43:6,
43:9, 43:21
**puts**
11:20
**putting**
31:14

**Q**

**queens**
38:4
**question**
5:8, 8:14,
11:3, 16:15,
17:13, 18:4,
18:15, 19:5,
21:5, 28:3,
30:4, 34:16,
35:21, 39:10,
39:22, 42:3
**questions**
5:6, 22:3,
32:20
**quick**
23:17, 35:3
**quit**
3:16
**quite**
14:14
**quiz**
14:2
**quote**
2:10

**R**

**race**
30:20
**racial**
13:22, 14:22
**rafferty**
30:2, 32:21,
33:1, 33:13,
33:16, 34:12,
34:17, 35:2,
35:4, 35:20,
36:16, 37:5,
39:8, 45:6
**ran**
31:21

**rate**
7:4
**raya**
34:7
**re-elected**
32:9
**re-entry**
4:14
**read**
2:5, 2:6, 2:7,
24:11, 36:19,
37:11, 44:22
**reading**
15:10
**reaffirmation**
4:17
**real**
23:17, 35:3
**realize**
11:11, 11:12
**really**
29:14
**reason**
16:19, 26:3
**reasons**
17:2
**receive**
16:1, 16:2,
33:11, 34:2,
34:9, 35:18,
42:6
**receiving**
8:9, 14:8,
23:20, 28:5
**recent**
19:15, 26:17
**recidivism**
4:15
**reciting**
21:14
**recommendation**
17:10
**reconstruction**
14:3
**record**
46:11
**recorded**
1:11

**recording**
45:11, 46:4,
46:5
**records**
6:10
**reduced**
46:9
**reducing**
4:15
**reflection**
14:5
**reflects**
29:11
**refund**
39:14
**regardless**
21:8
**regards**
18:22
**register**
9:1, 16:14
**registered**
16:7
**registering**
16:14
**registrar**
16:12
**registration**
7:14
**reimbursement**
16:1, 39:19
**related**
46:13
**relates**
18:18
**relationship**
6:12
**remark**
26:1
**remarks**
3:6, 4:3, 29:20
**remember**
5:8, 13:3, 21:3
**remind**
3:9
**reminded**
12:21
**remove**
41:3

| | | | |
|---|---|---|---|
| **replace**<br>41:1, 44:3,<br>44:4 | **respect**<br>44:3 | **ripple**<br>6:22 | **sanders**<br>12:4, 12:5,<br>12:6 |
| **report**<br>44:16, 44:18,<br>45:10 | **respectful**<br>10:14 | **rise**<br>11:18 | **saw**<br>17:16 |
| **represent**<br>24:3 | **responses**<br>18:18 | **risen**<br>14:20 | **say**<br>3:14, 3:15, |
| **representative**<br>18:6, 18:12, | **rest**<br>41:3 | **risk**<br>41:9 | 8:15, 21:18,<br>21:20, 23:19, |
| 22:8, 23:18,<br>29:20, 30:1, | **restitution**<br>24:18, 25:1 | **roland**<br>13:14 | 25:21, 33:9,<br>38:4, 38:8, |
| 30:2, 32:21,<br>33:1, 33:13, | **restoration**<br>4:17 | **role**<br>4:15 | 39:16, 40:14,<br>42:8, 44:9 |
| 33:16, 33:20,<br>34:12, 34:17, | **restored**<br>16:11, 25:3, | **roll**<br>44:19, 44:21, | **saying**<br>12:8, 12:20, |
| 35:1, 35:4,<br>35:20, 36:16, | 25:6 | 44:22 | 19:14, 32:8,<br>36:3 |
| 37:5, 38:20,<br>39:8, 40:20, | **result**<br>7:3, 7:5 | **room**<br>27:18 | **says**<br>24:9, 24:14, |
| 41:11, 45:6 | **returned**<br>35:10 | **roughly**<br>21:6 | 28:6, 34:7,<br>40:1, 42:6 |
| **representatives**<br>6:13, 28:22 | **review**<br>25:11 | **rule**<br>11:1, 31:14 | **sb1**<br>2:16, 4:19, |
| **represented**<br>2:11, 18:1 | **right**<br>2:14, 2:17, | **run**<br>30:20 | 5:18, 5:20, 6:3,<br>6:11, 6:22, |
| **representive**<br>25:22 | 3:8, 4:1, 4:16,<br>5:9, 7:19, 9:8, | **running**<br>38:6 | 7:11, 7:16, 8:6,<br>8:8, 9:20, |
| **republic**<br>2:12 | 9:19, 10:13,<br>10:19, 10:20, | **rural**<br>17:2, 28:14 | 15:20, 17:4 |
| **republican**<br>2:6, 18:12, | 12:11, 15:6,<br>15:7, 16:11, | | **scheme**<br>20:16, 32:6 |
| 29:11 | 17:7, 17:12, | **S** | **school**<br>15:13, 20:15 |
| **request**<br>15:1 | 25:14, 25:22,<br>27:15, 28:4, | **safeguard**<br>10:13, 11:20 | **schools**<br>6:17 |
| **requested**<br>26:22, 27:2, | 28:6, 30:5,<br>30:20, 31:4, | **safeguarded**<br>11:15 | **science**<br>7:22 |
| 27:4, 27:9 | 31:5, 31:20,<br>31:22, 32:20, | **said**<br>18:4, 20:19, | **second**<br>14:11, 25:19, |
| **required**<br>41:2 | 35:20, 37:9,<br>37:18, 41:10, | 24:7, 26:2,<br>27:12, 31:22, | 41:11, 44:17 |
| **requiring**<br>16:7 | 44:7, 44:15,<br>44:20 | 32:2, 32:6,<br>33:17, 40:15, | **seconds**<br>41:12 |
| **research**<br>2:10, 18:9, | **rights**<br>7:12, 12:21, | 46:5, 46:8,<br>46:10 | **secretary**<br>18:16, 18:20 |
| 21:2, 22:16 | 13:2, 13:15,<br>15:1, 17:6, | **samaritans**<br>15:22 | **secure**<br>2:1, 11:22, |
| **resolve**<br>6:8 | 21:15, 21:16,<br>24:19, 25:3, | **same**<br>26:4, 28:3, | 36:9 |
| **resources**<br>9:17 | 25:6 | 28:20, 33:18,<br>34:8, 34:10, | **see**<br>18:13, 18:20, |
| | **ripping**<br>36:22 | 35:10 | |

22:11, 22:12,
25:9, 26:9,
29:2, 29:10,
31:16, 32:4,
34:18, 35:9,
35:22, 36:13,
37:22
**seeing**
11:8, 40:4
**seems**
40:7, 42:4
**sell**
38:3, 38:10
**selling**
38:17
**selma**
12:22
**senate**
12:8, 12:12,
12:14, 13:3,
13:5, 13:18,
14:6, 14:7,
15:4, 26:3,
44:18, 45:9
**senator**
2:1, 3:8,
12:12, 18:4,
18:6, 20:3,
22:6, 22:7,
22:13, 22:21,
22:22, 23:2,
23:5, 23:10,
24:5, 24:15,
26:6, 26:10,
26:11, 26:12,
26:21, 27:3,
27:5, 27:11,
29:5, 29:13,
29:16, 30:10,
30:14, 31:5,
33:7, 33:15,
33:17, 34:16,
34:21, 35:5,
36:7, 37:7,
38:12, 39:3,
40:10, 43:2,
43:4, 43:7,
43:11, 43:15

**senators**
14:21, 28:22
**send**
25:10, 25:18,
27:6, 28:1,
36:12
**sending**
26:21
**senior**
5:13, 8:12,
8:20, 9:4
**seniors**
12:15
**sentator**
40:22
**sentence**
41:4
**serve**
8:1, 17:6
**service**
10:4, 15:15
**services**
4:7, 16:2
**sessions**
46:7
**seven**
37:12
**several**
19:4
**shall**
42:9
**share**
5:4, 10:5
**sheet**
20:1, 20:20
**sheets**
19:22, 21:6,
22:14
**sheriff**
20:14
**shortage**
7:1
**should**
2:5, 2:6, 2:7,
2:8, 9:17, 10:7,
19:18, 32:11,
32:12, 32:13,
41:22

**shouldn't**
25:2, 31:2,
32:12
**sick**
17:4
**side**
40:5
**sides**
19:8, 38:13
**sigma**
5:15, 8:5
**sign**
3:2, 24:11,
27:21, 43:10
**signature-d2yvl**
46:16
**signed**
3:2, 3:22
**significant**
12:14
**silences**
5:2
**simple**
3:5, 42:16
**simplistic**
17:1
**simply**
7:3, 8:8, 9:18,
12:10, 21:18,
41:1
**since**
14:18, 39:20
**single**
11:5, 11:15,
11:16, 38:10
**singleton**
26:12
**sir**
12:3, 15:5,
41:13
**sit**
17:21, 42:14
**situation**
10:15, 10:22,
11:3, 16:1
**situations**
11:7
**six**
3:10

**skills**
46:12
**slot**
38:10
**small**
31:15, 40:21
**smarter**
42:14
**smoother**
4:14
**social**
4:7
**society**
4:14
**society's**
5:3
**solution**
11:13, 11:19
**some**
2:10, 36:14,
37:6, 39:13,
40:1, 42:16
**somebody**
24:8, 27:6,
30:11, 40:14
**somebody's**
19:19, 28:9
**someone**
2:21, 5:20,
8:9, 9:3, 9:5,
11:8, 14:10,
24:20, 27:13,
39:9, 40:1, 40:2
**someone's**
15:1
**something**
10:16, 31:1,
35:2, 40:7
**something's**
28:18
**sometimes**
31:2
**somewhere**
34:19
**soon**
11:1
**sorry**
15:6

**speak**
3:22, 8:6,
17:18, 21:11
**speaker**
3:21, 44:19
**speakers**
3:10, 5:7,
44:10, 44:13
**specific**
41:4, 41:19
**speech**
13:20
**spoke**
21:11
**spoken**
19:4
**sponsor**
17:14
**stack**
34:15, 34:18
**staff**
6:1, 6:5
**stamp**
33:16, 33:18,
33:20
**stand**
12:19, 13:18
**start**
3:17, 3:18,
4:1, 10:2, 10:3,
19:13, 33:8
**started**
19:14
**state**
2:4, 2:21,
5:13, 7:4, 9:12,
10:7, 12:1,
12:12, 13:6,
15:11, 17:20,
18:15, 18:19,
19:3, 21:17,
28:22, 36:20
**state's**
18:16, 18:20
**stated**
37:11
**statement**
12:7, 15:10,

**states**
36:18
**states**
21:14, 34:11,
43:14
**statewide**
38:7
**stats**
19:1
**stayed**
20:17
**steal**
2:4, 33:22
**step**
4:13, 21:13,
24:18
**sticker**
33:18
**stiffing**
39:13
**stifle**
6:5
**still**
9:7, 14:17,
15:21, 23:11,
23:12, 27:9,
27:10, 27:11,
28:2, 35:11
**stolen**
10:17
**stop**
2:15, 3:4,
28:19, 31:17
**stranger**
16:3
**streamlined**
41:7
**strength**
21:19
**strike**
31:14
**stronger**
10:12
**strongly**
15:3, 16:20
**student**
6:4, 6:19, 8:2,
8:16, 24:3
**students**
6:7, 6:12,

6:17, 7:5, 7:10,
8:12, 12:15,
15:14, 17:19,
24:1
**stuff**
42:16
**sub**
43:21
**subcommittee**
25:11, 25:18
**subject**
36:4
**submitted**
43:20
**substitute**
10:11, 10:12
**sue**
37:16
**sued**
37:10, 37:13
**summer**
14:16
**supervision**
46:10
**support**
11:18, 14:22
**suppress**
17:6
**supremacist**
14:7
**sure**
10:7, 10:13,
11:5, 11:15,
20:17, 24:6,
24:20, 36:9,
41:14
**survive**
2:12
**suspicious**
29:9
**system**
9:13, 23:8,
25:6

| T |
|---|

**table**
25:20
**tabling**
25:21

**take**
8:18, 19:11,
21:12, 27:7,
41:1
**taken**
3:11
**taking**
15:1
**talk**
22:9, 36:11
**talked**
2:20, 20:9
**talking**
24:18, 36:15,
43:22
**tampered**
10:10, 11:7
**targeted**
26:19
**tarnished**
6:11
**taxes**
21:13
**teachers**
15:14
**technically**
30:16
**tell**
19:12, 20:13,
25:19, 27:13,
38:2
**tells**
20:8
**term**
34:6, 34:7
**terri**
4:1
**terror**
14:22
**test**
14:1
**testified**
17:14
**thank**
3:8, 5:3, 5:5,
7:17, 7:18,
9:20, 9:22,
12:2, 12:3,

13:7, 13:8,
13:10, 15:4,
15:5, 17:10,
17:11, 17:17,
19:10, 22:10,
29:18, 29:21,
30:3, 32:18,
33:1, 37:4,
37:7, 38:18,
38:19, 45:10
**thanking**
10:3, 10:4
**themselves**
8:21, 9:6
**therefore**
6:19, 15:3
**thing**
12:1, 17:18,
28:20, 30:20,
33:18, 35:10,
35:17
**things**
4:9, 9:20,
19:14, 31:3,
39:7
**think**
9:2, 9:19,
10:10, 10:11,
10:12, 11:4,
11:13, 11:18,
11:20, 11:22,
17:15, 18:1,
18:11, 19:18,
22:11, 23:18,
25:4, 26:12,
28:8, 29:2,
29:13, 30:17,
31:3, 31:8,
31:9, 31:14,
32:5, 40:10,
41:20, 43:21,
44:3
**third**
8:6, 14:11,
26:14, 29:15
**thought**
37:22, 41:5
**threat**
4:21

**three**
3:12, 3:15,
19:11, 28:16,
29:6, 31:13,
42:20
**through**
2:14, 2:15,
10:18, 20:4,
24:20, 24:22,
25:5, 26:2,
33:2, 34:3,
34:6, 37:2,
41:2, 44:4
**through-line**
34:1
**throughout**
31:12
**time**
3:13, 3:15,
3:16, 7:17,
9:21, 13:21,
15:4, 18:13,
19:12, 20:13,
28:10, 40:22
**times**
38:2, 42:21
**today**
3:22, 8:6,
8:15, 12:7,
12:19, 15:21,
40:13, 43:22
**together**
23:22, 26:9
**token**
16:2
**top**
20:2, 20:17,
33:8, 33:9
**tori**
3:22, 4:1, 4:4,
4:5, 17:20
**total**
13:19
**touted**
16:18
**tracking**
26:8
**tragedy**
11:11

**transcribed**
1:22
**transcriber**
46:1
**transcript**
46:3, 46:10
**transcriptionist**
46:18
**transportation**
16:5, 17:3,
28:14
**transporting**
13:16
**travis**
13:9, 13:10,
13:11
**trimester**
14:11
**true**
19:5, 46:10
**trust**
7:9, 7:11
**try**
26:16
**trying**
2:3, 2:15,
9:18, 28:19,
29:1, 33:19,
33:22, 34:17,
36:5, 40:1,
40:7, 40:8
**turn**
3:3, 3:18
**two**
3:13, 24:16,
33:3, 33:6, 39:6
**type**
18:8, 39:13
**typed**
42:18
**typewriting**
46:9
**typically**
29:11

**U**

**under**
6:3, 9:8, 28:2,

28:3, 28:19,
30:16, 46:9
**undermining**
36:5
**understand**
36:16
**unfavorable**
17:10
**united**
21:14
**universities**
7:9
**university**
5:14
**university's**
6:14
**unjust**
5:1
**unlawful**
41:16, 42:9
**until**
5:7
**upstairs**
24:20, 25:5,
33:17, 39:1
**urge**
13:4, 16:20
**urgency**
18:22
**use**
26:16
**usurped**
10:17

**V**

**valid**
9:3, 34:18
**value**
23:20, 33:15,
34:3
**various**
4:9, 29:12
**version**
10:12
**versus**
34:15
**veteran**
13:17

veterans
2:18, 35:15
via
13:21
vice
8:4, 15:9
violation
13:2, 16:16,
43:3
violence
31:17
voice
4:18
voices
5:2, 36:6, 37:1
volunteer
8:11
volunteers
12:9, 13:13
vote
8:17, 8:18,
9:1, 9:6, 9:8,
9:12, 9:19,
10:8, 10:9,
10:13, 10:14,
11:5, 11:15,
11:16, 12:11,
12:19, 12:21,
13:3, 13:21,
14:17, 16:11,
16:14, 17:3,
17:7, 21:20,
36:8, 38:7,
40:2, 40:3,
40:6, 40:13,
44:7, 44:19,
44:21, 44:22
voted
32:1, 43:17
voter
4:8, 5:2, 7:14,
15:2, 16:7,
16:13, 18:14,
18:19, 19:1,
19:16, 20:1,
20:4, 20:7,
32:10, 34:20,
42:10

voter's
42:11
voters
2:13, 7:12,
8:13, 10:6,
13:13, 13:16,
13:19, 14:18,
14:20, 15:10,
16:17, 17:9,
36:6, 37:1,
41:18
votes
10:17, 11:10,
20:18, 29:2,
29:8, 31:21,
38:3, 38:7,
38:18
voting
2:1, 6:2, 6:5,
6:8, 12:13,
12:18, 13:15,
13:17, 14:4,
15:17, 15:19,
16:8, 16:15,
17:1, 17:6,
19:2, 21:15,
25:3, 25:6, 36:9
vulnerable
5:3

|W|
walk
33:2
wall
10:1, 10:2,
30:18, 45:2
want
2:19, 3:1, 3:6,
3:9, 3:20, 10:2,
10:3, 11:6,
12:18, 13:19,
14:5, 17:19,
19:17, 21:9,
24:6, 24:16,
27:8, 27:17,
27:19, 33:22,
34:22, 36:7,
39:16, 40:2,

40:6
wanted
11:17, 21:10,
33:2, 35:22,
37:15, 38:21
wave
2:3
way
9:1, 11:6,
18:9, 34:8,
34:10
we'll
5:8, 5:9
we're
2:15, 3:9,
11:7, 11:13,
28:2, 28:19,
33:19, 35:6,
35:12, 35:17,
36:13, 41:20,
44:6
we've
26:9
wednesday
1:12
week
37:12
weekend
42:12
went
24:20, 24:22,
25:5, 37:14
weren't
27:1
weren't
27:4
whatever
38:5
whatsoever
41:22
whether
8:9, 28:13,
28:14, 34:13
white
14:7, 14:21
whoever
3:1, 3:2
williams
3:22, 4:2, 4:4,

4:5
willing
28:6
winston
20:7, 23:2,
32:7
within
5:17, 11:2,
14:11, 39:6
without
9:2, 10:14
witnessed
38:18
woke
40:2, 40:3,
40:5, 40:13
women
15:9, 17:9
word
30:4, 34:5,
39:22, 40:5,
40:13
words
29:14
work
12:2, 13:4,
26:9, 28:15,
32:6, 42:15
worked
23:9, 24:19,
39:9
working
39:1
works
32:2, 39:10
world
27:19
worry
28:7
wrapping
21:4
write
24:11
written
42:22
wrong
21:9

|Y|
y'all
3:11

**yeah**
40:21, 41:14,
45:8
**year**
8:7, 13:22
**year-old**
7:22
**years**
12:17, 19:20,
22:17, 29:3,
31:15
**young**
5:16, 6:8, 6:10
**yourself**
3:3, 27:7, 28:2

---
**$**
---
**$5**
28:8, 38:7

---
**1**
---
**1**
44:19
**1,500**
27:7, 27:8,
28:10, 34:22
**10**
14:21
**14**
6:13
**1500**
26:19
**1924**
13:22
**1964**
21:15
**1965**
12:21, 21:15

---
**2**
---
**20**
28:13, 28:17,
29:6
**2022**
16:17
**2024**
1:12, 13:22,
46:20

**21**
7:22
**25**
31:15, 32:4
**28**
1:12
**285921**
46:7

---
**3**
---
**300**
38:5, 38:7
**31**
13:12

---
**4**
---
**46**
1:21

---
**5**
---
**50**
24:9, 24:15,
24:16
**528713**
1:20
**55**
24:9, 24:16
**56**
44:4
**59**
41:1, 44:3

---
**6**
---
**60**
41:2, 44:4

---
**7**
---
**75**
38:9
**7th**
12:21

---
**8**
---
**80**
33:8
**85**
33:9, 34:1
**86**
33:11, 34:9

**88**
13:12

---
**9**
---
**90**
31:13, 34:1
**91**
34:3
**92**
34:5
**96**
34:3

# EXHIBIT B



# Transcript of Alabama Senate Government Affairs Committee Hearing

**Date:** February 7, 2024
**Case:** Transcription Services

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

1

2

3

4

5

6

7                              In re:

8                         ALABAMA SENATE

9           GOVERNMENT AFFAIRS COMMITTEE HEARING

10

11                       RECORDED HEARING

12                  Wednesday, February 7, 2024

13

14

15

16

17

18

19

20   Job No.:  535809

21   Pages:  1 - 63

22   Transcribed by: Lauren Bishop

1           SENATOR TOM BUTLER: Let me go ahead and

2     call the meeting to order. Secretary, call the roll.

