IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALABAMA STATE CONFERENCE OF
THE NAACP, *et al.*,

        *Plaintiffs*,

  v.

STEVE MARSHALL, in his official capacity
as Alabama Attorney General, *et al.*,

        *Defendants*.

Civil Action No. 24 Civ. 420
Chief Judge R. David Proctor

### DECLARATION OF KATHY JONES
### IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Kathy Jones, declare as follows:

    1.    I am the President of the League of Women Voters of Alabama and the League of Women Voters of Alabama Education Fund (collectively "LWVAL" or the "League"). I have served in this role since May 2021, and have been a member of the League since May 2017.

    2.    Plaintiffs League of Women Voters of Alabama and the League of Women Voters of Alabama Education Fund, formed under Section 501(c)(4) and Section 501(c)(3) of the Internal Revenue Code, respectively, are nonpartisan, nonprofit, grassroots organizations that seek to encourage informed and active participation in government, work to increase understanding of major public policy issues, and influence public policy through education and advocacy. LWVAL is dedicated to encouraging its members and the people of Alabama to exercise their right to vote. LWVAL was founded in 1920, created out of the Alabama Equal Suffrage Association.

    3.    LWVAL is a state chapter of the national League of Women Voters ("LWV") which

was founded in 1920 as an outgrowth of the struggle to win voting rights for women and has more than 500,000 members and supporters and is organized in more than 750 communities in all 50 states and the District of Columbia.

4.     LWVAL consists of eight affiliated local Leagues statewide. LWVAL has approximately 475 members across the state of Alabama. LWVAL's members include voters who are over 65 years old, who are disabled, and others who are students that may need or prefer assistance with voting, including with completing their absentee ballot application.

5.     As recently as the March 2024 primary elections, a part of the League's encouragement of voters to participate in the upcoming election included assisting voters in applying for absentee ballot applications, including senior citizens who require assistance and voters with disabilities.

6.     For the year 2024 and beyond, LWVAL plans to continue encouraging eligible Alabamians to vote and hopes to continue to do so by engaging in absentee ballot application assistance on behalf of its members and the communities it serves across the state of Alabama.

### *LWVAL's Mission and Viewpoints*

7.     LWVAL's mission is to protect the right to vote for Alabama voters. We believe that every Alabama voter should be able to effectively cast their ballot. We seek to encourage the informed and active participation of citizens in Alabama government through participation in public policy and voting. Our work builds on the history of the women's suffrage movement, which spurred the creation of the League of Women Voters. Since its founding, LWVAL has fought to protect the rights of eligible voters and to expand access for those who have been left out of the democratic process.

8.     LWVAL comprises about 475 dues-paying members, many of whom volunteer in

Alabama communities to spread LWVAL's pro-democratic engagement message and provide voter services. LWVAL has no paid employees or staff involved with its operation, including its voter services. Therefore, all the time that League members devote to the League and to voter services is entirely voluntary.

9. LWVAL has eight affiliated local Leagues across the state of Alabama that make up about 475 members statewide. All local Leagues have a voter services team that engages, communicates with, and educates voters. This includes assisting Alabamians with the absentee ballot process. LWVAL offers trainings to all its members, volunteers, and state partners to better engage and educate Alabamians on civic participation, including assistance with absentee ballot applications.

10. LWVAL believes that voter assistance is a vital component in expressing its belief that all eligible voters should participate in the democratic process. To that end, LWVAL provides regular training to its local League leaders, its members, its volunteers, and to its nonpartisan partners to assist voters in getting registered, applying for an absentee ballot, and voting absentee.

11. LWVAL does this work as a part of its mission to protect the right to vote for Alabama voters and considers absentee ballot application assistance to be an expression of those core values. Likewise, LWVAL uses absentee ballot application assistance as a part of a larger dialogue about a citizen's voting plan and the importance of voter turnout. Voter services education and direct services events are a means to associate with its members and the larger community, often recruiting members in the process.

12. LWVAL members and volunteers do this work as a part of its mission to protect the right to vote for Alabama voters, and LWVAL considers absentee ballot application assistance to be an expression of those core values to the public.

### *LWVAL's Absentee Ballot Application Activities*

13. LWVAL hosts public civic education events to encourage civic participation and as a central part of LWVAL's voter services program. These events include discussion of absentee voting and the provision of information and assistance with absentee ballot applications.

