IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> STEVE MARSHALL in his official capacity as Alabama Attorney General, *et al.*, <br><br> *Defendants*. | Case No. 2:24-cv-00420-RDP <br><br> **Motion for Admission Pro Hac Vice Supplemental Notice** |

**NOTICE OF COMPLIANCE WITH LOCAL RULES
FOR *PRO HAC VICE* ADMISSION**

On August 6, 2024, this Court ordered counsel for Plaintiffs Alabama State Conference of the NAACP, League of Women Voters of Alabama, League of Women Voters of Alabama Education Fund, Greater Birmingham Ministries, and Alabama Disabilities Advocacy Program to certify that she has read and understood:

(a) any local rules applicable in this District;

(b) the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed; and

(c) this Court's CM/ECF requirements.

Attorney Shilpa Jindia certifies that she has read and understood the above rules.

| | |
|---|---|
| Dated: August 7, 2024 | Respectfully submitted, |
| | /s/ Shilpa Jindia<br>Shilpa K. Jindia<br>Campaign Legal Center<br>1101 14th St. NW, Ste. 400<br>Washington, D.C. 20005<br>Tel.: (202) 736-2200<br>Fax: (202) 736-2222<br>sjindia@campaignlegalcenter.org |
| | /s/ Alison Mollman<br>Alison Mollman<br>ACLU OF ALABAMA<br>P.O. Box 6179<br>Montgomery, AL 36106-0179<br>(510) 909-8908<br>amollman@aclualabama.org |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to all counsel of record.

                                                       /s/ Alison Mollman
                                                        Alison Mollman

                                                        *Plaintiffs' Counsel*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

_____

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Shilpa Kathleen Jindia

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 19, 2024**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 6, 2024.

*Clerk of the Court*

CertID-00186221