UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALABAMA STATE CONFERENCE OF THE NAACP, et al.,** | }<br>}<br>} |
| **Plaintiffs,** | }<br>} |
| | } Case No.: 2:24-cv-00420-RDP |
| **v.** | }<br>} |
| **STEVE MARSHALL, et al.,** | }<br>}<br>} |
| **Defendants.** | } |

## PRO TANTO ORDER OF DISMISSAL

In accordance with the accompanying Memorandum Opinion and Order (Doc. # 69), Defendants' Motion to Dismiss (Doc. # 42) is **GRANTED IN PART**. Plaintiffs' claims against Alabama Secretary of State Defendant Wes Allen are **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this August 21, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE