# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALABAMA STATE CONFERENCE OF THE NAACP, et al.,** | }<br>}<br>} |
| **Plaintiffs,** | }<br>} |
| v. | **Case No.: 2:24-cv-00420-RDP**<br>}<br>} |
| **STEVE MARSHALL, et al.,** | }<br>} |
| **Defendants.** | } |

## SHOW CAUSE ORDER

This matter is before the court on Defendant Marshall's Notice of Appeal. (Doc. # 77).

**On or before January 10, 2025**, the parties to this case shall **SHOW CAUSE** in writing why the court should not place this case on its administrative docket pending a decision by the Eleventh Circuit on the appeal.

**DONE** and **ORDERED** this December 19, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE