FILED

2025 Jan-08  PM 01:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ALABAMA STATE CONFERENCE OF THE NAACP, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 2:24-cv-420-RDP |
| STEVE MARSHALL, in his official capacity as Attorney General of Alabama, | ) ) ) | |
| *Defendant*. | ) ) | |

### JOINT STATEMENT REGARDING PLACING
### CASE ON COURT'S ADMINISTRATIVE DOCKET

Pursuant to the Court's Show Cause Order (Doc. 88), the parties jointly and respectfully submit that they do not oppose the Court's placement of this case on its administrative docket until the mandate returns to this Court from Defendant's ongoing appeal at the Eleventh Circuit of the order enjoining enforcement of SB1 in part (Doc. 76). However, the parties respectfully request that such placement on the administrative docket be without waiver of the right of either party to seek leave to restore this case to the active docket for good cause shown. The parties additionally propose that they file a joint status report addressing further proceedings after the issuance of the Eleventh Circuit's mandate.

Respectfully submitted,

<table>
<tr><td>

/s/ Alison Mollman
Alison Mollman
Laurel Hattix
ACLU OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(703) 342-9729
amollman@aclualabama.org
lhattix@aclualabama.org

</td><td>

Steve Marshall
   *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
   *Solicitor General*

James W. Davis (ASB-4063-I58J)
   *Deputy Attorney General*

/s/ Soren Geiger
Soren Geiger (ASB-0336-T31L)

</td></tr>
</table>

Valencia Richardson*
Alice Huling*
Ellen Boettcher*
Reginald Thedford*
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
vrichardson@campaignlegalcenter.org
ahuling@campaignlegalcenter.org
eboettcher@campaignlegalcenter.org
rthedford@campaignlegalcenter.org

William Van Der Pol, Jr.
Larry G. Canada
ALABAMA DISABILITIES
ADVOCACY PROGRAM
University of Alabama
Box 870395
Tuscaloosa, AL 35487
(205) 348-4928
wvanderpoljr@adap.ua.edu
lcanada@adap.ua.edu

Anuja D. Thatte*
NAACP LEGAL DEFENSE & EDUCA-
TIONAL FUND, INC.
700 14th Street NW, Suite 600
Washington, DC 20009
(202) 249-2170
athatte@naacpldf.org

Tiffani Burgess*
Uruj Sheikh*
NAACP LEGAL DEFENSE & EDUCA-
TIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
tburgess@naacpldf.org
usheikh@naacpldf.org

Bradley E. Heard*
Sabrina Khan*
Jess Unger*

Dylan Mauldin (ASB-3281-Z11M)
  *Assistant Solicitors General*

Brenton M. Smith (ASB-1656-X27Q)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Dylan.Mauldin@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

***Counsel for Defendant***

Ahmed Soussi*
SOUTHERN POVERTY LAW CENTER
150 E. Ponce de Leon Avenue,
Suite 340
Decatur, GA 30030
(470) 521-6700
bradley.heard@splcenter.org
sabrina.khan@splcenter.org
jess.unger@splcenter.org
ahmed.soussi@splcenter.org

* *Admitted Pro Hac Vice*

**Counsel for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this January 8, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Alabama using the CM/ECF system thereby serving all counsel of record.

/s/ Soren Geiger

***Counsel for Defendant***