3     (phonetic).

4           SECRETARY: Senator Tom Butler?

5           SENATOR TOM BUTLER: Here.

6           SECRETARY: Senator Chris Elliott?

7           SENATOR CHRIS ELLIOTT: Here.

8           SECRETARY: Senator Arthur Orr?

9           SENATOR ARTHUR ORR: Here.

10          SECRETARY: Senator Gerald Allen?

11          SENATOR GERALD ALLEN: Here.

12          SECRETARY: Senator Greg Albritton?

13          SENATOR GREG ALBRITTON: Here.

14          SECRETARY: Senator Dan Roberts?

15          SENATOR DAN ROBERTS: Here.

16          SECRETARY: Senator Lance Bell?

17          SENATOR LANCE BELL: Here.

18          SECRETARY: Senator Keith Kelley?

19          SENATOR KEITH KELLEY: Here.

20          SECRETARY: Senator Coleman- Madison?

21          SENATOR COLEMAN-MADISON: Here.

22          SECRETARY: Senator Merika Coleman?

1          SENATOR MERIKA COLEMAN: Here.

2          SECRETARY: Senator Robert Stewart.

3          SENATOR ROBERT STEWART: Here.

4          SECRETARY: We have a quorum.

5          SENATOR TOM BUTLER: Okay. With quorum

6    being present, we're ready to conduct business. First

7    bill on the agenda will be Senate Bill 1. Senator

8    Gudger?

9          SENATOR GUDGER: Mr. Chairman, thank you

10   for the opportunity to be here today -- and

11   committee. I appreciate all the hard work and time

12   that you all let me have and putting into this bill

13   from last session until this session. I do have a

14   substitute that is in front of you. So make sure you

15   see that. Pull that out. And before we even start on

16   the last bill from last year that we brought forward

17   and pre-filed, this is the bill that we're going to

18   be talking about today. It is the substitute bill. I

19   don't know if you would like to, Chairman, to go

20   ahead and make a something -- if we can make a motion

21   to adopt that?

22         SENATOR TOM BUTLER: Senator Gudger, we

1   need to adopt --

2           MALE SPEAKER 1: Mr. Chairman, I would move

3   to adopt. So, second.

4           FEMALE SPEAKER 1: I'm three.

5           SENATOR LANCE BELL: Four.

6           SENATOR TOM BUTLER: Four owns. Moves to

7   adopt Gudger's substitute, by Senator Roberts.

8           SENATOR MERIKA COLEMAN: Mr. Chairman?

9           SENATOR TOM BUTLER: Yes, ma'am.

10          SENATOR MERIKA COLEMAN: Thank you, Mr.

11  Chair. I guess I was, as a relates to the setup and

12  even the adoption of it, the sub is six pages long.

13  The original bill is four pages long. We just kind of

14  got it right in front of us. Before the adoption can

15  he literally just give us a little bit of a synopsis

16  prior to --

17          SENATOR TOM BUTLER: Yeah. If you hadn't

18  answered in, that was the next thing is for Senator

19  Gudger to give us a overview of his bill and the

20  changes in the substitute.

21          SENATOR GUDGER: I've got some opening

22  remarks I'd like to say that's all right with the

1    committee first just for a moment and then go into

2    that if that's all right, Chairman?

3              SENATOR TOM BUTLER: Yeah.

4              SENATOR GUDGER: First of all, this bill

5    that's a substitute in front of you, has been

6    reviewed by groups all over this state over the last

7    nine months. The groups that oppose this bill and

8    groups that are for this bill. This substitute is --

9    that's being presented today, is to the best of our

10   ability for making changes so that we have heard

11   everyone's voice throughout this whole state.

12             I think this bill is the best for the

13   people of the state of Alabama. And I say that state

14   of Alabama, I'm talking about all people in the state

15   of Alabama. I believe that this bill helps it so that

16   voting is secure, honest and it knocks down the last

17   leg of ways that, I want to say the bad actors and

18   through the campaigns are trying to steal our

19   elections.

20             This bill should not be a Republican bill.

21   This bill should not be a Democratic bill. This bill

22   should not be an Independent bill. This should be a

1    bill for every Alabamian for secure elections.

2           Found a quote through my research and I

3    thought it represented this bill well. A Democratic

4    Republic cannot survive if election laws allow voters

5    to commit fraud easily. That's what's happening in

6    our state right now through ballot harvesting. Just

7    to be clear before we go into this, the number one

8    request that I get from groups all over the state is

9    that disabilities, people with disabilities,

10   including deaf, blind and especially our veterans

11   overseas, none of that changes from what we have on

12   federal code that we can't do anything about right

13   now anyway, because we're state government and it

14   supersedes us. We're not changing any of that in this

15   bill just to make sure everyone's clear. And those

16   people can still get assistance if they need to.

17          That's my opening remarks, Chairman. I'd

18   like to go into the bill just give the highlights if

19   that's okay?

20          SENATOR TOM BUTLER: Please.

21          SENATOR GUDGER: Okay. So this substitute

22   that's here, this bill has about five significant

1    changes or five things that changed and I want to

2    make sure everyone in the room that's -- and

3    listening on the microphone throughout the state and

4    your committee and you, Chairman, understand exactly

5    what it does.

6            First, the Substitute keeps the language

7    in the current law to allow for any voter to receive

8    assistance in filling out that absentee application

9    that he or she desires. It's current law now. We're

10   keeping it in the law. But as a number one point that

11   a lot of people said, we need assistance for people,

12   especially with disabilities. Again, we're not

13   changing that. They can still get assistance. My

14   father was an amputee and had bad eyesight at the end

15   of his life before he passed away, he could ask for

16   assistance. He could get this through the substitute.

17           Number two. This bill makes it unlawful

18   for any person to knowingly distribute an application

19   that is pre-filed or pre-filled with the voter's name

20   or any information already on the ballot application.

21   Meaning when you give someone a ballot application

22   there should -- everything should be blank. Should be

1    a name on there, any District, anything whatsoever.

2    Just a ballot application.

3             Number three. This bill makes it unlawful

4    for an individual to submit a completed absentee

5    ballot application to the absentee election manager

6    other than his or her own. So if you help somebody

7    fill in an application, or are you fill in your own,

8    you are responsible for returning that to the

9    election manager of your county or the Secretary of

10   State. Either one. But what's happening now is

11   they're grouping together in what we call harvesting

12   and there's data that shows where certain people pull

13   in 120 ballots at a time since the data I've got from

14   2016 'til now at one time and turn that in. We're

15   trying to alleviate that.

16            The bill also makes a class C felony for

17   anyone knowingly receiving payment or a gift for

18   distributing, ordering, requesting, collecting,

19   completing pre-filling or obtaining or delivering the

20   voters absentee ballot application. So if you receive

21   payment, there's a deterrent there now, which we

22   don't have currently that is a Class E felony.

1          The other side of that coin is this bill

2    makes it unlawful and makes it a Class B felony to

3    knowingly pay or provide a gift to a third party to

4    distribute, order, request, collect, pre-fill,

5    complete, obtain and deliver a voter's absentee

6    ballot application.

7          In short, you cannot pay or receive or it

8    will be a felony. Everything else is the same as in

9    the last bill, but those are the changes. I think

10   that I would like to reserve my time if we're going

11   to have a public hearing, Chairman. Or if you have

12   questions before I sit down, I'll answer those. But

13   if you want to wait until the public hearing or

14   whatever you decide, but those are the changes. Those

15   are my opening remarks. I would like another chance

16   at the microphone after we have a public hearing.

17          SENATOR TOM BUTLER: With your comments

18   we'll start with those who have signed up on Senate

19   Bill 1.

20          SENATOR GUDGER: Thank you, Chairman.

21          SENATOR TOM BUTLER: Becky Gerritson?

22          BECKY GERRITSON: Good afternoon. Welcome

1    back. It's nice to see you all again. I'm Becky

2    Gerritson, the executive director of Eagle Forum of

3    Alabama.

4             Over the last decade across the state of

5    Alabama, there have been multiple convictions for

6    absentee ballot fraud, also called ballot harvesting.

7    Eagle Forum is opposed to ballot harvesting because

8    it jeopardizes free and fair elections, it undermines

9    ballot secrecy and it allows ballot harvesters to

10   prey on vulnerable voters either by third-party

11   organizations with biased political opinions or by

12   people whom they don't even really know.

13            We support the provisions in this bill

14   that prohibit nonprofit groups or individuals from

15   distributing, collecting or returning ballots from

16   absentee voters for payment. And we also support the

17   important provision in the bill that allows

18   assistance to the blind, disabled or those who are

19   unable to read and write. Thank you for adding that.

20            In America, we are self-governed and we

21   accomplished this through our ballot. So it only

22   makes sense that we keep close tabs on where our

1    ballots go and how they get there once they leave our

2    control. Prohibiting ballot harvesting eliminates

3    risks and hazards that could cost you your vote and

4    it provides confidence of knowing that your ballot

5    will end up being counted as it should. By supporting

6    SB1, we recreate an opportunity to enhance the

7    security of elections in Alabama and safeguard the

8    sanctity of the voting process. Thank you.

9           SENATOR TOM BUTLER: Tari Williams?

10          TARI WILLIAMS: Good afternoon. My name is

11   Tari Williams. I'm a full-time employee with Greater

12   Birmingham Ministries. GBM is a faith-based,

13   nonprofit, social services and advocacy organization.

14   We provide voter education and lessons in civic

15   engagement and assistance with voter registration and

16   restoration and voting, as needed,  among other

17   things.

18          We predominantly work with poor and low

19   come -- low-income individuals and communities

20   including those who are homeless, senior in age,

21   formerly incarcerated and currently incarcerated in

22   jail or prison. All would be severely impacted by the

1    passage of SB1. The bill purports to safeguard

2    electoral integrity, yet, in reality it

3    systematically dismantles the very mechanisms that

4    ensure every eligible citizen regardless of their

5    circumstances can participate in our democracy. The

6    word GBM undertakes educating registering voters and

7    nurturing responsible civic participation is rendered

8    null by SB1.

9            This bill doesn't just erect barriers. It

10   obliterates the bridge connecting disenfranchised

11   citizens to their Democratic right to vote. Focusing

12   on the incarcerated population. My role at GBM

13   involves empowering these individuals with knowledge

14   and tools for civic re-engagement and responsible

15   citizenship, emphasizing that they are societal

16   contribution does not pause with incarceration.

17   Voting via absentee ballot is a critical step in

18   maintaining their connection to society, aiding in a

19   smoother re-entry process and reducing the likelihood

20   of recidivism.

21           However, SB1's stringent measures making

22   absentee voting a challenge for these individuals who

1    already face significant obstacles from prison, from

2    within the prison system, such as lack of resources,

3    insufficient staffing and systematic inefficiencies

4    in mail handling.

5              SENATOR TOM BUTLER: Okay.

6              BECKY GERRITSON: Thank you.

7              SENATOR TOM BUTLER: Thank you very much.

8    Armani Benson? Let me remind everybody to speak and

9    you have two minutes.

10             ARMANI BENSON: Greetings. My name is

11   Armani Benson and I'm a senior who attends Alabama

12   State University and I hold current positions as the

13   president of Phi Sigma Alpha and the student

14   government Association of Justice. College and Civic

15   organizations help young adults become active within

16   her community and politics. This is why the SB1 bill

17   cannot be passed. For obtaining the absentee ballot

18   application for someone else, SB1 will charge

19   individuals with a -- a misdemeanor. Provide an

20   absentee ballot assistance for money will also

21   constitute a felony, meaning staff members to

22   facilitate absentee voting as a part of their job

1    could be charged with a felony under SB1.

2            If passed, SB1 could penalize to an

3    organization faculty and staff that facilitate voting

4    and stifle civic participation on campuses. This bill

5    will have a negative impact for college students

6    which will result in a decline of young adults

7    voting, overcrowding in prisons and Alabama. Also,

8    the record of lives of many young adults will be

9    tarnished as if they're criminals. SB1 will dismantle

10   the relationship between college students and our

11   local representatives.

12           All 14 of the University partners of the

13   higher education partnership have Civic in college

14   organizations. Those University partners our Alma

15   maters of Governor Kay Ivey and the six of the

16   Senators who support the bill. For example, for

17   college organization of the student or Student

18   Government Association, Sigma Nu or Alpha Gamma Delta

19   sets up at the student center to help students --

20   other students fill out their absentee ballot

21   applications. Should the students in organization --

22   organization be charged with a crime.

1       If an elderly person is disabled,

2  therefore he gives college students gas money for

3  absentee ballot assistance. Would you feel justified

4  of the student was charged with a felony? Could you

5  feel honorable knowing that students from your alma

6  mater were arrested for a law you passed? Also how

7  would you regain the trust of your alma mater

8  students and faculty?

9       Finally as a result of students being

10 arrested for helping with absentee ballots, would

11 alumni and corporate funding decline for these

12 universities? In passing, SB1 will dismantle the

13 cautiousness of our constitutional rights as voters.

14 Thank you.

15       SENATOR TOM BUTLER: Thank you, Miss

16 Benson.

17       SENATOR TOM BUTLER: Travis Jackson?

18       TRAVIS JACKSON: Thank you all for the

19 opportunity to speak. My name is Travis Jackson. I am

20 a black voters matter advocate who volunteers with

21 Roll Into the Polls, which is a group of like-minded

22 people transporting voters to their accurate voting

1    polls. And I'm also an Iraq veteran.

2            Many government officials are so

3    determined to send our state back to 1924 when it is

4    now 2024. When Jim Crow laws like black holds were

5    still in existence.  Black holds were racially fueled

6    on policies exercise and confederate states like

7    Alabama in 1865. The sole purpose was to uphold white

8    supremacy by taking away their rights to vote from

9    African-American families.

10           Senate bill 1 is just that. It is a

11   modern-day black hold. It is a fact many individuals

12   with disabilities exercising their right to vote

13   through absentee ballot. If this bill becomes law,

14   then they will put other lives in jeopardy. If

15   someone is paralyzed and they asked for someone to

16   retrieve that absentee ballot, they will be charged

17   with a Class A misdemeanor. SB1 also criminalizes

18   people who receive funds. Example, if a pregnant

19   person, especially someone who's within their second

20   and third trimester provides gas money to their non-

21   relative neighbor for issue or acquiring an absentee

22   ballot, then they will both be charged with a felony.

1    Make that make sense.

2            If this authoritarianism bill becomes law

3    then there will be an increase of voter suppression,

4    such as heavy police forces at several voting pole

5    locations. Taking away someone's civil rights or

6    requests for their voter assistant, expresses the

7    highest form of human indecency. Therefore, I

8    strongly plead for the committee members to oppose

9    Senate Bill 1, just like I do. Thank you for your

10   consideration of my time.

11           SENATOR TOM BUTLER: Barbara Manuel?

12           BARBARA MANUEL: Thank you. Good afternoon.

13   My name is Barbara Manuel as stated. I am the

14   affiliate president of the National Federation of the

15   Blind of Alabama. I'm here once again to express

16   opposition to Senate Bill 1.

17           Basically, we want everyone to know that

18   we are against this bill. It states currently that

19   anyone who will assist individuals will be

20   criminalized for providing such services. Of course

21   currently the bill that you all have presented has

22   some provisions in there. Those provisions have not

1    been stated clearly how this is going to take place

2    and we just need some clear definitions of how we can

3    participate in one of America's greatest rights.

4            We know that if an individual assist us,

5    take just as has been stated maybe give someone

6    something, monetary or gas or maybe a meal,

7    individuals not only disabled individuals. Every

8    individual had -- runs a possibility of being

9    criminalized just performing one of Alabama's

10   hospitalities, which is showing appreciation.

11           Of course, most all of our Southern

12   states, we realize hospitality is within our -- what

13   we are defined to be. This bill does not exemplify

14   who we are. We do not want to be minimized from

15   casting our vote. Whether we're disabled or, quote

16   unquote, normal. We want to be able to cast votes as

17   any other individual and able to assist someone who

18   needs the assistance prior to an individual assisting

19   someone. They are qualified as a legal citizen, but

20   once this take place, they stand the possibility of

21   being criminalized. Thanks so much.

22           SENATOR TOM BUTLER: Thank you, Ms. Manuel.

1    Roland Grady? Rolanda?

2           ROLAND GRADY: Roland. Good afternoon. My

3    name is Roland Grady and I am an Andrew Goodman

4    Foundation Ambassador at the University of Alabama's

5    Chapter of Vote Everywhere.

6           The Andrew Goodman Foundation is a

7    National Organization that empowers young people to

8    initiate and sustain creative, effective social

9    actions that advanced civic engagement. At the

10   University of Alabama, students come from all of

11   Alabama's 67 counties. UA does not offer election day

12   off which makes traveling home to vote incredibly

13   difficult. As result students on Election Day are

14   left to navigate the absentee ballot process.

15          To vote by absentee ballot, students must

16   fill out and mail an application as well as provide a

17   copy of a photo ID. Once students are approved after

18   submitting their application, they will still need to

19   fill out their absentee ballot and mail it back home.

20   For many students who are juggling extracurriculars,

21   class and work, this process can be confusing and

22   daunting, but Everywhere came to help this void and

1    offer support to peers who are struggling to

2    understand the absent application process and

3    deadlines.

4              We are completely nonpartisan with the

5    goal to help ensure that every student is able to

6    make their voice heard. We do not assist students in

7    completing or returning their absentee ballots, but

8    we do actively work to educate and support our

9    students in learning to value and act on their right

10   to vote. Some of these efforts include providing

11   assistance in determining how our in-state and out-

12   of-state campus members can vote by absentee ballot.

13             A resource we offer for this is Turbo

14   Boat, a non-partisan online service which helps

15   voters on all 50 states and Washington D.C. access

16   voting guides, alerts and real-time help they need to

17   vote in every election. Since many of our students

18   are not from Tuscaloosa and continue to vote in their

19   hometowns, Turbo Vote provides critical resources to

20   help them navigate the absentee ballot system,

21   specifically with the regulations of where they're

22   from.

1          With our contract of Turbo Vote, they send

2     any member of our community who signs up an

3     application for an absentee ballot. They include the

4     application with a stamped envelope, pre-addressed to

5     the appropriate official for where they are

6     registered. It is up to the individual who receives

7     these to complete the application and mail it in, but

8     if requested Turbo Vote can still continue to send

9     reminders via text and email to alert them to

10    deadlines and applications for the actual ballot to

11    be received.

12          SENATOR TOM BUTLER: Ms. Grady, two minutes

13    is up.

14          ROLAND GRADY: Okay. Thank you.

15          SENATOR TOM BUTLER: Thank you. Betty

16    McShannon (phonetic)? Shannon?

17          BETTY MCSHANNON: Good afternoon. My name

18    again is Betty McShannon. I'm here with the League of

19    Women Voters of Mobile. I'm the voter services chair.

20    I see SB1 as a scare tactic, misinformation and a

21    return to tactics that denied minorities access to

22    the vote. Things that -- things have changed

1    significantly. There is -- there -- the possibility

2    of ballot harvesting does not exist in the 21st

3    century. There's no documentation to that fact.