14. These events are hosted at various locations including nursing homes, college campuses, libraries, music festivals, art festivals, food pantries, and other community events where LWVAL members and volunteers can meet and speak with eligible Alabama voters. LWVAL's members and volunteers bring tents, tables, printers, printed absentee ballot applications, pens, clipboards, papers, and any other supplies needed to further assist and educate voters to engage in the democratic process. Specifically, LWVAL will bring printers and absentee ballot applications to encourage and assist voters who would like to apply for an absentee ballot, and pens to help the voter fill out the application. LWVAL members will inform voters about absentee voting in Alabama and walk voters through the absentee ballot application section by section to ensure they are completing the form accurately. LWVAL members and volunteers will serve as a witness for voters submitting an absentee ballot application, if they sign with a mark. LWVAL will also make a copy of voters' ID to complete their absentee ballot application, if needed. LWVAL provide this assistance and supplies at the organization's expense.

15. The League's assistance and education includes speaking with Alabamians to help them determine if they are eligible to register to vote, help them navigate the voter registration form, and help them apply for an absentee ballot application if the voter is eligible to vote absentee.

16. Often at these events, as part of promoting the League's pro-voting message, the League will often provide "I registered to vote" or "Alabama voter" stickers or bracelets which are branded with the LWVAL logo, and express LWVAL's message that voters have the right to vote

4

and should participate in our democracy. LWVAL provides these stickers and bracelets to participating voters when they register to vote or apply for an absentee ballot application. LWVAL and its local Leagues often provide "Future Voter" stickers to children attending the events.

17. To communicate the League's pro-democratic engagement message, LWVAL members and volunteers provide civic education and assist senior citizens who require assistance, college students, voters with disabilities, residents in assisted living and nursing home facilities in applying for and voting by absentee ballot. LWVAL is currently developing a strategy to better communicate with, assist, and provide civic education to voters in rural areas, including regarding absentee ballot applications.

18. Among other assistance, LWVAL members and volunteers print absentee ballot applications for voters and provide detailed instructions on how to fill out the applications. Because the state of Alabama does not allow voters to complete an absentee ballot application online, LWVAL provides printed applications for voters' respective county to convey their pro-absentee voting message and ensure voters have the tools they need to act on the League's message and apply for an absentee ballot if they so desire.

19. LWVAL believes that its role in providing these printed applications and detailed instructions is critical to voters because LWVAL members and volunteers are able to provide help and assistance to voters when the voters needs it, including when county Absentee Election Manager offices are closed. LWVAL voter services are not limited to weekdays or business hours. Many voters are unable to visit their county's Absentee Election Manager's office during their operating hours, so LWVAL members and volunteers meet voters where they are and host voter education events weeknights and on the weekends to better assist and educate voters on the absentee application process. LWVAL members and volunteers also provide envelopes and

postage to submit the application, make photocopies of the voters' photo IDs, and spend time with the voter to ensure any errors are corrected.

20. LWVAL members and volunteers go directly to Alabama college campuses and host voter registration drives, where its members and volunteers communicate the League's pro-voting message and also assist college students in completing absentee ballot applications. To do this work, LWVAL partners with school administrators, student organizations, and other civic organizations that share the League's goal of encouraging democratic engagement, including Greater Birmingham Ministries, NAACP Alabama, and ADAP to provide voter education, including information about voter registration and absentee voting. Many Alabama college students are eligible to vote absentee but lack the requisite information to apply for an absentee ballot application. LWVAL partners with student organizations to provide accurate absentee voting information to those students who otherwise would not have known they were eligible to vote absentee or known how to apply for an absentee ballot.

21. To communicate and share the Leagues' pro-democracy message at voter registration drives, LWVAL members and volunteers often give away stickers or pens to student voters when assisting them in completing an absentee ballot application. The stickers include messaging about the importance of voting, such as "I vote because I care."

22. LWVAL believes that having its members and volunteers go directly into nursing homes to provide civic education and assistance is the most effective means of communicating its pro-voting message to these voters, and in many cases is necessary where voters are unable to come and go into the nursing homes as they please. LWVAL's providing voter services in nursing homes is critical to fulfilling its vision of ensuring democracy works for everyone and furthering the League's pro-voting message. Because these voters often cannot make it to their polling place

on election day, LWVAL's work to communicate with voters who are marginalized, homebound, incapacitated, or that otherwise require assistance and ensure they can participate in the democratic process is crucial to those voters' ability to cast a ballot.