4             Thank God for technology reports of

5    tampering with votes if an unproved and deceitful

6    tactic to scare citizens. In 2020 when the Democratic

7    party was successful and cries got louder, the

8    accusations were more ridiculous. There is no proof.

9    None. No visible studies providing the existence of

10   voter fraud in any way shape or form.

11            SB1 is a ludicrous accusation and fear

12   tactic to impede absentee voting. Those unable to

13   make it to the polls need help with casting and

14   absentee ballot. From the physically disabled

15   unavailable -- unable to make it to the polls to

16   those without adequate transportation, students and

17   poor folk. You are effectively threatening

18   nonpartisan citizens willing to help the least of

19   those.

20            SENATOR TOM BUTLER: Thank you. Mr. Percy

21   Garrett?

22            PERCY GARRETT: All right. Good afternoon.

1    My name is Percy Garrett from Dothan, Alabama. And I
2    salute the Senator from Coleman. A man of many good
3    things, businessman politician and called several
4    terms and now serving me -- serving us. I salute you
5    for your service. Although I think what you're
6    serving us today is tragic. This bill is on the third
7    go around. Last year was 209. This year was is
8    (inaudible).
9           I've come today to plead with you to stop
10   this bill yourself because it's a suppressive deal.
11   It hurts those who respect you and look up to you.
12   Sometimes I think we -- we strain on that. That's why
13   I came. I think we can do better. I think we can
14   serve those who vote for you. We vote for you because
15   we believe in you.
16          So I'm not coming to fight. I'm coming to
17   make a request, please. It's beyond that nothing good
18   for anybody. Please stop it.
19          SENATOR TOM BUTLER: Cathy Jones?
20          SECRETARY: One second. All right.
21          CATHY JONES: Thank you. Good afternoon. My
22   name is Cathy Jones and I live in Huntsville. And as

1    a president of the League of Women Voters of Alabama,

2    I am so honored to represent passionate volunteers

3    from across the state who are supporting citizens and

4    helping them get ready to vote. I also am honored to

5    represent League members across the state who have

6    disabilities. One-third of Alabamians are disabled.

7             It would -- they would be harmed by this

8    bill and not being able to choose to sister of their

9    choice -- sister of their choice when they're casting

10   their ballot, which is a federally protected law. I

11   realized that you've got an amendment or substitute

12   here, but -- but just wanted to say for the current

13   SB1, as it states here, and we'll look at the

14   substitute, we are concerned.

15            The league helps voters by providing voter

16   registration, polling place checks, appropriate

17   ballot application giving them the correct one for

18   their county, giving copies of IDs, even double-

19   checking because there's so many ways to have your

20   vote not count.

21            Across the state we are one of many Civic

22   organizations that provide help, as well as

1    caregivers, nurses, church members, and school

2    administrators, teachers and students are all

3    providing assistance to people who vote and this --

4    we are explaining a fundamentally confusing and

5    error-prone process and we fill a gap that the

6    elections officials cannot fill. They work their

7    business hours. We're there when they're not working.

8            SB1 is extremely harmful and it will

9    criminalize everyday voters who are asking friends

10   for help and asking any friend or volunteer who

11   responds would also be guilty of a crime and if any

12   money like gas money is offered to pay for

13   transportation and if it's accepted, then you're

14   looking at a Class C or B or C felony, which would

15   have harsh penalties equivalent to manslaughter in

16   the state of Alabama, which is not -- it is unfair.

17   All right. Thank you.

18           FEMALE SPEAKER 1: Good afternoon,

19   Senators. I serve congregations in both Birmingham

20   and Tuscaloosa. And as clergy, one of the values of

21   my faith tradition states that we promote the

22   Democratic process both in our congregations and in

1      society at large. Protecting and defending our

2      democracy is part of our religious beliefs.

3              While I would never tell anyone how to

4      vote, it is my religious obligation to ensure that my

5      folks have access to their ballots and since our

6      sanctuary is a polling place, to ensure that every

7      citizen of Alabama has a clear and easy path to

8      voting. SB1 would inhibit access to voting and

9      inhibits the religious liberties of my people. I pray

10     that you will honor the importance of the voice of

11     each citizen of Alabama and allow them to vote for

12     their leaders and their religious values. Please

13     reject SB1.

14             KYLIE KERR: Good afternoon. My name is

15     Kylie Kerr (phonetic). I'm a resident of and a public

16     school teacher in Shelby County. I am here because my

17     students are students with individualized education

18     plans. They are students with IEPs. They have

19     specific learning disabilities. Autism, ADHD and they

20     fall under one of the 13 protected categories under

21     the Individuals with Disabilities Education Act.

22             My students have every right to vote, but

1  my students with executive functioning disorders, my

2  students who may never be able to physically drive

3  themselves, even though they are protected under part

4  of this substitution, they are still at risk because

5  I am not one of these protected people that could

6  help them. Who is to say that by making sure my

7  student as they get older fills out the form

8  correctly? Because I pre filled it out for them with

9  their address that is given to me, that I am not

10 committing a felony. If their parents many of whom

11 are registered voters and your constituents as well

12 need assistance themselves due to disability and as

13 many others have said, the disabled in our country

14 are the majority, minority. Any of us could become

15 them at any time, including my 25-year-old younger

16 sister who became a legally blind sitting in class at

17 age 17, who is no longer allowed to drive do to a

18 freak accident. I am a protected person under SB1 for

19 my sister. I am not for my students because I cannot

20 help them in the ways they may need it most.

21         Students with occupational therapy needs

22 physical therapy needs are not protected under this

1   in the same way as others because they are not

2   illiterate. They are not deaf. They are not blind and

3   they are not considered invalid in an outdated term.

4   My students and my sisters deserve better. SB1 does

5   not protect them, it harms them. Thank you.

6           SENATOR TOM BUTLER: Brian Lords

7   (phonetic)?

8           BRIAN LORDS: Thank you. My name is Brian

9   Lords. I'm a resident of Limestone County and thank

10  you for let me address the committee today. I've

11  assisted many voters that need assistance with the

12  absentee voting process. Many of these people are

13  elderly, disabled or both. Many of them are

14  economically challenged. They have no internet. They

15  have no way to copy an ID that needs to accomplish --

16  to accompany the absentee application.

17          When it comes time to the application, I

18  have provided them with copies of the application but

19  with nothing pre-filled and I make copies of their

20  ID. When it comes time to vote, I've assisted with

21  the completion of the affidavit -- affidavit

22  envelope, which can be very confusing. I do this for

1    free and consider it a community service to allow

2    everyone a chance to exercise one of their most basic

3    rights, the right to vote.

4            I request that anything be done with SB1

5    will make sure that nothing takes away my ability to

6    provide the support. Thank you.

7            SENATOR TOM BUTLER: (Inaudible).

8            SENATOR GUDGER: First of all, I want to

9    say thank you to every one of the speaker's that got

10   up today and representing here. I've been a City

11   Councilmember in politics for 21 years. And when you

12   walk into a room and there's no one there or cares

13   about what happens, the Democratic process losses and

14   thank you for being here. Even if you're opposing

15   this bill, I appreciate you taking time to be here.

16           My goal of this bill and this substitute

17   is to realize everything you just heard, make the

18   changes from the original bill into this substitute,

19   which is what's happened. 95% of everything they just

20   said is covered in this substitute. My only fault is

21   that I can't process that bill until we got into

22   session or you would have seen this bill beforehand.

1          Having said that, I have met with everyone

2     that has opposed, that is called me and said I want

3     to meet with you, I've met with them. Anybody that

4     said I'm for this bill, I want to meet with you, I've

5     met with him. I've done my due diligence all over the

6     state to feel like this bill is fair and the key is

7     that we want everybody that wants to be able to vote

8     to have access, to make sure it's secure vote and

9     that they're able to vote.

10          The one thing that is the bottom line is

11    that there's illegal activities that are stealing

12    elections and there was some talk earlier that's not

13    happening. I have evidence-based facts and data that

14    show you exactly which counties it's happening in. On

15    average were three to three and a half percent

16    absentee ballots. There's a few counties that are

17    over 20 percent. That means one out of every five

18    ballots cast is an absentee ballot. That's -- there's

19    no way that's possible, right? Having said that

20    anyway, I've got the data. We can show that from

21    every County throughout the state. From that, it is

22    happening. This substitutes handles the issues that

1    we heard today. I feel like they have. I appreciate

2    the opportunity for the next meeting to come back and

3    forth and talk more about this bill, but until then,

4    Mr. Chairman, thank you for your time.

5              SENATOR TOM BUTLER: Well, we have one --

6    one question.

7              SENATOR GUDGER: Please.

8              SENATOR TOM BUTLER: Two questions.

9              SENATOR MERIKA COLEMAN: Thank you. Thank

10   you. Mr. Chairman. You know and I -- I guess I

11   appreciate that the chair -- the gentleman for

12   attempting to remedy some of the problems with the

13   original version of the bill, but they're definitely

14   not all remedied.

15             I was appointed some years ago by the

16   former Secretary of State John Merrill on the voter

17   fraud reform task force. I was on it. Think Senator

18   Singleton was on it. We had -- it was Democrats,

19   Republicans, ACLU and an Eagle Forum. So you have

20   this cross-section of folks that were on this

21   committee. And when I told Secretary Merrill at that

22   time was that I mean, I don't mind about serving as

1    long as we're not trying to fall into the trap of

2    what was going on federally and we stuck to what our

3    goal was. And when the research was -- I don't know

4    what you have Senator. I don't know. I mean your

5    office is down the hall from mine. I would welcome

6    looking at it. But for those of us that were on that

7    committee, I think from like 1986, maybe there were

8    six cases and there was the cases were on the local

9    government end when it came to absentees, there was

10   not this large-scale fraud that at the national level

11   the national media and some one of those three-letter

12   news stations kept talking about and so, you know,

13   that was my challenge there with the misinformation.

14   But even with this bill itself, I told this same

15   story all three years. I told it in the house on

16   Judiciary and now here in this particular committee.

17   Even under the version of the bill you have right

18   now, my great Aunt Olivia Bizzelle (phonetic), not my

19   aunt, my great-aunt who now has stepped into the role

20   of my grandmother since my grandmother has passed, I

21   go to my great aunt Olivia Bizzelle's home to help

22   her with her absentee ballot. If I help refill it or

1    when we complete the application itself, if she says

2    to me, which would not be uncommon for her to say,

3    baby, can I give you two dollars for your time or for

4    your gas, both of us according to this piece of

5    legislation have committed a crime and there's

6    something wrong with that.

7              So, again, if it doesn't fix that, it

8    hasn't remedied the major issues. And again there

9    have been so many times in this legislative body in

10   the years that I've served, I've asked the question,

11   why are we doing this and then I'll end up saying

12   this piece of legislation is not worth the piece of

13   paper that is written on.

14             Another one of those situations where we

15   just have not had this widespread on voter fraud like

16   what the national -- and I just hate when we in,

17   Alabama get caught up in that as well. So my question

18   to you then, because I said I had a question, is,

19   with under the scenario that I gave you, have me and

20   my aunt Olivia Bizzelle committed a crime?

21             SENATOR GUDGER: The words knowingly

22   distribute our excuse me knowingly and willfully

1    receive payment or knowingly pay someone, that's the

2    intent and so I'm not an attorney.

3           SENATOR MERIKA COLEMAN: And I am.

4           SENATOR GUDGER: I know. That is --

5           SENATOR MERIKA COLEMAN: And I would

6    knowingly.

7           SENATOR GUDGER: The men's (inaudible) is

8    what they're calling that, right? Which is the term

9    intent. And so that intent and this bill is meant for

10   ballot harvesting. Now, you're not ballot harvesting

11   because you've got that one application turned down.

12          SENATOR MERIKA COLEMAN: You -- but you

13   have to show me -- and I hear you. And again, you're

14   a friend.

15          SENATOR GUDGER: I understand.

16          SENATOR MERIKA COLEMAN: But I still

17   wouldn't want to know in that particular situation,

18   because you said that this is this is honing in on

19   ballot harvesting, I just don't see that. Since the

20   Republicans done taken over in 2010. You know, we've

21   had so many pieces of legislation that had unintended

22   consequences. Let this not be another one. That's all

1    I'm saying. Just let it not be another one.

2          SECRETARY: Ms. Chairman? Ms. Chairman?

3          SENATOR COLEMAN-MADISON: And I'll try to

4    be brief. Thank you, sir. Thank you. Thank you, sir.

5    Senator Gudger, I agree with my colleague. I'm not

6    understanding ballot harvesting. Right now I think

7    federal law says if you need assistance at the poll,

8    you have a right to have anybody of your choosing to

9    assist you. That's in voting. What is the problem

10   with helping somebody to fill out an application or

11   even filling out the application? It is going to go

12   to the board of registrar's office who's going to

13   check it. And if something is wrong is going to be

14   thrown out.

15          I mean you're just filling out helping

16   them to get the application. The application is sent

17   to the voter. Again, it goes back to the board of

18   registrar's to check it. Yeah. I know you say

19   relatives. Everybody don't trust their relatives. And

20   I mean really and I say this because there may be a

21   young person that living with you and you say mail

22   this form and they go and by whatever they're doing.

1    It may not ever get mailed. I've had that situation

2    to happen because I've helped people with the filling

3    out the applications and everything and they don't

4    trust everybody. These little old ladies who work

5    with certain groups, they got this call chain. They

6    calling, you know, well, they'd -- she's coming.

7    She's on her way to help. But this ballot harvesting

8    doesn't make any sense because the ballot is not sent

9    back to the person who is helping them. It is sent

10   back to the individual person and they can mail it

11   back.

12           Now somebody mentioned about the

13   envelopes. Confusing. I don't know if you've ever

14   gone to your probates office or your a clerk's office

15   and watched them count those ballots and they go

16   through it. First of all, they do open it and if it's

17   in the wrong envelope, it's not going to be counted.

18   They're going to throw it out. You -- and I am seeing

19   it from the ground up. They're going to throw it out.

20   So all I'm saying is that the ballot harvesting just

21   doesn't fly.

22           The other things the reason why you may

1   find numbers higher on absentee ballot and we all not

2   to be trying to discourage people from voting whether

3   it's absentee ballot is there for a reason. We need

4   to be -- I wish more people can vote because stand in

5   a long line, but you have people who live in rural

6   counties who have to work and they live long

7   distances from their home. They can't take off of

8   their job on Election Day to go and vote. So many of

9   them vote absentee ballots  and you still have in

10   spite of education, we still have a lot of people

11   that are don't read well and they need the

12   assistance.

13         So all I'm saying is that -- I don't want

14   to see unintended consequences. I don't want to see

15   the -- the election process abused and misused. You

16   will always have some rotten apples in the barrel,

17   but it is not a pervasive kind of thing. And wherever

18   you find the criminal convicted of these kinds of

19   crimes, let's go there. Don't call me into the

20   principal's office for something Miss Jone's did. Get

21   Ms. Jones. So like if somebody's violating this law,

22   get them. Don't penalize these people who are sitting

1    here. And as you can see this is -- this has a great

2    interest. This is going to be a ripple effect from

3    one end of the state to the other. I want to thank

4    everybody for coming.

5             SENATOR ROBERT STEWART: Mr. Chairman, can

6    I be recognized?

7             SENATOR TOM BUTLER: Senator Stewart.

8             SENATOR ROBERT STEWART: I just -- I thank

9    you for this opportunity Mr. Chairman to speak and I

10   want to just express my grave concerned because I

11   represented the black belt as you know, and Selma,

12   Alabama is my hometown and Senator Coleman alluded to

13   the hurdles that people face in the black belt and

14   other rural communities voting.

15            When you talk about GLTB organizations, we

16   need more people more engaged in the voting process

17   now more than ever, especially when we look at the

18   voter turnout is dismal. And this -- this legislation

19   doesn't warrant anyone to have a felony. We as a body

20   need to be serious, get serious about prisons

21   overcrowding and that is -- that's not an unintended

22   consequence. This is intentional. And -- just clap.

1    It's okay to clap. And these GLT organizations like

2    Greater Birmingham Ministries, like Black Voters

3    Matter, they are mutual aid societies. They are

4    helping impoverished people and the access -- the

5    lack of access to transportation is a huge hurdle. We

6    don't have public transportation in mass in this

7    state and let's not begin to talk about the distances

8    that people have to drive to their polling precincts.

9           So I would ask you to reconsider the

10   felony aspect of this legislation. Thank you.

11          SENATOR TOM BUTLER: Thank you, sir.

12          SENATOR GUDGER: May outside one more

13   thing, Chairman and I'll head out. I believe that a

14   lot of what all three of our Democratic senators just

15   said was assistant and I just want to read for the

16   crowd one paragraph that's on page 4, line 89 through

17   94 to make sure that everybody understands, I agree.

18   We need assistance and people need assistance, right?

19   But this states so you're able to.

20          Any applicant may receive assistance in

21   filling out the application that he or she desires,

22   that each application shall be mainly signed by the

1    applicant and, if he or she signs by the mark, the

2    application shall also include the name of the

3    witness and the witness' signature.

4            So again, a lot of what you're talking

5    about we heard. We put back into this bill. I'm going

6    to figure out a way so you can see the substitute

7    because it's changed from the original version, which

8    I think is why a lot of you are here today. That's

9    not voting on it. I'm not able to do that. So I will

10   figure out a way to do that, but I would love to

11   distribute so that you're able to see this to make

12   sure it's not want organizations and people are able

13   to get to the vote and polls. Mr. Chairman, that's

14   all I got. Thank you so much and committee. Thank

15   you.

16           SENATOR TOM BUTLER: Okay. We're going to -

17   - do you have something?

18           SENATOR GERALD ALLEN: No. I'm ready.

19           SENATOR TOM BUTLER: Okay. On Senate Bill

20   1. Secretary, call the roll.

21           SENATOR COLEMAN-MADISON: Mr. Chairman, are

22   we -- taking a vote on the --

1          SENATOR TOM BUTLER: The adoption is we had

2    a -- adoption of the (inaudible)?

3          SECRETARY: Roll call, please. (Inaudible).

4          MALE SPEAKER 1: Aye.

5          SECRETARY: (Inaudible).

6          MALE SPEAKER 2: Aye.

7          SECRETARY: Mr. Elliott?

8          SENATOR CHRIS ELLIOTT: Aye.

9          SECRETARY: Mr. (Inaudible)?

10         MALE SPEAKER 3: Aye.

11         SECRETARY: Mr. Roberts?

12         SENATOR DAN ROBERTS: Aye.

13         SECRETARY: Senator (Inaudible).

14         MALE SPEAKER 4: Aye.

15         SECRETARY: Senator Kelley?

16         SENATOR KEITH KELLEY: Aye.

17         SECRETARY: Sorry. Senator Coleman-Madison?

18         SENATOR COLEMAN-MADISON: No.

19         SECRETARY: Senator Merika Coleman?

20         SENATOR MERIKA COLEMAN: No.

21         SECRETARY: Senator Stewart?

22         SENATOR ROBERT STEWART: No.

1              SECRETARY: Senator Butler?

2              SENATOR TOM BUTLER: Aye. Seven ayes and

3    three nays. And bills given favorable report.

4              SENATOR CHRIS ELLIOTT: Mr. Chairman -- if

5    we adopt so that bill one is substituted.

6              SECRETARY: Okay. Who said that?

7              SENATOR MERIKA COLEMAN: Mr. Chair -- Mr.

8    Chairman. Yeah. I haven't -- we -- we -- even a

9    sponsor of the bill said we were not going to be

10   voting on this bill until next week. That's what was

11   just told to the public.

12             SENATOR TOM BUTLER: We're going to vote on

13   the bill --

14             SENATOR COLEMAN-MADISON: Did we not just

15   tell the people that?

16             SENATOR MERIKA COLEMAN: You told the

17   people that though, Mr. Chairman.