23. To further reach voters in Alabama, LWVAL manages the Alabama section of VOTE411.org, a webpage dedicated to providing essential information to ensure all Alabamians are informed about how to vote, including voting absentee. LWVAL will often refer voters to this website for further information on how to apply for an absentee ballot in Alabama. This webpage links voters to the Secretary of State's website to direct voters to apply for an absentee ballot.

24. We believe that without our encouragement and assistance, many voters would be unable to apply for an absentee ballot. Often, LWVAL assists voters over the age of 65 who are hearing or vision impaired. LWVAL often serves as the main resource for these voters to turn to for assistance with the absentee ballot application. It can also be difficult for college students to find and complete an absentee ballot application. Because some students do not receive mail directly at their dorm, students struggle with completing the form using their correct address. Through partnering with student organizations and tabling at college campuses, LWVAL serves as a critical proponent of democratic engagement by college students and resource for students needing assistance in finding and completing an absentee ballot application.

25. Through LWVAL's registration tables in the community, members have observed voters making mistakes on registration forms and absentee applications which could result in a denial and ultimately in position unable to participate in the electoral process. LWVAL's communication with those voters can often result in those voter mistakes being corrected so that the voter is properly registered and has their absentee application successfully processed. However, LWVAL believes that many voters they serve, including senior citizens that require assistance,

voters with disabilities, and college students would be unable to submit their absentee ballot application without LWVAL's assistance.

### *SB1's Effect on LWVAL's Voter Assistance Activities*

26. LWVAL wants to continue effectively expressing its pro-absentee voting message by assisting voters in applying for and voting absentee, especially senior citizens who require assistance, voters with disabilities, and college students, but SB 1 threatens LWVAL's ability to do so. LWVAL is currently developing a voter service program targeting rural voters, but SB1 creates much uncertainty as to what forms of absentee ballot application communication and assistance are lawful, and what services are unlawful.

27. As such, LWVAL has had to severely limit how the League is communicating its pro-absentee voting message. LWVAL has informed all local Leagues that it will provide formal guidance and training regarding absentee ballot application assistance. Because the criminal penalties are severe, LWVAL plans to provide their members and local Leagues with guidance before they continue communicating about and assisting voters with their absentee ballot applications. LWVAL partner organizations are also awaiting advice from LWVAL on what types of communication and assistance are lawful.

28. LWVAL and our volunteers and members feel threatened by the uncertainty of SB 1's provisions and fears that League members and volunteers will face felony prosecution and conviction of a felony if they continue to help voters with their absentee ballot applications.

29. LWVAL plans to determine what communication is lawful, then conduct training sessions solely focused on the impact of SB 1 to ensure its members and volunteers are still able to speak with and assist voters lawfully. LWVAL plans to conduct additional training concerning the absentee ballot process, including providing educational sessions that involve registrars and

circuit clerks.

30.     LWVAL is an organization comprised entirely of volunteers and its resources are finite. In order to understand what communication and assistance is lawful, LWVAL members and volunteers are diverting time and money that they would otherwise have spent preparing for other additional voter engagement activities that furthered the League's pro- voting message in the upcoming elections. LWVAL members and volunteers are having more meetings to discuss what voter communications and services are lawful, rather than providing those voter services and furthering the League's pro-democracy messaging. LWVAL are also meeting with other organizations that share the League's goal of encouraging democratic engagement to create a mobilization strategy for those unable to get to the polls on election day, and to ensure voters can vote absentee in person at their absentee managers office. This mobilization strategy includes working with other community organizations to coordinate rides to the polls for those voters that cannot make it to their polling place on election day. LWVAL are also developing instructional tools for voters to navigate the absentee ballot application.

31.     Furthermore, because of the potential criminalization of absentee ballot application communication and assistance, LWVAL plans to divert resources traditionally used for that work to other forms of voter engagement such as increased efforts towards encouraging in person absentee voting, in person voting on election day, and assisting Alabamians with voter registration. This will decrease the overall number of eligible Alabamians that LWVAL is able to communicate with and assist, as such efforts are time and resource intensive and in person voting is not possible for every Alabama voter.

32.     LWVAL has had to reduce the total quantum of its speech about the importance of voting and the availability of voting absentee as a result of SB 1. I fear LWVAL will reach fewer

voters because of SB 1, and therefore, fewer voters will be able apply for and vote absentee, or vote at all, as a result.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2024 in Huntsville, Alabama.

*Kathy Jones*

Kathy Jones