18             SENATOR COLEMAN-MADISON: It's all right.

19   It is probably going to change.

20             SENATOR TOM BUTLER: Since you want to have

21   --

22             MALE SPEAKER 5: Can't hear you.

1          SENATOR MERIKA COLEMAN: They can't hear
2    you, Mr. Chair is what they're saying. That's what
3    they're saying. They can't hear you.
4          SENATOR TOM BUTLER: Seven of three bills
5    give in favor report.
6          SENATOR COLEMAN-MADISON: But what are they
7    billing, Mr. Chairman?
8          SENATOR MERIKA COLEMAN: Mr. Chairman, I
9    really just think -- and I know we have to be in
10   session at 3:00 and I recognized --
11         SENATOR TOM BUTLER: Hold on. Just getting
12   this paperwork in order. Go ahead.
13         SENATOR MERIKA COLEMAN: Mr. Chairman, we
14   you know, it has culture normally, you know, we get a
15   substitute on the day of that we get an opportunity
16   to digest the bill and that's what I thought we were
17   going to get a chance to do today because that's how
18   it was presented to the public. Like this is
19   streaming live for people that all over the state
20   heard at the beginning that we were not going to vote
21   on this bill. That it would give us an opportunity
22   for all of us to look at the bill but right now,

1    we're being asked to vote on a bill that we have not

2    even had an opportunity to digest.

3            SENATOR TOM BUTLER: We didn't adopt the

4    substitute, I don't believe? Did we?

5            SENATOR MERIKA COLEMAN: And we just did

6    that. Y'all did it anyway. I didn't vote for it.

7            SENATOR CHRIS ELLIOTT: So, Mr. Chairman,

8    the motion is to give the bill a favor report and I

9    think you got to --

10           SENATOR TOM BUTLER: Is substituted.

11           SENATOR CHRIS ELLIOTT: As substituted and

12   it's got a first and a second.  And it's ready.

13           SENATOR TOM BUTLER: Senator Grudger --

14           SENATOR MERIKA COLEMAN: Mr. Chairman, I

15   would tell you take control of your committee because

16   he's not the chair committee.

17           SENATOR TOM BUTLER: Hold on one second.

18   Senator Gudger spoke on the bill initially. He

19   wrapped up at the final vote, final conversation. We

20   had 12 people speak against the bill. One person

21   spoke for it. Chairman wants to have a vote today on

22   this bill because we've heard the public.

1            Now, it's time for Senator Gudger to take

2      consideration in all of you on the committee

3      consideration of what you've heard and be prepared to

4      go to the floor with amendments or however you want

5      to do it. So I'd like to call for a vote today in

6      this committee on --

7            SENATOR MERIKA COLEMAN: I am saying --

8            SENATOR COLEMAN-MADISON: Mr. Chairman, if

9      I may -- just -- just --

10           SENATOR TOM BUTLER: Hold on.

11           SENATOR COLEMAN-MADISON: May I just say

12     something? May I just make one comment? I just would

13     like because that's why I said with Senator Gudger

14     because I wanted to make sure just this last thing

15     that he brought up on page four that anybody can

16     receive assistance from anybody. If taken away you

17     got to be a family person. But all I'm saying is that

18     I just wish people would have the opportunity. We

19     just got it. So we're trying to read as you're going

20     through. We like you, but I think that people need to

21     read it and understand it.

22           I have a strange feeling that this bill

1   will be on the agenda tomorrow, which means that --

2   which means that citizens will not have had an

3   opportunity to look at this to -- to take it back and

4   digest it, to get back to your constituents and

5   people that you represent and try to help. I retired

6   from City of Birmingham as ADA Compliant. So I do

7   understand disabilities and barriers, but I want us

8   to understand because voting is a fundamental right

9   and we don't want Alabama to be accused of denying

10  anybody, but I do want people to read the bill and

11  understand what the bill says and have an opportunity

12  if you so desires, Senator Gudger and said to offer

13  the amendments and to get somebody to sponsor

14  amendments, but I don't think you going to have time

15  to do tomorrow.

16          SENATOR TOM BUTLER: Senator Gudger?

17          FEMALE SPEAKER 2: We can't hear you,

18  Senator.

19          SENATOR TOM BUTLER: Okay. Call the roll.

20  Call the roll. Go ahead.

21          SECRETARY: Senator Elliot?

22          SENATOR CHRIS ELLIOTT: Aye.

1            SECRETARY: Senator Orr?

2            SENATOR ARTHUR ORR: Aye.

3            SECRETARY: Senator Allen?

4            SENATOR GERALD ALLEN: Aye.

5            SECRETARY: Senator Albritton?

6            SENATOR GREG ALBRITTON: Aye.

7            SECRETARY: Senator Roberts?

8            SENATOR DAN ROBERTS: Aye.

9            SECRETARY: Senator Bell?

10           SENATOR LANCE BELL: Aye.

11           SECRETARY CALDWELL: Senator Kelley?

12           SENATOR KEITH KELLEY: Aye.

13           SECRETARY: Senator Coleman-Madison?

14           SENATOR COLEMAN-MADISON: No.

15           SECRETARY: Senator Merika Coleman?

16           SENATOR MERIKA COLEMAN: No.

17           SECRETARY CALDWELL: Senator Stewart?

18           SENATOR ROBERT STEWART: No.

19           SECRETARY: Senator Butler?

20           SENATOR TOM BUTLER: Aye.

21           SECRETARY: All right. Who made the motion?

22   Who made the motion? Elliott will be second.

1          SENATOR TOM BUTLER: Four (inaudible).

2    Okay. Senator Chairman? To call Senate Bill 39. Dam

3    safety bill.

4          SENATOR CHAMBLISS: Mr. Chairman, I thank

5    you for your indulgence. We can get into another

6    committee. This bill is a follow-up to a bill that we

7    passed last session. I had the bill applying to state

8    government at as well. But there were some issues

9    that were brought up by DCNR. We've worked over those

10   issues over this year. This is drafted by DCNR to

11   apply to DCNR and agreed upon so with that if there

12   any questions, I'd be happy to answer then.

13         SENATOR TOM BUTLER: Mr. Chairman, I make a

14   motion that we adopt the amendment.

15         SECRETARY: I am ready.

16         SENATOR TOM BUTLER: Hold on just a second.

17   Senator Chambliss?

18         SENATOR CHAMBLISS: Yes. Do you want me to

19   answer a question?

20         SENATOR TOM BUTLER: Yeah. Who's question?

21         SENATOR CHAMBLISS: Currently in state law

22   there is no provision or process for state

1    governments to the state government to inspect and

2    four dams, inspect their dams and then what they do

3    with that information and alerting their local EMAs.

4    This lines out that process for them to do.

5              SENATOR COLEMAN-MADISON: I'll second it.

6              SENATOR CHAMBLISS: We do have a technical

7    Amendment change in 2024 to 2023. There was an error

8    in there.

9              SECRETARY: You all have that.

10             SENATOR LANCE BELL: I'll make a motion

11   that we --

12             (Whereupon, committee speaks amongst

13   themselves).

14             SENATOR CHAMBLISS: I think there's a

15   question. Just for clarity the amendment corrects an

16   error. It referenced Act 2024 dash whatever. It

17   corrects it to 2023 dash.

18             SENATOR TOM BUTLER: That's an amendment to

19   Senate Bill 39 by Senator Roberts.

20             SECRETARY: I got Roberts and Bell.

21             SENATOR COLEMAN-MADISON: I am second.

22   Coleman-Madison amendment adoption.

1          SENATOR TOM BUTLER: All in favor say aye?

2          ALL: Aye.

3          SENATOR TOM BUTLER: All opposed say, nay.

4    Okay. Call the roll on the Senate Bill.

5          SECRETARY: 39 had ended.

6          SENATOR TOM BUTLER: Yeah.

7          SENATOR: Okay. Senator Butler?

8          SENATOR TOM BUTLER: Aye.

9          SENATOR: Senator Elliott?

10         SENATOR CHRIS ELLIOTT: Aye.

11         SECRETARY: Senator Orr?

12         SENATOR ARTHUR ORR: No.

13         SECRETARY: No? Did you say anything? Oh,

14   he didn't say anything. Okay.

15         SECRETARY: Senator Allen?

16         SENATOR GERALD ALLEN: Aye.

17         SECRETARY: Senator Albritton?

18         SENATOR GREG ALBRITTON: Aye.

19         SECRETARY: Senator Roberts?

20         SENATOR DAN ROBERTS: Aye.

21         SECRETARY: Senator Bell?

22         SENATOR LANCE BELL: Aye.

1          SECRETARY CALDWELL: Senator Kelley?

2          SENATOR KEITH KELLEY: Aye.

3          SECRETARY: Senator Coleman-Madison?

4          SENATOR COLEMAN-MADISON: Aye.

5          SECRETARY: Senator Merika Coleman?

6          SENATOR MERIKA COLEMAN: Aye.

7          SECRETARY CALDWELL: Senator Stewart?

8          SENATOR ROBERT STEWART: Aye.

9          SECRETARY: Nine yeses. Nine passing.

10          SENATOR ROBERT STEWART: You didn't vote

11   for me but it's an aye.

12          SECRETARY: Robert Stewart. I got it.

13          SENATOR TOM BUTLER: Nine ayes, bill in

14   favor of report.

15          SENATOR CHAMBLISS: Thank you, Mr. Chairman

16   and committee.

17          SENATOR TOM BUTLER: You ready on your

18   bill? Okay, Senator Allen's bill, Senate bill four.

19          SENATOR GERALD ALLEN:  Thank you, Mr.

20   Chairman and committee. Many of you may remember a

21   2001 we were in a special session down here when --

22   when a tragedy happened when the Twin Towers was hit

1    and -- and this this bill here. This is a genesis of

2    it. This bill will provide that up to 9/11

3    remembrance freedom flag may be displayed on any

4    public owned property or premise and this bill would

5    also provide that person who displays and unapproved

6    flag on public owned properties and emits a

7    misdemeanor. And so that's -- that's in essence of

8    the violation of subsection A and is a Class C

9    misdemeanor.

10          So Mr. Chairman, we do have an amendment.

11   Like to go ahead and offer the amendment and that

12   amendment bills for -- with right here. Replace line

13   58 through 68 on page three with the following.

14          Four, the official flag of any county or

15   municipality in this state. Five, the National League

16   of POW/MIA family flag. And then number six is the

17   freedom flag. Mr. Chairman, that's the that's the

18   amendment and and I do accept that friendly

19   amendments.

20          SENATOR TOM BUTLER: Okay.

21          SENATOR MERIKA COLEMAN: Mr. Chairman.

22          SENATOR TOM BUTLER: Senator Coleman?

1          SENATOR MERIKA COLEMAN: Is that all

2    because someone said it included any other flag

3    standard and signal approved? But there's you

4    speaking of private property is that this that on

5    there?

6          SENATOR GERALD ALLEN: Public. Public

7    property.

8          SENATOR MERIKA COLEMAN: And control any

9    other flag standard colors on insignia and proved by

10   the entity and control of the property? Why don't we

11   add that because this is vague. Can we delete that

12   part?

13          SENATOR GERALD ALLEN: What line are you

14   on?

15          SENATOR MERIKA COLEMAN: I am on line 67,

16   number 11. And just leave it at the other flags that

17   you had put on here? Because again you talking about

18   public property and but you're not specific on number

19   11, which leaves it open to who -- whatever.

20          SENATOR GERALD ALLEN: Okay.

21          SENATOR MERIKA COLEMAN: Or we could delete

22   that. I'm in agreement with your amendment.

1          SENATOR GERALD ALLEN: That is -- I guess

2     that's included in the --

3          SENATOR MERIKA COLEMAN: I'm just -- I'm

4     asking can we take that part off because it's not --

5          SENATOR GERALD ALLEN: Yes. Line 58 through

6     68.

7          SENATOR MERIKA COLEMAN: No. I agree with

8     the ones that you have articulated, but on -- on your

9     bill here in line 67 and 68, I'm saying take that off

10    because it says any other flag standard colored is

11    the signature, but it's just, it's vague.

12         SENATOR GERALD ALLEN: The amendment says

13    replace line 58 through 68. Okay?

14         SENATOR MERIKA COLEMAN: And just go with

15    the ones that you named?

16         SENATOR GERALD ALLEN: In this amendment.

17    Yes.

18         SENATOR MERIKA COLEMAN: Okay. Thank you.

19         SENATOR TOM BUTLER: Mr. Chairman? Senator

20    (Inaudible).

21         SENATOR GERALD ALLEN: Thank you.

22         SENATOR TOM BUTLER: All in favor of the

1  amendment, say aye.

2              ALL: Aye.

3              SENATOR TOM BUTLER: All opposed nay? The

4  amendment is adopted, Senator Allen.

5              SENATOR GERALD ALLEN: Okay. So, I --

6              SENATOR COLEMAN-MADISON: One question,

7  sir. Just one question. Quick question. I -- I tried

8  to look up 'cause I don't know what the freedom flag

9  was, but I looked it up and this is the one that I

10 saw. Is this it?

11             SENATOR GERALD ALLEN: That's it. That's

12 the flag.

13             SENATOR COLEMAN-MADISON: Okay.

14             SENATOR GERALD ALLEN: You got a whole

15 package. You should have been given a package and

16 that tells you all the details with the flag, program

17 and so that's it. Yes, sir -- ma'am.

18             SENATOR KEITH KELLEY: Mr. Chairman?

19             SENATOR TOM BUTLER: Senator Kelley?

20             SENATOR KEITH KELLEY: Thank you, sir. I

21 was made aware of something this morning that for

22 example, you got some public entities that under some

1    programs that would doubt go back probably 20 to 30

2    years for small towns to provide economic development

3    and have some shopping centers and things of that

4    nature. The way that I read this, is those individual

5    businesses could not because that is publicly owned

6    property. They could not display their own -- their

7    own business flags and whatever they need for their

8    business, for example, if it's a chain of grocery

9    stores, they couldn't -- couldn't display their own

10   company flag. That's my saw --

11          SENATOR GERALD ALLEN: I think that's

12   covered in -- yes, I think you're fine on that but

13   Senator Bell asked a question about the county or the

14   city owning a piece of property, shopping facility.

15   Right? Senator Bell.

16          SENATOR LANCE BELL: I think that's what

17   he's asking.

18          SENATOR GERALD ALLEN: Okay. All right. If

19   it's owned by the county then the bill says if you go

20   to the front page on line 7, it says line seven, any

21   public own property or prentice that they own.

22   Premise. Yes, sir.

1              SENATOR KEITH KELLEY: Okay. The individual

2    business is still don't own the property though, sir.

3              SENATOR COLEMAN-MADISON: That's correct.

4              SENATOR KEITH KELLEY: The tenants in those

5    buildings, for example, if it's a grocery store, the

6    grocery store still doesn't own the property so they

7    can't put up their own flags for their business.

8    Because the property itself is owned by the town or

9    the city in this particular scene.

10             SENATOR GERALD ALLEN: Yes, sir. I

11   understand your question.

12             SENATOR KEITH KELLEY: Yes, sir.

13             SENATOR GERALD ALLEN: I think that we need

14   to discuss this and maybe have them on the floor. Fix

15   it if that's -- if that's the case. I'm not certain

16   but let's take a look at this.

17             SENATOR KEITH KELLEY: Okay.

18             SENATOR GERALD ALLEN: Okay. I will work

19   with you on this.

20             SENATOR COLEMAN-MADISON: One question.

21   Senator Allen, one question. On page two, line 52,

22   the official flag of any nation or state that

1  preceded the United States or the State of Alabama in

2  controlling any territory currently constituting the

3  state of Alabama, you know, there were several flags

4  are flown over of Alabama. So, I guess, I mean are we

5  going to put Confederate flags all over the place or

6  Spanish flag? Who else had to control over their

7  territories? British and the French?

8          SENATOR GERALD ALLEN: Yeah.

9          SENATOR COLEMAN-MADISON: So are we going

10  to have them flying too?

11          SENATOR GERALD ALLEN: I don't think -- I

12  don't --

13          SENATOR COLEMAN-MADISON: Like why is this

14  necessary? You know, Senator Allen, we had this

15  conversation last night. You come up with these bills

16  and I just don't know why. I don't know you may

17  become see him at night. But your -- your smokers are

18  like it about the freedom flag. Honoring 9/11 but

19  then you throw all this other stuff into it. Why? Why

20  is this necessary? I mean, we don't want everybody's

21  flag flying here. I mean you keep saying you

22  (inaudible).

1             SENATOR GERALD ALLEN: Absolutely.

2             SENATOR COLEMAN-MADISON: But now this

3     looks like this opened up a can of worms that we just

4     need to take this out and have just look at a clean

5     bill to do what you want to do unless you thinking

6     about something else. What about that?

7             SENATOR GERALD ALLEN: No. I -- I think

8     we've got thing with -- I think we're okay here. I

9     really do.

10            SENATOR COLEMAN-MADISON: I don't -- I

11    don't think -- I don't think we are. I think -- I

12    think this is -- line -- ohm here. I don't think this

13    -- this -- this done because like I said based on the

14    way this is written and looking at all the flags that

15    are flown over Alabama, I just -- I think this is

16    opening it up for something else.

17            SENATOR TOM BUTLER: Senator Kelley?

18            SENATOR KEITH KELLEY:  Yes, sir. Would you

19    consider carrying this over and list -- get this

20    issue cleaned up because I've got two municipalities

21    that are concerned about this and -- and it sounds

22    like there may be some other concerns and then we can

1    get it cleaned up and get it what you want done.

2                SENATOR GERALD ALLEN: I would -- I ask Mr.

3    Chairman since we got some folks here already for the

4    public hearing or we can do it again next week.

5    Whatever you -- it's your call.

6                SENATOR TOM BUTLER: Well, I'm open for a

7    motion?

8                SENATOR MERIKA COLEMAN: He made and I

9    second it.

10                SENATOR TOM BUTLER: Senator Kelley, you

11    move to carry over? Senator Kelley, you move to carry

12    over to the second?

13                SENATOR MERIKA COLEMAN: Second.

14                SENATOR TOM BUTLER: Second. Senator

15    Coleman. All in favor say aye.

16                ALL: Aye.

17                SENATOR TOM BUTLER: All opposed nay.

18                SENATOR ROBERT STEWART: No.

19                SENATOR TOM BUTLER: Carry the bill over.

20                SENATOR MERIKA COLEMAN: Mr. Chairman?

21                SENATOR TOM BUTLER: Senate Bill 5.

22                SENATOR CHRIS ELLIOTT: Mr. Chairman in the

1   interest of time, we're scheduled going to floor on -

2   - at 3:00. I would move we carry this bill over.

3          SENATOR TOM BUTLER: Motion to carry the

4   bill over? Okay. All in favor say aye?

5          ALL: Aye.

6          SENATOR TOM BUTLER: Okay.

7          SENATOR GERALD ALLEN: Thank you, Mr.

8   Chairman.

9          SENATOR MERIKA COLEMAN: Mr. Chairman, I

10  just want to say to the gentleman too as you're

11  preparing for next week. And I was just looking at

12  the list of flags. What about you know, doing breast

13  cancer awareness month and different things like that

14  that we honor when somebody wants to fly a flag. I

15  know my sorority or fraternity sometimes will fly

16  something. So just kind of thinking about those

17  things as well. And I really agree with the gentleman

18  /gentlewoman maybe if we could -- because it's two

19  different -- just two different things going on in

20  this bill.

21          One portion of it is opening up and

22  allowing a flag and the rest of the bill is being

1    punitive so nobody else can fly flags. So just FYI as

2    we're moving forward on that bill.

3            SENATOR TOM BUTLER: And we've carried

4    over. Our committee's adjourned.

5            (The recording was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
 1              CERTIFICATE OF TRANSCRIBER

 2        I, LAUREN BISHOP, do hereby certify

 3   that this transcript was prepared from the digital

 4   recording of the foregoing proceedings; that the

 5   recording of said proceedings was obtained from

 6   https://alabamachannel.ompnetwork.org/embed/sessions/

 7   285921/alabama-house-constitution-campaigns-and-

 8   elections-committee; that said

 9   proceedings were reduced to typewriting under

10   my supervision; that said transcript is a true and

11   accurate record of the proceedings to the best of

12   my knowledge, skills, and ability; and that I am

13   neither counsel for, related to, nor employed by any

14   of the parties to the case and have no interest,

15   financial or otherwise, in its outcome.

16

17   _____

18   LAUREN BISHOP, TRANSCRIPTIONIST

19   PLANET DEPOS, LLC

20   APRIL 26, 2024

21

22
```

| A | | | |
|---|---|---|---|
| **ability** | **accept** | **ada** | 21:17, 22:22, |
| 5:10, 29:5, | 52:18 | 46:6 | 23:21, 25:18, |
| 63:12 | **accepted** | **add** | 26:14 |
| **able** | 25:13 | 53:11 | **again** |
| 18:16, 18:17, | **access** | **adding** | 7:12, 10:1, |
| 20:5, 24:8, | 20:15, 21:21, | 10:19 | 17:15, 21:18, |
| 27:2, 30:7, | 26:5, 26:8, | **address** | 33:7, 33:8, |
| 30:9, 39:19, | 30:8, 39:4, 39:5 | 27:9, 28:10 | 34:13, 35:17, |
| 40:9, 40:11, | **accident** | **adequate** | 40:4, 53:17, |
| 40:12 | 27:18 | 22:16 | 60:4 |
| **about** | **accompany** | **adhd** | **against** |
| 3:18, 5:14, | 28:16 | 26:19 | 17:18, 44:20 |
| 6:12, 6:22, | **accomplish** | **adjourned** | **age** |
| 29:13, 31:3, | 28:15 | 62:4 | 11:20, 27:17 |
| 31:22, 32:12, | **accomplished** | **administrators** | **agenda** |
| 36:12, 38:15, | 10:21 | 25:2 | 3:7, 46:1 |
| 38:20, 39:7, | **according** | **adopt** | **ago** |
| 40:5, 53:17, | 33:4 | 3:21, 4:1, 4:3, | 31:15 |
| 56:13, 58:18, | **accurate** | 4:7, 42:5, 44:3, | **agree** |
| 59:6, 59:21, | 15:22, 63:11 | 48:14 | 35:5, 39:17, |
| 61:12, 61:16 | **accusation** | **adopted** | 54:7, 61:17 |
| **absent** | 22:11 | 55:4 | **agreed** |
| 20:2 | **accusations** | **adoption** | 48:11 |
| **absentee** | 22:8 | 4:12, 4:14, | **agreement** |
| 7:8, 8:4, 8:5, | **accused** | 41:1, 41:2, | 53:22 |
| 8:20, 9:5, 10:6, | 46:9 | 49:22 | **ahead** |
| 10:16, 12:17, | **aclu** | **adults** | 2:1, 3:20, |
| 12:22, 13:17, | 31:19 | 13:15, 14:6, | 43:12, 46:20, |
| 13:20, 13:22, | **acquiring** | 14:8 | 52:11 |
| 14:20, 15:3, | 16:21 | **advanced** | **aid** |
| 15:10, 16:13, | **across** | 19:9 | 39:3 |
| 16:16, 16:21, | 10:4, 24:3, | **advocacy** | **aiding** |
| 19:14, 19:15, | 24:5, 24:21 | 11:13 | 12:18 |
| 19:19, 20:7, | **act** | **advocate** | **alabama** |
| 20:12, 20:20, | 20:9, 26:21, | 15:20 | 1:8, 5:13, |
| 21:3, 22:12, | 49:16 | **affairs** | 5:14, 5:15, |
| 22:14, 28:12, | **actions** | 1:9 | 10:3, 10:5, |
| 28:16, 30:16, | 19:9 | **affidavit** | 11:7, 13:11, |
| 30:18, 32:22, | **active** | 28:21 | 14:7, 16:7, |
| 37:1, 37:3, 37:9 | 13:15 | **affiliate** | 17:15, 19:10, |
| **absentees** | **actively** | 17:14 | 23:1, 24:1, |
| 32:9 | 20:8 | **african-american** | 25:16, 26:7, |
| **absolutely** | **activities** | 16:9 | 26:11, 33:17, |
| 59:1 | 30:11 | **after** | 38:12, 46:9, |
| **abused** | **actors** | 9:16, 19:17 | 58:1, 58:3, |
| 37:15 | 5:17 | **afternoon** | 58:4, 59:15 |
| | **actual** | 9:22, 11:10, | **alabama's** |
| | 21:10 | 17:12, 19:2, | 18:9, 19:4, |

19:11
**alabama-house-co-nstitution-campa-igns-and**
63:7
**alabamachannel**
63:6
**alabamian**
6:1
**alabamians**
24:6
**albritton**
2:12, 2:13,
47:5, 47:6,
50:17, 50:18
**alert**
21:9
**alerting**
49:3
**alerts**
20:16
**all**
3:11, 3:12,
4:22, 5:2, 5:4,
5:6, 5:14, 6:8,
10:1, 11:22,
14:12, 15:18,
17:21, 18:11,
19:10, 20:15,
22:22, 23:20,
25:2, 25:17,
29:8, 30:5,
31:14, 32:15,
34:22, 36:16,
36:20, 37:1,
37:13, 39:14,
40:14, 42:18,
43:19, 43:22,
45:2, 45:17,
47:21, 49:9,
50:1, 50:2,
50:3, 53:1,
54:22, 55:2,
55:3, 55:16,
56:18, 58:5,
58:19, 59:14,
60:15, 60:16,
60:17, 61:4,

61:5
**allen**
2:10, 2:11,
40:18, 47:3,
47:4, 50:15,
50:16, 51:19,
53:6, 53:13,
53:20, 54:1,
54:5, 54:12,
54:16, 54:21,
55:4, 55:5,
55:11, 55:14,
56:11, 56:18,
57:10, 57:13,
57:18, 57:21,
58:8, 58:11,
58:14, 59:1,
59:7, 60:2, 61:7
**allen's**
51:18
**alleviate**
8:15
**allow**
6:4, 7:7,
26:11, 29:1
**allowed**
27:17
**allowing**
61:22
**allows**
10:9, 10:17
**alluded**
38:12
**alma**
14:14, 15:5,
15:7
**alpha**
13:13, 14:18
**already**
7:20, 13:1,
60:3
**also**
8:16, 10:6,
10:16, 13:20,
14:7, 15:6,
16:1, 16:17,
24:4, 25:11,
40:2, 52:5

**although**
23:5
**alumni**
15:11
**always**
37:16
**ambassador**
19:4
**amendment**
24:11, 48:14,
49:7, 49:15,
49:18, 49:22,
52:10, 52:11,
52:12, 52:18,
53:22, 54:12,
54:16, 55:1,
55:4
**amendments**
45:4, 46:13,
46:14, 52:19
**america**
10:20
**america's**
18:3
**among**
11:16
**amongst**
49:12
**amputee**
7:14
**andrew**
19:3, 19:6
**another**
9:15, 33:14,
34:22, 35:1,
48:5
**answer**
9:12, 48:12,
48:19
**answered**
4:18
**any**
6:14, 7:7,
7:18, 7:20, 8:1,
18:17, 21:2,
22:10, 25:10,
25:11, 27:14,
27:15, 36:8,

39:20, 48:12,
52:3, 52:14,
53:2, 53:8,
54:10, 56:20,
57:22, 58:2,
63:13
**anybody**
23:18, 30:3,
35:8, 45:15,
45:16, 46:10
**anyone**
8:17, 17:19,
26:3, 38:19
**anything**
6:12, 8:1,
29:4, 50:13,
50:14
**anyway**
6:13, 30:20,
44:6
**apples**
37:16
**applicant**
39:20, 40:1
**application**
7:8, 7:18,
7:20, 7:21, 8:2,
8:5, 8:7, 8:20,
9:6, 13:18,
19:16, 19:18,
20:2, 21:3,
21:4, 21:7,
24:17, 28:16,
28:17, 28:18,
33:1, 34:11,
35:10, 35:11,
35:16, 39:21,
39:22, 40:2
**applications**
14:21, 21:10,
36:3
**apply**
48:11
**applying**
48:7
**appointed**
31:15
**appreciate**
3:11, 29:15,

31:1, 31:11
**appreciation**
18:10
**appropriate**
21:5, 24:16
**approved**
19:17, 53:3
**april**
63:20
**armani**
13:8, 13:10,
13:11
**around**
23:7
**arrested**
15:6, 15:10
**arthur**
2:8, 2:9, 47:2,
50:12
**articulated**
54:8
**asked**
16:15, 33:10,
44:1, 56:13
**asking**
25:9, 25:10,
54:4, 56:17
**aspect**
39:10
**assist**
17:19, 18:4,
18:17, 20:6,
35:9
**assistance**
6:16, 7:8,
7:11, 7:13,
7:16, 10:18,
11:15, 13:20,
15:3, 18:18,
20:11, 25:3,
27:12, 28:11,
35:7, 37:12,
39:18, 39:20,
45:16
**assistant**
17:6, 39:15
**assisted**
28:11, 28:20

**assisting**
18:18
**association**
13:14, 14:18
**attempting**
31:12
**attends**
13:11
**attorney**
34:2
**aunt**
32:18, 32:19,
32:21, 33:20
**authoritarianism**
17:2
**autism**
26:19
**average**
30:15
**aware**
55:21
**awareness**
61:13
**away**
7:15, 16:8,
17:5, 29:5,
45:16
**aye**
41:4, 41:6,
41:8, 41:10,
41:12, 41:14,
41:16, 42:2,
46:22, 47:2,
47:4, 47:6,
47:8, 47:10,
47:12, 47:20,
50:1, 50:2,
50:8, 50:10,
50:16, 50:18,
50:20, 50:22,
51:2, 51:4,
51:6, 51:8,
51:11, 55:1,
55:2, 60:15,
60:16, 61:4,
61:5
**ayes**
42:2, 51:13

**B**

**baby**
33:3
**back**
10:1, 16:3,
19:19, 31:2,
35:17, 36:9,
36:10, 36:11,
40:5, 46:3,
46:4, 56:1
**bad**
5:17, 7:14
**ballot**
6:6, 7:20,
7:21, 8:2, 8:5,
8:20, 9:6, 10:6,
10:7, 10:9,
10:21, 11:2,
11:4, 12:17,
13:17, 13:20,
14:20, 15:3,
16:13, 16:16,
16:22, 19:14,
19:15, 19:19,
20:12, 20:20,
21:3, 21:10,
22:2, 22:14,
24:10, 24:17,
30:18, 32:22,
34:10, 34:19,
35:6, 36:7,
36:8, 36:20,
37:1, 37:3
**ballots**
8:13, 10:15,
11:1, 15:10,
20:7, 26:5,
30:16, 30:18,
36:15, 37:9
**barbara**
17:11, 17:12,
17:13
**barrel**
37:16
**barriers**
12:9, 46:7
**based**
59:13

**basic**
29:2
**basically**
17:17
**became**
27:16
**because**
6:13, 10:7,
23:10, 23:14,
24:19, 26:16,
27:4, 27:8,
27:19, 28:1,
33:18, 34:11,
34:18, 35:20,
36:2, 36:8,
37:4, 38:10,
40:7, 43:17,
44:15, 44:22,
45:13, 45:14,
46:8, 53:2,
53:11, 53:17,
54:4, 54:10,
56:5, 57:8,
59:13, 59:20,
61:18
**becky**
9:21, 9:22,
10:1, 13:6
**become**
13:15, 27:14,
58:17
**becomes**
16:13, 17:2
**been**
5:5, 10:5,
18:1, 18:5,
29:10, 33:9,
55:15
**before**
3:15, 4:14,
6:7, 7:15, 9:12
**beforehand**
29:22
**begin**
39:7
**beginning**
43:20
**being**
3:6, 5:9, 11:5,

15:9, 18:8,
18:21, 24:8,
29:14, 44:1,
61:22
**beliefs**
26:2
**believe**
5:15, 23:15,
39:13, 44:4
**bell**
2:16, 2:17,
4:5, 47:9,
47:10, 49:10,
49:20, 50:21,
50:22, 56:13,
56:15, 56:16
**belt**
38:11, 38:13
**benson**
13:8, 13:10,
13:11, 15:16
**best**
5:9, 5:12,
63:11
**better**
23:13, 28:4
**betty**
21:15, 21:17,
21:18
**between**
14:10
**beyond**
23:17
**biased**
10:11
**bill**
3:7, 3:12,
3:16, 3:17,
3:18, 4:13,
4:19, 5:4, 5:7,
5:8, 5:12, 5:15,
5:20, 5:21,
5:22, 6:1, 6:3,
6:15, 6:18,
6:22, 7:17, 8:3,
8:16, 9:1, 9:9,
9:19, 10:13,
10:17, 12:1,

12:9, 13:16,
14:4, 14:16,
16:10, 16:13,
17:2, 17:9,
17:16, 17:18,
17:21, 18:13,
23:6, 23:10,
24:8, 29:15,
29:16, 29:18,
29:21, 29:22,
30:4, 30:6,
31:3, 31:13,
32:14, 32:17,
34:9, 40:5,
40:19, 42:5,
42:9, 42:10,
42:13, 43:16,
43:21, 43:22,
44:1, 44:8,
44:18, 44:20,
44:22, 45:22,
46:10, 46:11,
48:2, 48:3,
48:6, 48:7,
49:19, 50:4,
51:13, 51:18,
52:1, 52:2,
52:4, 54:9,
56:19, 59:5,
60:19, 60:21,
61:2, 61:4,
61:20, 61:22,
62:2
**billing**
43:7
**bills**
42:3, 43:4,
52:12, 58:15
**birmingham**
11:12, 25:19,
39:2, 46:6
**bishop**
1:22, 63:2,
63:18
**bit**
4:15
**bizzelle**
32:18, 33:20

**bizzelle's**
32:21
**black**
15:20, 16:4,
16:5, 16:11,
38:11, 38:13,
39:2
**blank**
7:22
**blind**
6:10, 10:18,
17:15, 27:16,
28:2
**board**
35:12, 35:17
**boat**
20:14
**body**
33:9, 38:19
**both**
16:22, 25:19,
25:22, 28:13,
33:4
**bottom**
30:10
**breast**
61:12
**brian**
28:6, 28:8
**bridge**
12:10
**brief**
35:4
**british**
58:7
**brought**
3:16, 45:15,
48:9
**buildings**
57:5
**business**
3:6, 25:7,
56:7, 56:8,
57:2, 57:7
**businesses**
56:5
**businessman**
23:3

**butler**
2:1, 2:4, 2:5,
3:5, 3:22, 4:6,
4:9, 4:17, 5:3,
6:20, 9:17,
9:21, 11:9,
13:5, 13:7,
15:15, 15:17,
17:11, 18:22,
21:12, 21:15,
22:20, 23:19,
28:6, 29:7,
31:5, 31:8,
38:7, 39:11,
40:16, 40:19,
41:1, 42:1,
42:2, 42:12,
42:20, 43:4,
43:11, 44:3,
44:10, 44:13,
44:17, 45:10,
46:16, 46:19,
47:19, 47:20,
48:1, 48:13,
48:16, 48:20,
49:18, 50:1,
50:3, 50:6,
50:7, 50:8,
51:13, 51:17,
52:20, 52:22,
54:19, 54:22,
55:3, 55:19,
59:17, 60:6,
60:10, 60:14,
60:17, 60:19,
60:21, 61:3,
61:6, 62:3

---
**C**
---
**caldwell**
47:11, 47:17,
51:1, 51:7
**call**
2:2, 8:11,
36:5, 37:19,
40:20, 41:3,
45:5, 46:19,
46:20, 48:2,

50:4, 60:5
**called**
10:6, 23:3,
30:2
**calling**
34:8, 36:6
**came**
19:22, 23:13,
32:9
**campaigns**
5:18
**campus**
20:12
**campuses**
14:4
**can't**
6:12, 29:21,
37:7, 42:22,
43:1, 43:3,
46:17, 57:7
**cancer**
61:13
**cannot**
6:4, 9:7,
13:17, 25:6,
27:19
**caregivers**
25:1
**cares**
29:12
**carried**
62:3
**carry**
60:11, 60:19,
61:2, 61:3
**carrying**
59:19
**case**
57:15, 63:14
**cases**
32:8
**cast**
18:16, 30:18
**casting**
18:15, 22:13,
24:9
**categories**
26:20

**cathy**
23:19, 23:21,
23:22
**caught**
33:17
**cause**
55:8
**cautiousness**
15:13
**center**
14:19
**centers**
56:3
**century**
22:3
**certain**
8:12, 36:5,
57:15
**certificate**
63:1
**certify**
63:2
**chain**
36:5, 56:8
**chair**
4:11, 21:19,
31:11, 42:7,
43:2, 44:16
**chairman**
3:9, 3:19, 4:2,
4:8, 5:2, 6:17,
7:4, 9:11, 9:20,
31:4, 31:10,
35:2, 38:5,
38:9, 39:13,
40:13, 40:21,
42:4, 42:8,
42:17, 43:7,
43:8, 43:13,
44:7, 44:14,
44:21, 45:8,
48:2, 48:4,
48:13, 51:15,
51:20, 52:10,
52:17, 52:21,
54:19, 55:18,
60:3, 60:20,
60:22, 61:8,

**cathy**
61:9
**challenge**
12:22, 32:13
**challenged**
28:14
**chambliss**
48:4, 48:17,
48:18, 48:21,
49:6, 49:14,
51:15
**chance**
9:15, 29:2,
43:17
**change**
42:19, 49:7
**changed**
7:1, 21:22,
40:7
**changes**
4:20, 5:10,
6:11, 7:1, 9:9,
9:14, 29:18
**changing**
6:14, 7:13
**chapter**
19:5
**charge**
13:18
**charged**
14:1, 14:22,
15:4, 16:16,
16:22
**check**
35:13, 35:18
**checking**
24:19
**checks**
24:16
**choice**
24:9
**choose**
24:8
**choosing**
35:8
**chris**
2:6, 2:7, 41:8,
42:4, 44:7,
44:11, 46:22,

50:10, 60:22
**church**
25:1
**circumstances**
12:5
**citizen**
12:4, 18:19,
26:7, 26:11
**citizens**
12:11, 22:6,
22:18, 24:3,
46:2
**citizenship**
12:15
**city**
29:10, 46:6,
56:14, 57:9
**civic**
11:14, 12:7,
12:14, 13:14,
14:4, 14:13,
19:9, 24:21
**civil**
17:5
**clap**
38:22, 39:1
**clarity**
49:15
**class**
8:16, 8:22,
9:2, 16:17,
19:21, 25:14,
27:16, 52:8
**clean**
59:4
**cleaned**
59:20, 60:1
**clear**
6:7, 6:15,
18:2, 26:7
**clearly**
18:1
**clergy**
25:20
**clerk's**
36:14
**close**
10:22

code
6:12
coin
9:1
coleman
2:20, 2:22,
3:1, 4:8, 4:10,
23:2, 31:9,
34:3, 34:5,
34:12, 34:16,
38:12, 41:19,
41:20, 42:7,
42:16, 43:1,
43:8, 43:13,
44:5, 44:14,
45:7, 47:15,
47:16, 51:5,
51:6, 52:21,
52:22, 53:1,
53:8, 53:15,
53:21, 54:3,
54:7, 54:14,
54:18, 60:8,
60:13, 60:15,
60:20, 61:9
coleman-madison
2:21, 35:3,
40:21, 41:17,
41:18, 42:14,
42:18, 43:6,
45:8, 45:11,
47:13, 47:14,
49:5, 49:21,
49:22, 51:3,
51:4, 55:6,
55:13, 57:3,
57:20, 58:9,
58:13, 59:2,
59:10
colleague
35:5
collect
9:4
collecting
8:18, 10:15
college
13:14, 14:5,
14:10, 14:13,

14:17, 15:2
colored
54:10
colors
53:9
come
11:19, 19:10,
23:9, 31:2,
58:15
comes
28:17, 28:20
coming
23:16, 36:6,
38:4
comment
45:12
comments
9:17
commit
6:5
committed
33:5, 33:20
committee
1:9, 3:11, 5:1,
7:4, 17:8,
28:10, 31:21,
32:7, 32:16,
40:14, 44:15,
44:16, 45:2,
45:6, 48:6,
49:12, 51:16,
51:20
committee's
62:4
committing
27:10
communities
11:19, 38:14
community
13:16, 21:2,
29:1
company
56:10
complete
9:5, 21:7, 33:1
completed
8:4
completely
20:4

completing
8:19, 20:7
completion
28:21
compliant
46:6
concerned
24:14, 38:10,
59:21
concerns
59:22
concluded
62:5
conduct
3:6
confederate
16:6, 58:5
confidence
11:4
confusing
19:21, 25:4,
28:22, 36:13
congregations
25:19, 25:22
connecting
12:10
connection
12:18
consequence
38:22
consequences
34:22, 37:14
consider
29:1, 59:19
consideration
17:10, 45:2,
45:3
considered
28:3
constituents
27:11, 46:4
constitute
13:21
constituting
58:2
constitutional
15:13
continue
20:18, 21:8

contract
21:1
contribution
12:16
control
11:2, 44:15,
53:8, 53:10,
58:6
controlling
58:2
conversation
44:19, 58:15
convicted
37:18
convictions
10:5
copies
24:18, 28:18,
28:19
copy
19:17, 28:15
corporate
15:11
correct
24:17, 57:3
correctly
27:8
corrects
49:15, 49:17
cost
11:3
could
7:15, 7:16,
11:3, 14:1,
14:2, 15:4,
27:5, 27:14,
53:21, 56:5,
56:6, 61:18
couldn't
56:9
councilmember
29:11
counsel
63:13
count
24:20, 36:15
counted
11:5, 36:17

counties
19:11, 30:14,
30:16, 37:6
country
27:13
county
8:9, 24:18,
26:16, 28:9,
30:21, 52:14,
56:13, 56:19
course
17:20, 18:11
covered
29:20, 56:12
creative
19:8
cries
22:7
crime
14:22, 25:11,
33:5, 33:20
crimes
37:19
criminal
37:18
criminalize
25:9
criminalized
17:20, 18:9,
18:21
criminalizes
16:17
criminals
14:9
critical
12:17, 20:19
cross-section
31:20
crow
16:4
crowd
39:16
culture
43:14
current
7:7, 7:9,
13:12, 24:12
currently
8:22, 11:21,

17:18, 17:21,
48:21, 58:2

**D**

dam
48:2
dams
49:2
dan
2:14, 2:15,
41:12, 47:8,
50:20
dash
49:16, 49:17
data
8:12, 8:13,
30:13, 30:20
daunting
19:22
day
19:11, 19:13,
37:8, 43:15
dcnr
48:9, 48:10,
48:11
deadlines
20:3, 21:10
deaf
6:10, 28:2
deal
23:10
decade
10:4
deceitful
22:5
decide
9:14
decline
14:6, 15:11
defending
26:1
defined
18:13
definitely
31:13
definitions
18:2
delete
53:11, 53:21

deliver
9:5
delivering
8:19
delta
14:18
democracy
12:5, 26:2
democratic
5:21, 6:3,
12:11, 22:6,
25:22, 29:13,
39:14
democrats
31:18
denied
21:21
denying
46:9
depos
63:19
deserve
28:4
desires
7:9, 39:21,
46:12
details
55:16
determined
16:3
determining
20:11
deterrent
8:21
development
56:2
didn't
50:14, 51:10
different
61:13, 61:19
difficult
19:13
digest
43:16, 44:2,
46:4
digital
63:3
diligence
30:5

director
10:2
disabilities
6:9, 7:12,
16:12, 24:6,
26:19, 26:21,
46:7
disability
27:12
disabled
10:18, 15:1,
18:7, 18:15,
22:14, 24:6,
27:13, 28:13
discourage
37:2
discuss
57:14
disenfranchised
12:10
dismal
38:18
dismantle
14:9, 15:12
dismantles
12:3
disorders
27:1
display
56:6, 56:9
displayed
52:3
displays
52:5
distances
37:7, 39:7
distribute
7:18, 9:4,
33:22, 40:11
distributing
8:18, 10:15
district
8:1
documentation
22:3
doesn't
33:7
doing
33:11, 35:22,

61:12
**dollars**
33:3
**done**
29:4, 30:5,
34:20, 59:13,
60:1
**don't**
59:10, 59:11
**dothan**
23:1
**double**
24:18
**doubt**
56:1
**down**
5:16, 9:12,
32:5, 34:11,
51:21
**drafted**
48:10
**drive**
27:2, 27:17,
39:8
**due**
27:12, 30:5

**E**

**each**
26:11, 39:22
**eagle**
10:2, 10:7,
31:19
**earlier**
30:12
**easily**
6:5
**easy**
26:7
**economic**
56:2
**economically**
28:14
**educate**
20:8
**educating**
12:6
**education**
11:14, 14:13,

26:17, 26:21,
37:10
**effect**
38:2
**effective**
19:8
**effectively**
22:17
**efforts**
20:10
**either**
8:10, 10:10
**elderly**
15:1, 28:13
**election**
6:4, 8:5, 8:9,
19:11, 19:13,
20:17, 37:8,
37:15
**elections**
5:19, 6:1,
10:8, 11:7,
25:6, 30:12
**elections-commit-
tee**
63:8
**electoral**
12:2
**eligible**
12:4
**eliminates**
11:2
**elliot**
46:21
**elliott**
2:6, 2:7, 41:7,
41:8, 42:4,
44:7, 44:11,
46:22, 47:22,
50:9, 50:10,
60:22
**else**
9:8, 13:18,
58:6, 59:6,
59:16, 62:1
**email**
21:9
**emas**
49:3

**embed**
63:6
**emits**
52:6
**emphasizing**
12:15
**employed**
63:13
**employee**
11:11
**empowering**
12:13
**empowers**
19:7
**end**
7:14, 11:5,
32:9, 33:11,
38:3
**ended**
50:5
**engaged**
38:16
**engagement**
11:15, 19:9
**enhance**
11:6
**ensure**
12:4, 20:5,
26:4, 26:6
**entities**
55:22
**entity**
53:10
**envelope**
21:4, 28:22,
36:17
**envelopes**
36:13
**equivalent**
25:15
**erect**
12:9
**error**
49:7, 49:16
**error-prone**
25:5
**especially**
6:10, 7:12,

16:19, 38:17
**essence**
52:7
**even**
3:15, 4:12,
10:12, 24:18,
27:3, 29:14,
32:14, 32:17,
35:11, 42:8,
44:2
**ever**
36:1, 36:13,
38:17
**every**
6:1, 12:4,
18:7, 20:5,
20:17, 26:6,
26:22, 29:9,
30:17, 30:21
**everybody**
13:8, 30:7,
35:19, 36:4,
38:4, 39:17
**everybody's**
58:20
**everyday**
25:9
**everyone**
7:2, 17:17,
29:2, 30:1
**everyone's**
5:11, 6:15
**everything**
7:22, 9:8,
29:17, 29:19,
36:3
**everywhere**
19:5, 19:22
**evidence-based**
30:13
**exactly**
7:4, 30:14
**example**
14:16, 16:18,
55:22, 56:8,
57:5
**excuse**
33:22

| | | | |
|---|---|---|---|
| executive<br>10:2, 27:1<br>exemplify<br>18:13<br>exercise<br>16:6, 29:2<br>exercising<br>16:12<br>exist<br>22:2<br>existence<br>16:5, 22:9<br>explaining<br>25:4<br>express<br>17:15, 38:10<br>expresses<br>17:6<br>extracurriculars<br>19:20<br>extremely<br>25:8<br>eyesight<br>7:14<br><div align="center">F</div>face<br>13:1, 38:13<br>facilitate<br>13:22, 14:3<br>facility<br>56:14<br>fact<br>16:11, 22:3<br>facts<br>30:13<br>faculty<br>14:3, 15:8<br>fair<br>10:8, 30:6<br>faith<br>25:21<br>faith-based<br>11:12<br>fall<br>26:20, 32:1<br>families<br>16:9 | family<br>45:17, 52:16<br>father<br>7:14<br>fault<br>29:20<br>favor<br>43:5, 44:8,<br>50:1, 51:14,<br>54:22, 60:15,<br>61:4<br>favorable<br>42:3<br>fear<br>22:11<br>february<br>1:12<br>federal<br>6:12, 35:7<br>federally<br>24:10, 32:2<br>federation<br>17:14<br>feel<br>15:3, 15:5,<br>30:6, 31:1<br>feeling<br>45:22<br>felony<br>8:16, 8:22,<br>9:2, 9:8, 13:21,<br>14:1, 15:4,<br>16:22, 25:14,<br>27:10, 38:19,<br>39:10<br>female<br>4:4, 25:18,<br>46:17<br>few<br>30:16<br>fight<br>23:16<br>figure<br>40:6, 40:10<br>fill<br>8:7, 14:20,<br>19:16, 19:19,<br>25:5, 25:6, | 35:10<br>filled<br>27:8<br>filling<br>7:8, 35:11,<br>35:15, 36:2,<br>39:21<br>fills<br>27:7<br>final<br>44:19<br>finally<br>15:9<br>financial<br>63:15<br>find<br>37:1, 37:18<br>fine<br>56:12<br>first<br>3:6, 5:1, 5:4,<br>7:6, 29:8,<br>36:16, 44:12<br>five<br>6:22, 7:1,<br>30:17, 52:15<br>fix<br>33:7, 57:14<br>flag<br>52:3, 52:6,<br>52:14, 52:16,<br>52:17, 53:2,<br>53:9, 54:10,<br>55:8, 55:12,<br>55:16, 56:10,<br>57:22, 58:6,<br>58:18, 58:21,<br>61:14, 61:22<br>flags<br>53:16, 56:7,<br>57:7, 58:3,<br>58:5, 59:14,<br>61:12, 62:1<br>floor<br>45:4, 57:14,<br>61:1<br>flown<br>58:4, 59:15 | fly<br>36:21, 61:14,<br>61:15, 62:1<br>flying<br>58:10, 58:21<br>focusing<br>12:11<br>folk<br>22:17<br>folks<br>26:5, 31:20,<br>60:3<br>follow-up<br>48:6<br>following<br>52:13<br>force<br>31:17<br>forces<br>17:4<br>foregoing<br>63:4<br>form<br>17:7, 22:10,<br>27:7, 35:22<br>former<br>31:16<br>formerly<br>11:21<br>forth<br>31:3<br>forum<br>10:2, 10:7,<br>31:19<br>forward<br>3:16, 62:2<br>found<br>6:2<br>foundation<br>19:4, 19:6<br>four<br>4:5, 4:6, 4:13,<br>45:15, 48:1,<br>49:2, 51:18,<br>52:14<br>fraternity<br>61:15<br>fraud<br>6:5, 10:6, |

22:10, 31:17,
32:10, 33:15
**freak**
27:18
**free**
10:8, 29:1
**freedom**
52:3, 52:17,
55:8, 58:18
**french**
58:7
**friend**
25:10, 34:14
**friendly**
52:18
**friends**
25:9
**front**
3:14, 4:14,
5:5, 56:20
**fueled**
16:5
**full-time**
11:11
**functioning**
27:1
**fundamental**
46:8
**fundamentally**
25:4
**funding**
15:11
**funds**
16:18
**fyi**
62:1

--- G ---

**gamma**
14:18
**gap**
25:5
**garrett**
22:21, 22:22,
23:1
**gas**
15:2, 16:20,
18:6, 25:12,

33:4
**gave**
33:19
**gbm**
11:12, 12:6,
12:12
**genesis**
52:1
**gentleman**
31:11, 61:10,
61:17
**gentlewoman**
61:18
**gerald**
2:10, 2:11,
40:18, 47:4,
50:16, 51:19,
53:6, 53:13,
53:20, 54:1,
54:5, 54:12,
54:16, 54:21,
55:5, 55:11,
55:14, 56:11,
56:18, 57:10,
57:13, 57:18,
58:8, 58:11,
59:1, 59:7,
60:2, 61:7
**gerritson**
9:21, 9:22,
10:2, 13:6
**getting**
43:11
**gift**
8:17, 9:3
**give**
4:15, 4:19,
6:18, 7:21,
18:5, 33:3,
43:5, 43:21,
44:8
**given**
27:9, 42:3,
55:15
**gives**
15:2
**giving**
24:17, 24:18

**glt**
39:1
**gltb**
38:15
**go**
2:1, 3:19, 5:1,
6:7, 6:18, 11:1,
23:7, 32:21,
35:11, 35:22,
36:15, 37:8,
37:19, 43:12,
45:4, 46:20,
52:11, 54:14,
56:1, 56:19
**goal**
20:5, 29:16,
32:3
**god**
22:4
**goes**
35:17
**going**
3:17, 9:10,
18:1, 32:2,
35:11, 35:12,
35:13, 36:17,
36:18, 36:19,
38:2, 40:5,
40:16, 42:9,
42:12, 42:19,
43:17, 43:20,
45:19, 46:14,
58:5, 58:9,
61:1, 61:19
**gone**
36:14
**good**
9:22, 11:10,
17:12, 19:2,
21:17, 22:22,
23:2, 23:17,
23:21, 25:18,
26:14
**goodman**
19:3, 19:6
**government**
1:9, 6:13,
13:14, 14:18,

16:2, 32:9,
48:8, 49:1
**governments**
49:1
**governor**
14:15
**grady**
19:1, 19:2,
19:3, 21:12,
21:14
**grandmother**
32:20
**grave**
38:10
**great**
32:18, 32:21,
38:1
**great-aunt**
32:19
**greater**
11:11, 39:2
**greatest**
18:3
**greetings**
13:10
**greg**
2:12, 2:13,
47:6, 50:18
**grocery**
56:8, 57:5,
57:6
**ground**
36:19
**group**
15:21
**grouping**
8:11
**groups**
5:6, 5:7, 5:8,
6:8, 10:14, 36:5
**grudger**
44:13
**gudger**
3:8, 3:9, 3:22,
4:19, 4:21, 5:4,
6:21, 9:20,
29:8, 31:7,
33:21, 34:4,

34:7, 34:15,
35:5, 39:12,
44:18, 45:1,
45:13, 46:12,
46:16
**gudger's**
4:7
**guess**
4:11, 31:10,
54:1, 58:4
**guides**
20:16
**guilty**
25:11

**H**

**half**
30:15
**hall**
32:5
**handles**
30:22
**handling**
13:4
**happen**
36:2
**happened**
29:19, 51:22
**happening**
6:5, 8:10,
30:13, 30:14,
30:22
**happens**
29:13
**happy**
48:12
**hard**
3:11
**harmed**
24:7
**harmful**
25:8
**harms**
28:5
**harsh**
25:15
**harvesters**
10:9

**harvesting**
6:6, 8:11,
10:6, 10:7,
11:2, 22:2,
34:10, 34:19,
35:6, 36:7,
36:20
**hate**
33:16
**hazards**
11:3
**head**
39:13
**hear**
34:13, 42:22,
43:1, 43:3,
46:17
**heard**
5:10, 20:6,
29:17, 31:1,
40:5, 43:20,
44:22, 45:3
**hearing**
1:9, 1:11,
9:11, 9:13,
9:16, 60:4
**heavy**
17:4
**help**
8:6, 13:15,
14:19, 19:22,
20:5, 20:16,
20:20, 22:13,
22:18, 24:22,
25:10, 27:6,
27:20, 32:21,
32:22, 36:7,
46:5
**helped**
36:2
**helping**
15:10, 24:4,
35:10, 35:15,
36:9, 39:4
**helps**
5:15, 20:14,
24:15
**here**
2:5, 2:7, 2:9,

2:11, 2:13,
2:15, 2:17,
2:19, 2:21, 3:1,
3:3, 3:10, 6:22,
17:15, 21:18,
24:12, 24:13,
26:16, 29:10,
29:14, 29:15,
32:16, 38:1,
40:8, 51:21,
52:1, 52:12,
53:17, 54:9,
58:21, 59:8,
59:12, 60:3
**hereby**
63:2
**higher**
14:13, 37:1
**highest**
17:7
**highlights**
6:18
**hit**
51:22
**hold**
13:12, 16:11,
43:11, 44:17,
45:10, 48:16
**holds**
16:4, 16:5
**home**
19:12, 19:19,
32:21, 37:7
**homeless**
11:20
**hometown**
38:12
**hometowns**
20:19
**honest**
5:16
**honing**
34:18
**honor**
26:10, 61:14
**honorable**
15:5
**honored**
24:2, 24:4

**honoring**
58:18
**hospitalities**
18:10
**hospitality**
18:12
**hours**
25:7
**house**
32:15
**however**
12:21, 45:4
**https**
63:6
**huge**
39:5
**human**
17:7
**huntsville**
23:22
**hurdle**
39:5
**hurdles**
38:13
**hurts**
23:11

**I**

**id**
19:17, 28:15,
28:20
**ids**
24:18
**ieps**
26:18
**illegal**
30:11
**illiterate**
28:2
**impact**
14:5
**impacted**
11:22
**impede**
22:12
**importance**
26:10
**important**
10:17

impoverished
39:4
in-state
20:11
incarcerated
11:21, 12:12
incarceration
12:16
include
20:10, 21:3,
40:2
included
53:2, 54:2
including
6:10, 11:20,
27:15
increase
17:3
incredibly
19:12
indecency
17:7
independent
5:22
individual
8:4, 18:4,
18:8, 18:17,
18:18, 21:6,
36:10, 56:4,
57:1
individualized
26:17
individuals
10:14, 11:19,
12:13, 12:22,
13:19, 16:11,
17:19, 18:7,
26:21
indulgence
48:5
inefficiencies
13:3
information
7:20, 49:3
inhibit
26:8
inhibits
26:9

initially
44:18
initiate
19:8
insignia
53:9
inspect
49:1, 49:2
insufficient
13:3
integrity
12:2
intent
34:2, 34:9
intentional
38:22
interest
38:2, 61:1,
63:14
internet
28:14
invalid
28:3
involves
12:13
iraq
16:1
issue
16:21, 59:20
issues
30:22, 33:8,
48:8, 48:10
itself
32:14, 33:1,
57:8
ivey
14:15

**J**

jackson
15:17, 15:18,
15:19
jail
11:22
jeopardizes
10:8
jeopardy
16:14

jim
16:4
job
1:20, 13:22,
37:8
john
31:16
jone's
37:20
jones
23:19, 23:21,
23:22, 37:21
judiciary
32:16
juggling
19:20
justice
13:14
justified
15:3

**K**

kay
14:15
keep
10:22, 58:21
keeping
7:10
keeps
7:6
keith
2:18, 2:19,
41:16, 47:12,
51:2, 55:18,
55:20, 57:1,
57:4, 57:12,
57:17, 59:18
kelley
2:18, 2:19,
41:15, 41:16,
47:11, 47:12,
51:1, 51:2,
55:18, 55:19,
55:20, 57:1,
57:4, 57:12,
57:17, 59:17,
59:18, 60:10,
60:11

kept
32:12
kerr
26:14, 26:15
key
30:6
kind
4:13, 37:17,
61:16
kinds
37:18
knocks
5:16
know
3:19, 10:12,
17:17, 18:4,
31:10, 32:3,
32:4, 32:12,
34:4, 34:17,
34:20, 35:18,
36:6, 36:13,
38:11, 43:9,
43:14, 55:8,
58:3, 58:14,
58:16, 61:12,
61:15
knowing
11:4, 15:5
knowingly
7:18, 8:17,
9:3, 33:21,
33:22, 34:1,
34:6
knowledge
12:13, 63:12
kylie
26:14, 26:15

**L**

lack
13:2, 39:5
ladies
36:4
lance
2:16, 2:17,
4:5, 47:10,
49:10, 50:22,
56:16

| | | | |
|---|---|---|---|
| **language** | **39:10** | **49:3** | **mail** |
| 7:6 | **legislative** | **locations** | 13:4, 19:16, |
| **large** | 33:9 | 17:5 | 19:19, 21:7, |
| 26:1 | **lessons** | **long** | 35:21, 36:10 |
| **large-scale** | 11:14 | 4:12, 4:13, | **mailed** |
| 32:10 | **let's** | 32:1, 37:5, 37:6 | 36:1 |
| **last** | 37:19, 39:7, | **longer** | **mainly** |
| 3:13, 3:16, | 57:16 | 27:17 | 39:22 |
| 5:6, 5:16, 9:9, | **level** | **look** | **maintaining** |
| 10:4, 23:7, | 32:10 | 23:11, 24:13, | 12:18 |
| 45:14, 48:7, | **liberties** | 38:17, 43:22, | **major** |
| 58:15 | 26:9 | 46:3, 55:8, | 33:8 |
| **lauren** | **life** | 57:16, 59:4 | **majority** |
| 1:22, 63:2, | 7:15 | **looked** | 27:14 |
| 63:18 | **like-minded** | 55:9 | **make** |
| **law** | 15:21 | **looking** | 3:14, 3:20, |
| 7:7, 7:9, 7:10, | **likelihood** | 25:14, 32:6, | 6:15, 7:2, 17:1, |
| 15:6, 16:13, | 12:19 | 59:14, 61:11 | 20:6, 22:13, |
| 17:2, 24:10, | **limestone** | **looks** | 22:15, 23:17, |
| 35:7, 37:21, | 28:9 | 59:3 | 28:19, 29:5, |
| 48:21 | **line** | **lords** | 29:17, 30:8, |
| **laws** | 30:10, 37:5, | 28:6, 28:8, | 36:8, 39:17, |
| 6:4, 16:4 | 39:16, 52:12, | 28:9 | 40:11, 45:12, |
| **leaders** | 53:13, 53:15, | **losses** | 45:14, 48:13, |
| 26:12 | 54:5, 54:9, | 29:13 | 49:10 |
| **league** | 54:13, 56:20, | **lot** | **makes** |
| 21:18, 24:1, | 57:21, 59:12 | 7:11, 37:10, | 7:17, 8:3, |
| 24:5, 24:15, | **lines** | 39:14, 40:4, | 8:16, 9:2, |
| 52:15 | 49:4 | 40:8 | 10:22, 19:12 |
| **learning** | **list** | **louder** | **making** |
| 20:9, 26:19 | 59:19, 61:12 | 22:7 | 5:10, 12:21, |
| **least** | **listening** | **love** | 27:6 |
| 22:18 | 7:3 | 40:10 | **male** |
| **leave** | **literally** | **low** | 4:2, 41:4, |
| 11:1, 53:16 | 4:15 | 11:18 | 41:6, 41:10, |
| **leaves** | **little** | **low-income** | 41:14, 42:22 |
| 53:19 | 4:15, 36:4 | 11:19 | **man** |
| **left** | **live** | **ludicrous** | 23:2 |
| 19:14 | 23:22, 37:5, | 22:11 | **manager** |
| **leg** | 37:6, 43:19 | | 8:5, 8:9 |
| 5:17 | **lives** | **M** | **manslaughter** |
| **legal** | 14:8, 16:14 | | 25:15 |
| 18:19 | **living** | **ma'am** | **manuel** |
| **legally** | 35:21 | 4:9, 55:17 | 17:11, 17:12, |
| 27:16 | **llc** | **made** | 17:13, 18:22 |
| **legislation** | 63:19 | 47:21, 47:22, | **many** |
| 33:5, 33:12, | **local** | 55:21, 60:8 | 14:8, 16:2, |
| 34:21, 38:18, | 14:11, 32:8, | **madison** | 16:11, 19:20, |
| | | 2:20 | |

20:17, 23:2,
24:19, 24:21,
27:10, 27:13,
28:11, 28:12,
28:13, 33:9,
34:21, 37:8,
51:20
**mark**
40:1
**mass**
39:6
**mater**
15:6, 15:7
**maters**
14:15
**matter**
15:20, 39:3
**maybe**
18:5, 18:6,
32:7, 57:14,
61:18
**mcshannon**
21:16, 21:17,
21:18
**meal**
18:6
**mean**
31:22, 32:4,
35:15, 35:20,
58:4, 58:20,
58:21
**meaning**
7:21, 13:21
**means**
30:17, 46:1,
46:2
**meant**
34:9
**measures**
12:21
**mechanisms**
12:3
**media**
32:11
**meet**
30:3, 30:4
**meeting**
2:2, 31:2

**member**
21:2
**members**
13:21, 17:8,
20:12, 24:5,
25:1
**men's**
34:7
**mentioned**
36:12
**merika**
2:22, 3:1, 4:8,
4:10, 31:9,
34:3, 34:5,
34:12, 34:16,
41:19, 41:20,
42:7, 42:16,
43:1, 43:8,
43:13, 44:5,
44:14, 45:7,
47:15, 47:16,
51:5, 51:6,
52:21, 53:1,
53:8, 53:15,
53:21, 54:3,
54:7, 54:14,
54:18, 60:8,
60:13, 60:20,
61:9
**merrill**
31:16, 31:21
**met**
30:1, 30:3,
30:5
**mia**
52:16
**microphone**
7:3, 9:16
**mind**
31:22
**mine**
32:5
**minimized**
18:14
**ministries**
11:12, 39:2
**minorities**
21:21

**minority**
27:14
**minutes**
13:9, 21:12
**misdemeanor**
13:19, 16:17,
52:7, 52:9
**misinformation**
21:20, 32:13
**miss**
15:15, 37:20
**misused**
37:15
**mobile**
21:19
**modern-day**
16:11
**moment**
5:1
**monetary**
18:6
**money**
13:20, 15:2,
16:20, 25:12
**month**
61:13
**months**
5:7
**more**
22:8, 31:3,
37:4, 38:16,
38:17, 39:12
**morning**
55:21
**most**
18:11, 27:20,
29:2
**motion**
3:20, 44:8,
47:21, 47:22,
48:14, 49:10,
60:7, 61:3
**move**
4:2, 60:11,
61:2
**moves**
4:6
**moving**
62:2

**much**
13:7, 18:21,
40:14
**multiple**
10:5
**municipalities**
59:20
**municipality**
52:15
**must**
19:15
**mutual**
39:3

---

**N**

**name**
7:19, 8:1,
11:10, 13:10,
15:19, 17:13,
19:3, 21:17,
23:1, 23:22,
26:14, 28:8,
40:2
**named**
54:15
**nation**
57:22
**national**
17:14, 19:7,
32:10, 32:11,
33:16, 52:15
**nature**
56:4
**navigate**
19:14, 20:20
**nay**
50:3, 55:3,
60:17
**nays**
42:3
**necessary**
58:14, 58:20
**need**
4:1, 6:16,
7:11, 18:2,
19:18, 20:16,
22:13, 27:12,
27:20, 28:11,

35:7, 37:3,
37:11, 38:16,
38:20, 39:18,
45:20, 56:7,
57:13, 59:4
**needed**
11:16
**needs**
18:18, 27:21,
27:22, 28:15
**negative**
14:5
**neighbor**
16:21
**neither**
63:13
**never**
26:3, 27:2
**news**
32:12
**next**
4:18, 31:2,
42:10, 60:4,
61:11
**nice**
10:1
**night**
58:15, 58:17
**nine**
5:7, 51:9,
51:13
**nobody**
62:1
**non**
16:20
**non-partisan**
20:14
**none**
6:11, 22:9
**nonpartisan**
20:4, 22:18
**nonprofit**
10:14, 11:13
**normal**
18:16
**normally**
43:14
**nothing**
23:17, 28:19,

29:5
**nu**
14:18
**null**
12:8
**number**
6:7, 7:10,
7:17, 8:3,
52:16, 53:16,
53:18
**numbers**
37:1
**nurses**
25:1
**nurturing**
12:7

### O

**obligation**
26:4
**obliterates**
12:10
**obstacles**
13:1
**obtain**
9:5
**obtained**
63:5
**obtaining**
8:19, 13:17
**occupational**
27:21
**of-state**
20:12
**offer**
19:11, 20:1,
20:13, 46:12,
52:11
**offered**
25:12
**office**
32:5, 35:12,
36:14, 37:20
**official**
21:5, 52:14,
57:22
**officials**
16:2, 25:6

**oh**
50:13
**ohm**
59:12
**okay**
3:5, 6:19,
6:21, 13:5,
21:14, 39:1,
40:16, 40:19,
42:6, 46:19,
48:2, 50:4,
50:7, 50:14,
51:18, 52:20,
53:20, 54:13,
54:18, 55:5,
55:13, 56:18,
57:1, 57:17,
57:18, 59:8,
61:4, 61:6
**old**
36:4
**older**
27:7
**olivia**
32:18, 32:21,
33:20
**ompnetwork**
63:6
**once**
11:1, 17:15,
18:20, 19:17
**one**
6:7, 7:10,
8:10, 8:14,
18:3, 18:9,
23:20, 24:17,
24:21, 25:20,
26:20, 27:5,
29:2, 29:9,
29:12, 30:10,
30:17, 31:5,
31:6, 32:11,
33:14, 34:11,
34:22, 35:1,
38:3, 39:12,
39:16, 42:5,
44:17, 44:20,
45:12, 55:6,

55:7, 55:9,
57:20, 57:21,
61:21
**one-third**
24:6
**ones**
54:8, 54:15
**online**
20:14
**only**
10:21, 18:7,
29:20
**open**
36:16, 53:19,
60:6
**opened**
59:3
**opening**
4:21, 6:17,
9:15, 59:16,
61:21
**opinions**
10:11
**opportunity**
3:10, 11:6,
15:19, 31:2,
38:9, 43:15,
43:21, 44:2,
45:18, 46:3,
46:11
**oppose**
5:7, 17:8
**opposed**
10:7, 30:2,
50:3, 55:3,
60:17
**opposing**
29:14
**opposition**
17:16
**order**
2:2, 9:4, 43:12
**ordering**
8:18
**org**
63:6
**organization**
11:13, 14:3,

14:17, 14:21,
14:22, 19:7
**organizations**
10:11, 13:15,
14:14, 24:22,
38:15, 39:1,
40:12
**original**
4:13, 29:18,
31:13, 40:7
**orr**
2:8, 2:9, 47:1,
47:2, 50:11,
50:12
**other**
8:6, 9:1,
11:16, 14:20,
16:14, 18:17,
36:22, 38:3,
38:14, 53:2,
53:9, 53:16,
54:10, 58:19,
59:22
**others**
27:13, 28:1
**otherwise**
63:15
**out**
3:15, 7:8,
14:20, 19:16,
19:19, 20:11,
27:7, 27:8,
30:17, 35:10,
35:11, 35:14,
35:15, 36:3,
36:18, 36:19,
39:13, 39:21,
40:6, 40:10,
49:4, 59:4
**outcome**
63:15
**outdated**
28:3
**outside**
39:12
**over**
5:6, 6:8, 10:4,
30:5, 30:17,

34:20, 43:19,
48:9, 48:10,
58:4, 58:5,
58:6, 59:15,
59:19, 60:11,
60:12, 60:19,
61:2, 61:4, 62:4
**overcrowding**
14:7, 38:21
**overseas**
6:11
**overview**
4:19
**own**
8:6, 8:7, 56:6,
56:7, 56:9,
56:21, 57:2,
57:6, 57:7
**owned**
52:4, 52:6,
56:5, 56:19,
57:8
**owning**
56:14
**owns**
4:6

**P**

**package**
55:15
**page**
39:16, 45:15,
52:13, 56:20,
57:21
**pages**
1:21, 4:12,
4:13
**paper**
33:13
**paperwork**
43:12
**paragraph**
39:16
**paralyzed**
16:15
**parents**
27:10
**part**
13:22, 26:2,

27:3, 53:12,
54:4
**participate**
12:5, 18:3
**participation**
12:7, 14:4
**particular**
32:16, 34:17,
57:9
**parties**
63:14
**partners**
14:12, 14:14
**partnership**
14:13
**party**
9:3, 22:7
**passage**
12:1
**passed**
7:15, 13:17,
14:2, 15:6,
32:20, 48:7
**passing**
15:12, 51:9
**passionate**
24:2
**path**
26:7
**pause**
12:16
**pay**
9:3, 9:7,
25:12, 34:1
**payment**
8:17, 8:21,
10:16, 34:1
**peers**
20:1
**penalize**
14:2, 37:22
**penalties**
25:15
**people**
5:13, 5:14,
6:9, 6:16, 7:11,
8:12, 10:12,
15:22, 16:18,

19:7, 25:3,
26:9, 27:5,
28:12, 36:2,
37:2, 37:4,
37:5, 37:10,
37:22, 38:13,
38:16, 39:4,
39:8, 39:18,
40:12, 42:15,
42:17, 43:19,
44:20, 45:18,
45:20, 46:5,
46:10
**percent**
30:15, 30:17
**percy**
22:20, 22:22,
23:1
**performing**
18:9
**person**
7:18, 15:1,
16:19, 27:18,
35:21, 36:9,
36:10, 44:20,
45:17, 52:5
**pervasive**
37:17
**phi**
13:13
**phonetic**
2:3, 21:16,
26:15, 28:7,
32:18
**photo**
19:17
**physical**
27:22
**physically**
22:14, 27:2
**piece**
33:4, 33:12,
56:14
**pieces**
34:21
**place**
18:1, 18:20,
24:16, 26:6,

58:5
**planet**
63:19
**plans**
26:18
**plead**
17:8, 23:9
**please**
6:20, 23:17,
23:18, 26:12,
31:7, 41:3
**point**
7:10
**pole**
17:4
**police**
17:4
**policies**
16:6
**political**
10:11
**politician**
23:3
**politics**
13:16, 29:11
**poll**
35:7
**polling**
24:16, 26:6,
39:8
**polls**
15:21, 16:1,
22:13, 22:15,
40:13
**poor**
11:18, 22:17
**population**
12:12
**portion**
61:21
**positions**
13:12
**possibility**
18:8, 18:20,
22:1
**possible**
30:19
**pow**
52:16

**pray**
26:9
**pre**
27:8
**pre-addressed**
21:4
**pre-filed**
3:17, 7:19
**pre-fill**
9:4
**pre-filled**
7:19, 28:19
**pre-filling**
8:19
**preceded**
58:1
**precincts**
39:8
**predominantly**
11:18
**pregnant**
16:18
**premise**
52:4, 56:22
**prentice**
56:21
**prepared**
45:3, 63:3
**preparing**
61:11
**present**
3:6
**presented**
5:9, 17:21,
43:18
**president**
13:13, 17:14,
24:1
**prey**
10:10
**principal's**
37:20
**prior**
4:16, 18:18
**prison**
11:22, 13:1,
13:2
**prisons**
14:7, 38:20

**private**
53:4
**probably**
42:19, 56:1
**probates**
36:14
**problem**
35:9
**problems**
31:12
**proceedings**
63:4, 63:5,
63:9, 63:11
**process**
11:8, 12:19,
19:14, 19:21,
20:2, 25:5,
25:22, 28:12,
29:13, 29:21,
37:15, 38:16,
48:22, 49:4
**program**
55:16
**programs**
56:1
**prohibit**
10:14
**prohibiting**
11:2
**promote**
25:21
**proof**
22:8
**properties**
52:6
**property**
52:4, 53:4,
53:7, 53:10,
53:18, 56:6,
56:14, 56:21,
57:2, 57:6, 57:8
**protect**
28:5
**protected**
24:10, 26:20,
27:3, 27:5,
27:18, 27:22
**protecting**
26:1

**proved**
53:9
**provide**
9:3, 11:14,
13:19, 19:16,
24:22, 29:6,
52:2, 52:5, 56:2
**provided**
28:18
**provides**
11:4, 16:20,
20:19
**providing**
17:20, 20:10,
22:9, 24:15,
25:3
**provision**
10:17, 48:22
**provisions**
10:13, 17:22
**public**
9:11, 9:13,
9:16, 26:15,
39:6, 42:11,
43:18, 44:22,
52:4, 52:6,
53:6, 53:18,
55:22, 56:21,
60:4
**publicly**
56:5
**pull**
3:15, 8:12
**punitive**
62:1
**purports**
12:1
**purpose**
16:7
**put**
16:14, 40:5,
53:17, 57:7,
58:5
**putting**
3:12

---
**Q**
---
**qualified**
18:19

**question**
31:6, 33:10,
33:17, 33:18,
48:19, 48:20,
49:15, 55:6,
55:7, 56:13,
57:11, 57:20,
57:21
**questions**
9:12, 31:8,
48:12
**quick**
55:7
**quorum**
3:4, 3:5
**quote**
6:2, 18:15

**R**

**racially**
16:5
**re-engagement**
12:14
**re-entry**
12:19
**read**
10:19, 37:11,
39:15, 45:19,
45:21, 46:10,
56:4
**ready**
3:6, 24:4,
40:18, 44:12,
48:15, 51:17
**real-time**
20:16
**reality**
12:2
**realize**
18:12, 29:17
**realized**
24:11
**really**
10:12, 35:20,
43:9, 59:9,
61:17
**reason**
36:22, 37:3

**receive**
7:7, 8:20, 9:7,
16:18, 34:1,
39:20, 45:16
**received**
21:11
**receives**
21:6
**receiving**
8:17
**recidivism**
12:20
**recognized**
38:6, 43:10
**reconsider**
39:9
**record**
14:8, 63:11
**recorded**
1:11
**recording**
62:5, 63:4,
63:5
**recreate**
11:6
**reduced**
63:9
**reducing**
12:19
**referenced**
49:16
**refill**
32:22
**reform**
31:17
**regain**
15:7
**regardless**
12:4
**registered**
21:6, 27:11
**registering**
12:6
**registrar's**
35:12, 35:18
**registration**
11:15, 24:16
**regulations**
20:21

**reject**
26:13
**related**
63:13
**relates**
4:11
**relationship**
14:10
**relative**
16:21
**relatives**
35:19
**religious**
26:2, 26:4,
26:9, 26:12
**remarks**
4:22, 6:17,
9:15
**remedied**
31:14, 33:8
**remedy**
31:12
**remember**
51:20
**remembrance**
52:3
**remind**
13:8
**reminders**
21:9
**rendered**
12:7
**replace**
52:12, 54:13
**report**
42:3, 43:5,
44:8, 51:14
**reports**
22:4
**represent**
24:2, 24:5,
46:5
**representatives**
14:11
**represented**
6:3, 38:11
**representing**
29:10

**republic**
6:4
**republican**
5:20
**republicans**
31:19, 34:20
**request**
6:8, 9:4,
23:17, 29:4
**requested**
21:8
**requesting**
8:18
**requests**
17:6
**research**
6:2, 32:3
**reserve**
9:10
**resident**
26:15, 28:9
**resource**
20:13
**resources**
13:2, 20:19
**respect**
23:11
**responds**
25:11
**responsible**
8:8, 12:7,
12:14
**rest**
61:22
**restoration**
11:16
**result**
14:6, 15:9,
19:13
**retired**
46:5
**retrieve**
16:16
**return**
21:21
**returning**
8:8, 10:15,
20:7

**reviewed**
5:6
**ridiculous**
22:8
**right**
4:14, 4:22,
5:2, 6:6, 6:12,
12:11, 16:12,
20:9, 22:22,
23:20, 25:17,
26:22, 29:3,
30:19, 32:17,
34:8, 35:6,
35:8, 39:18,
42:18, 43:22,
46:8, 47:21,
52:12, 56:15,
56:18
**rights**
15:13, 16:8,
17:5, 18:3, 29:3
**ripple**
38:2
**risk**
27:4
**risks**
11:3
**robert**
3:2, 3:3, 38:5,
38:8, 41:22,
47:18, 51:8,
51:10, 51:12,
60:18
**roberts**
2:14, 2:15,
4:7, 41:11,
41:12, 47:7,
47:8, 49:19,
49:20, 50:19,
50:20
**roland**
19:1, 19:2,
19:3, 21:14
**rolanda**
19:1
**role**
12:12, 32:19
**roll**
2:2, 15:21,

40:20, 41:3,
46:19, 46:20,
50:4
**room**
7:2, 29:12
**rotten**
37:16
**runs**
18:8
**rural**
37:5, 38:14

**S**

**safeguard**
11:7, 12:1
**safety**
48:3
**said**
7:11, 27:13,
29:20, 30:1,
30:2, 30:4,
30:19, 33:18,
34:18, 39:15,
42:6, 42:9,
45:13, 46:12,
53:2, 59:13,
63:5, 63:8,
63:10
**salute**
23:2, 23:4
**same**
9:8, 28:1,
32:14
**sanctity**
11:8
**sanctuary**
26:6
**saw**
55:10, 56:10
**say**
4:22, 5:13,
5:17, 24:12,
27:6, 29:9,
33:2, 35:18,
35:20, 35:21,
45:11, 50:1,
50:3, 50:13,
50:14, 55:1,

60:15, 61:4,
61:10
**saying**
33:11, 35:1,
36:20, 37:13,
43:2, 43:3,
45:7, 45:17,
54:9, 58:21
**says**
33:1, 35:7,
46:11, 54:10,
54:12, 56:19,
56:20
**sb1**
11:6, 12:1,
12:8, 13:16,
13:18, 14:1,
14:2, 14:9,
15:12, 16:17,
21:20, 22:11,
24:13, 25:8,
26:8, 26:13,
27:18, 28:4,
29:4
**sb1's**
12:21
**scare**
21:20, 22:6
**scenario**
33:19
**scene**
57:9
**scheduled**
61:1
**school**
25:1, 26:16
**second**
4:3, 16:19,
23:20, 44:12,
44:17, 47:22,
48:16, 49:5,
49:21, 60:9,
60:12, 60:13,
60:14
**secrecy**
10:9
**secretary**
2:2, 2:4, 2:6,

2:8, 2:10, 2:12,
2:14, 2:16,
2:18, 2:20,
2:22, 3:2, 3:4,
8:9, 23:20,
31:16, 31:21,
35:2, 40:20,
41:3, 41:5,
41:7, 41:9,
41:11, 41:13,
41:15, 41:17,
41:19, 41:21,
42:1, 42:6,
46:21, 47:1,
47:3, 47:5,
47:7, 47:9,
47:11, 47:13,
47:15, 47:17,
47:19, 47:21,
48:15, 49:9,
49:20, 50:5,
50:11, 50:13,
50:15, 50:17,
50:19, 50:21,
51:1, 51:3,
51:5, 51:7,
51:9, 51:12
**secure**
5:16, 6:1, 30:8
**security**
11:7
**see**
3:15, 10:1,
21:20, 34:19,
37:14, 38:1,
40:6, 40:11,
58:17
**seeing**
36:18
**seen**
29:22
**self-governed**
10:20
**selma**
38:11
**senate**
1:8, 3:7, 9:18,
16:10, 17:9,

17:16, 40:19,
48:2, 49:19,
50:4, 51:18,
60:21
**senators**
14:16, 25:19,
39:14
**send**
16:3, 21:1,
21:8
**senior**
11:20, 13:11
**sense**
10:22, 17:1,
36:8
**sent**
35:16, 36:8,
36:9
**serious**
38:20
**serve**
23:14, 25:19
**served**
33:10
**service**
20:14, 23:5,
29:1
**services**
11:13, 17:20,
21:19
**serving**
23:4, 23:6,
31:22
**session**
3:13, 29:22,
43:10, 48:7,
51:21
**sessions**
63:6
**sets**
14:19
**setup**
4:11
**seven**
42:2, 43:4,
56:20
**several**
17:4, 23:3,

58:3
**severely**
11:22
**shall**
39:22, 40:2
**shannon**
21:16
**shape**
22:10
**shelby**
26:16
**shopping**
56:3, 56:14
**short**
9:7
**should**
5:20, 5:21,
5:22, 7:22,
11:5, 14:21,
55:15
**show**
30:14, 30:20,
34:13
**showing**
18:10
**shows**
8:12
**side**
9:1
**sigma**
13:13, 14:18
**signal**
53:3
**signature**
40:3, 54:11
**signature-mig2k**
63:16
**signed**
9:18, 39:22
**significant**
6:22, 13:1
**significantly**
22:1
**signs**
21:2, 40:1
**since**
8:13, 20:17,
26:5, 32:20,

34:19, 42:20,
60:3
**singleton**
31:18
**sir**
35:4, 39:11,
55:7, 55:17,
55:20, 56:22,
57:2, 57:10,
57:12, 59:18
**sister**
24:8, 24:9,
27:16, 27:19
**sisters**
28:4
**sit**
9:12
**sitting**
27:16, 37:22
**situation**
34:17, 36:1
**situations**
33:14
**six**
4:12, 14:15,
32:8, 52:16
**skills**
63:12
**small**
56:2
**smokers**
58:17
**smoother**
12:19
**social**
11:13, 19:8
**societal**
12:15
**societies**
39:3
**society**
12:18, 26:1
**sole**
16:7
**some**
4:21, 17:22,
18:2, 20:10,
30:12, 31:12,

31:15, 32:11,
37:16, 48:8,
55:22, 56:3,
59:22, 60:3
**somebody**
8:6, 35:10,
36:12, 46:13,
61:14
**somebody's**
37:21
**someone**
7:21, 13:18,
16:15, 16:19,
18:5, 18:17,
18:19, 34:1,
53:2
**someone's**
17:5
**something**
3:20, 18:6,
33:6, 35:13,
37:20, 40:17,
45:12, 55:21,
59:6, 59:16,
61:16
**sometimes**
23:12, 61:15
**sorority**
61:15
**sorry**
41:17
**sounds**
59:21
**southern**
18:11
**spanish**
58:6
**speak**
13:8, 15:19,
38:9, 44:20
**speaker**
4:2, 4:4,
25:18, 41:4,
41:6, 41:10,
41:14, 42:22,
46:17
**speaker's**
29:9

**speaking**
53:4
**speaks**
49:12
**special**
51:21
**specific**
26:19, 53:18
**specifically**
20:21
**spite**
37:10
**spoke**
44:18, 44:21
**sponsor**
42:9, 46:13
**st**
22:2
**staff**
13:21, 14:3
**staffing**
13:3
**stamped**
21:4
**stand**
18:20, 37:4
**standard**
53:3, 53:9,
54:10
**start**
3:15, 9:18
**state**
5:6, 5:11,
5:13, 5:14, 6:6,
6:8, 6:13, 7:3,
8:10, 10:4,
13:12, 16:3,
24:3, 24:5,
24:21, 25:16,
30:6, 30:21,
31:16, 38:3,
39:7, 43:19,
48:7, 48:21,
48:22, 49:1,
52:15, 57:22,
58:1, 58:3
**stated**
17:13, 18:1,

18:5
**states**
16:6, 17:18,
18:12, 20:15,
24:13, 25:21,
39:19, 58:1
**stations**
32:12
**steal**
5:18
**stealing**
30:11
**step**
12:17
**stepped**
32:19
**stewart**
3:2, 3:3, 38:5,
38:7, 38:8,
41:21, 41:22,
47:17, 47:18,
51:7, 51:8,
51:10, 51:12,
60:18
**stifle**
14:4
**still**
6:16, 7:13,
16:5, 19:18,
21:8, 27:4,
34:16, 37:9,
37:10, 57:2,
57:6
**stop**
23:9, 23:18
**store**
57:5, 57:6
**stores**
56:9
**story**
32:15
**strain**
23:12
**strange**
45:22
**streaming**
43:19
**stringent**
12:21

**strongly**
17:8
**struggling**
20:1
**stuck**
32:2
**student**
13:13, 14:17,
14:19, 15:4,
20:5, 27:7
**students**
14:5, 14:10,
14:19, 14:20,
14:21, 15:2,
15:5, 15:8,
15:9, 19:10,
19:13, 19:15,
19:17, 19:20,
20:6, 20:9,
20:17, 22:16,
25:2, 26:17,
26:18, 26:22,
27:1, 27:2,
27:19, 27:21,
28:4
**studies**
22:9
**stuff**
58:19
**sub**
4:12
**submit**
8:4
**submitting**
19:18
**subsection**
52:8
**substitute**
3:14, 3:18,
4:7, 4:20, 5:5,
5:8, 6:21, 7:6,
7:16, 24:11,
24:14, 29:16,
29:18, 29:20,
40:6, 43:15,
44:4
**substituted**
42:5, 44:10,

44:11
**substitutes**
30:22
**substitution**
27:4
**successful**
22:7
**supersedes**
6:14
**supervision**
63:10
**support**
10:13, 10:16,
14:16, 20:1,
20:8, 29:6
**supporting**
11:5, 24:3
**suppression**
17:3
**suppressive**
23:10
**supremacy**
16:8
**sure**
3:14, 6:15,
7:2, 27:6, 29:5,
30:8, 39:17,
40:12, 45:14
**survive**
6:4
**sustain**
19:8
**synopsis**
4:15
**system**
13:2, 20:20
**systematic**
13:3
**systematically**
12:3

**T**

**tabs**
10:22
**tactic**
21:20, 22:6,
22:12
**tactics**
21:21

**take**
18:1, 18:5, 18:20, 37:7, 44:15, 45:1, 46:3, 54:4, 54:9, 57:16, 59:4

**taken**
34:20, 45:16

**takes**
29:5

**taking**
16:8, 17:5, 29:15, 40:22

**talk**
30:12, 31:3, 38:15, 39:7

**talking**
3:18, 5:14, 32:12, 40:4, 53:17

**tampering**
22:5

**tari**
11:9, 11:10, 11:11

**tarnished**
14:9

**task**
31:17

**teacher**
26:16

**teachers**
25:2

**technical**
49:6

**technology**
22:4

**tell**
26:3, 42:15, 44:15

**tells**
55:16

**tenants**
57:4

**term**
28:3, 34:8

**terms**
23:4

**territories**
58:7

**territory**
58:2

**text**
21:9

**thank**
3:9, 4:10, 9:20, 10:19, 11:8, 13:6, 13:7, 15:14, 15:15, 15:18, 17:9, 17:12, 18:22, 21:14, 21:15, 22:4, 22:20, 23:21, 25:17, 28:5, 28:8, 28:9, 29:6, 29:9, 29:14, 31:4, 31:9, 35:4, 38:3, 38:8, 39:10, 39:11, 40:14, 48:4, 51:15, 51:19, 54:18, 54:21, 55:20, 61:7

**thanks**
18:21

**themselves**
27:3, 27:12, 49:13

**therapy**
27:21, 27:22

**therefore**
15:2, 17:7

**they'd**
36:6

**thing**
4:18, 30:10, 37:17, 39:13, 45:14, 59:8

**things**
7:1, 11:17, 21:22, 23:3, 36:22, 56:3, 61:13, 61:17, 61:19

**think**
5:12, 9:9, 23:5, 23:12, 23:13, 31:17, 32:7, 35:6, 40:8, 43:9, 44:9, 45:20, 46:14, 49:14, 56:11, 56:12, 56:16, 57:13, 58:11, 59:7, 59:8, 59:11, 59:12, 59:15

**thinking**
59:5, 61:16

**third**
9:3, 16:20, 23:6

**third-party**
10:10

**thought**
6:3, 43:16

**threatening**
22:17

**three**
4:4, 8:3, 30:15, 32:15, 39:14, 42:3, 43:4, 52:13

**three-letter**
32:11

**through**
5:18, 6:2, 6:6, 7:16, 10:21, 16:13, 36:16, 39:16, 45:20, 52:13, 54:5, 54:13

**throughout**
5:11, 7:3, 30:21

**throw**
36:18, 36:19, 58:19

**thrown**
35:14

**time**
3:11, 8:13,

8:14, 9:10, 17:10, 27:15, 28:17, 28:20, 29:15, 31:4, 31:22, 33:3, 45:1, 46:14, 61:1

**times**
33:9

**today**
3:10, 3:18, 5:9, 23:6, 23:9, 28:10, 29:10, 31:1, 40:8, 43:17, 44:21, 45:5

**together**
8:11

**told**
31:21, 32:14, 32:15, 42:11, 42:16

**tom**
2:1, 2:4, 2:5, 3:5, 3:22, 4:6, 4:9, 4:17, 5:3, 6:20, 9:17, 9:21, 11:9, 13:5, 13:7, 15:15, 15:17, 17:11, 18:22, 21:12, 21:15, 22:20, 23:19, 28:6, 29:7, 31:5, 31:8, 38:7, 39:11, 40:16, 40:19, 41:1, 42:2, 42:12, 42:20, 43:4, 43:11, 44:3, 44:10, 44:13, 44:17, 45:10, 46:16, 46:19, 47:20, 48:1, 48:13, 48:16, 48:20, 49:18, 50:1, 50:3, 50:6,

50:8, 51:13,
51:17, 52:20,
52:22, 54:19,
54:22, 55:3,
55:19, 59:17,
60:6, 60:10,
60:14, 60:17,
60:19, 60:21,
61:3, 61:6, 62:3
**tomorrow**
46:1, 46:15
**tools**
12:14
**towers**
51:22
**town**
57:8
**towns**
56:2
**tradition**
25:21
**tragedy**
51:22
**tragic**
23:6
**transcribed**
1:22
**transcriber**
63:1
**transcript**
63:3, 63:10
**transcriptionist**
63:18
**transportation**
22:16, 25:13,
39:5, 39:6
**transporting**
15:22
**trap**
32:1
**traveling**
19:12
**travis**
15:17, 15:18,
15:19
**tried**
55:7
**trimester**
16:20

**true**
63:10
**trust**
15:7, 35:19,
36:4
**try**
35:3, 46:5
**trying**
5:18, 8:15,
32:1, 37:2,
45:19
**turbo**
20:13, 20:19,
21:1, 21:8
**turn**
8:14
**turned**
34:11
**turnout**
38:18
**tuscaloosa**
20:18, 25:20
**twin**
51:22
**two**
7:17, 13:9,
21:12, 31:8,
33:3, 57:21,
59:20, 61:18,
61:19
**typewriting**
63:9

**U**

**ua**
19:11
**unable**
10:19, 22:12,
22:15
**unapproved**
52:5
**unavailable**
22:15
**uncommon**
33:2
**under**
14:1, 26:20,
27:3, 27:18,

27:22, 32:17,
33:19, 55:22,
63:9
**undermines**
10:8
**understand**
7:4, 20:2,
34:15, 45:21,
46:7, 46:8,
46:11, 57:11
**understanding**
35:6
**understands**
39:17
**undertakes**
12:6
**unfair**
25:16
**unintended**
34:21, 37:14,
38:21
**united**
58:1
**universities**
15:12
**university**
13:12, 14:12,
14:14, 19:4,
19:10
**unlawful**
7:17, 8:3, 9:2
**unless**
59:5
**unproved**
22:5
**unquote**
18:16
**until**
3:13, 9:13,
29:21, 31:3,
42:10
**uphold**
16:7

**V**

**vague**
53:11, 54:11
**value**
20:9

**values**
25:20, 26:12
**version**
31:13, 32:17,
40:7
**veteran**
16:1
**veterans**
6:10
**via**
12:17, 21:9
**violating**
37:21
**violation**
52:8
**visible**
22:9
**voice**
5:11, 20:6,
26:10
**void**
19:22
**volunteer**
25:10
**volunteers**
15:20, 24:2
**vote**
11:3, 12:11,
16:8, 16:12,
18:15, 19:5,
19:12, 19:15,
20:10, 20:12,
20:17, 20:18,
20:19, 21:1,
21:8, 21:22,
23:14, 24:4,
24:20, 25:3,
26:4, 26:11,
26:22, 28:20,
29:3, 30:7,
30:8, 30:9,
37:4, 37:8,
37:9, 40:13,
40:22, 42:12,
43:20, 44:1,
44:6, 44:19,
44:21, 45:5,
51:10

**voter**
7:7, 11:14, 11:15, 17:3, 17:6, 21:19, 22:10, 24:15, 31:16, 33:15, 35:17, 38:18
**voter's**
7:19, 9:5
**voters**
6:4, 8:20, 10:10, 10:16, 12:6, 15:13, 15:20, 15:22, 20:15, 21:19, 24:1, 24:15, 25:9, 27:11, 28:11, 39:2
**votes**
18:16, 22:5
**voting**
5:16, 11:8, 11:16, 12:17, 12:22, 13:22, 14:3, 14:7, 15:22, 17:4, 20:16, 22:12, 26:8, 28:12, 35:9, 37:2, 38:14, 38:16, 40:9, 42:10, 46:8
**vulnerable**
10:10

---
### W

**wait**
9:13
**walk**
29:12
**want**
5:17, 7:1, 9:13, 17:17, 18:14, 18:16, 29:8, 30:2, 30:4, 30:7, 34:17, 37:13, 37:14, 38:3,

38:10, 39:15, 40:12, 42:20, 45:4, 46:7, 46:9, 46:10, 48:18, 58:20, 59:5, 60:1, 61:10
**wanted**
24:12, 45:14
**wants**
30:7, 44:21, 61:14
**warrant**
38:19
**washington**
20:15
**watched**
36:15
**way**
22:10, 28:1, 28:15, 30:19, 36:7, 40:6, 40:10, 56:4, 59:14
**ways**
5:17, 24:19, 27:20
**we'll**
9:18, 24:13
**we're**
3:6, 3:17, 6:13, 6:14, 7:9, 7:12, 8:14, 9:10, 18:15, 25:7, 32:1, 40:16, 42:12, 44:1, 45:19, 59:8, 61:1, 62:2
**we've**
34:20, 44:22, 48:9, 59:8, 62:3
**wednesday**
1:12
**week**
42:10, 60:4, 61:11
**welcome**
9:22, 32:5

**whatever**
9:14, 35:22, 49:16, 53:19, 56:7, 60:5
**whatsoever**
8:1
**whereupon**
49:12
**wherever**
37:17
**whether**
18:15, 37:2
**white**
16:7
**whole**
5:11, 55:14
**widespread**
33:15
**willfully**
33:22
**williams**
11:9, 11:10, 11:11
**willing**
22:18
**wish**
37:4, 45:18
**within**
13:2, 13:15, 16:19, 18:12
**without**
22:16
**witness**
40:3
**women**
21:19, 24:1
**word**
12:6
**words**
33:21
**work**
3:11, 11:18, 19:21, 20:8, 25:6, 36:4, 37:6, 57:18
**worked**
48:9
**working**
25:7

**worms**
59:3
**worth**
33:12
**wouldn't**
34:17
**wrapped**
44:19
**write**
10:19
**written**
33:13, 59:14
**wrong**
33:6, 35:13, 36:17

---
### Y

**y'all**
44:6
**yeah**
4:17, 5:3, 35:18, 42:8, 48:20, 50:6, 58:8
**year**
3:16, 23:7, 48:10
**year-old**
27:15
**years**
29:11, 31:15, 32:15, 33:10, 56:2
**yeses**
51:9
**young**
13:15, 14:6, 14:8, 19:7, 35:21
**younger**
27:15
**yourself**
23:10

---
### 0

**00**
43:10, 61:2

---
### 1

**1**
4:2, 4:4,

```
25:18, 41:4
11
52:2, 53:16,
53:19, 58:18
12
44:20
120
8:13
13
26:20
14
14:12
17
27:17
1865
16:7
1924
16:3
1986
32:7
```

### 2

```
2
41:6, 46:17
20
30:17, 56:1
2001
51:21
2010
34:20
2016
8:14
2020
22:6
2023
49:7, 49:17
2024
1:12, 16:4,
49:7, 49:16,
63:20
209
23:7
21
22:2, 29:11
25
27:15
26
63:20
```

```
285921
63:7
```

### 3

```
3
41:10, 43:10,
61:2
30
56:1
39
48:2, 49:19,
50:5
```

### 4

```
4
41:14
```

### 5

```
5
42:22
50
20:15
52
57:21
535809
1:20
58
52:13, 54:5,
54:13
```

### 6

```
63
1:21
67
19:11, 53:15,
54:9
68
52:13, 54:6,
54:9, 54:13
```

### 8

```
89
39:16
```

### 9

```
94
39:17
95
29:19
```